# EXHIBIT "A"

Frank Clark  Tue Sep 9, 2008                                                                                           Page: 1

### E-mail

From:       Frank P. Clark
Date:       Wed Aug 13, 08 - 2:29 PM - E-mail
To:         'Crocenzi, Michael J.'
CC:
Subject:    RE: Smith v. Primecare

Contact:    Michael J. Crocenzi
File:       Smith, Richard C.-- vs. PrimeCare Medical, Inc. - 1605/07-0097

Mike: I do not concur.

Frank P. Clark

CLARK & KREVSKY, LLC
P.O. Box 1254
Camp Hill, PA 17001-1254
Phone: 717.731.8600
Fax: 717.731.4764
Email:  fpc@clark-krevskylaw.com
www.Clark-KrevskyLaw.com


-----Original Message-----
From: Crocenzi, Michael J.
Sent: Wednesday, August 13, 2008 11:57 AM
To: fpc@clark-krevskylaw.com

Frank,

I will be filing a Motion to Strike paragraphs 7, 16-29, 30, 33-34,
41-51, and 65 from the Complaint because they are immaterial,
imperinent, or scandalous. See Rule 12 (f).  Will you concur with the
Motion?

Mike

Michael J. Crocenzi, Esq.
Goldberg Katzman, P.C.
PO Box 1268
Harrisburg, PA  17108
717-234-4161
717-234-6808 (fax)
mjc@goldbergkatzman.com