IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. SMITH, | : | No. 1:08-cv-1397 |
| Plaintiff | : | Civil Action – Law |
| | : | |
| vs. | : | |
| | : | |
| PRIMECARE MEDICAL, INC., | : | Chief Judge Kane |
| CARL A. HOFFMAN, JR., D.O., | : | |
| THERESA M. HOFFMAN, | : | |
| JOSHUA D. LOCK, | : | Jury Trial Demanded |
| MARCY HOFFMAN-SCHLEGEL, | : | |
| FRANK KOMYKOSKI, and | : | |
| KNIGHTS OF VON DUKE, LTD., | : | |
| Defendants | : | |

**DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

**Table of Exhibits**

Complaint..................................................................................Exhibit A

Amended Answer ....................................................................Exhibit B

Affidavit of Dr. Carl Hoffman..................................................Exhibit C

Deposition Transcript – Dr. Carl Hoffman..............................Exhibit D

Deposition Transcript – Richard Smith...................................Exhibit E

Deposition Transcript – Joshua Lock, Esquire........................Exhibit F

Deposition Transcript – Theresa Hoffman..............................Exhibit G

Affidavit of Thomas Toolan.....................................................Exhibit H

Affidavit of Dr. Enos Martin ...................................................................... Exhibit I

Affidavit of Dr. Erik Von Kiel ..................................................................... Exhibit J

Affidavit of Francis Komykoski .................................................................. Exhibit K

Affidavit of Warden Vincent Guarini ........................................................... Exhibit L

Deposition Transcript – Francis Komykoski ................................................ Exhibit M

Affidavit of Warden Dominick DeRose ....................................................... Exhibit N

                                       GOLDBERG KATZMAN, P.C.

                                       /s/    Michael J. Crocenzi
                                       Michael J. Crocenzi, Esquire
                                       Attorney I.D. No. 66255
                                       320 Market Street
                                       Strawberry Square
                                       P. O. Box 1268
                                       Harrisburg, PA   17108-1268
                                       (717) 234-4161
                                       *Attorneys for Defendants*

Date:  September 1, 2009