# EXHIBIT C

# AFFIDAVIT OF DR. CARL HOFFMAN



EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. SMITH,<br>          Plaintiff | : | No. 1:08-cv-1397<br>Civil Action – Law |
| vs. | : | |
| PRIMECARE MEDICAL, INC.,<br>CARL A. HOFFMAN, JR., D.O.,<br>THERESA M. HOFFMAN,<br>JOSHUA D. LOCK,<br>MARCY HOFFMAN-SCHLEGEL,<br>FRANK KOMYKOSKI, and<br>KNIGHTS OF VON DUKE, LTD.,<br>          Defendants | : | Chief Judge Kane<br><br>Jury Trial Demanded |

### Affidavit of Dr. Carl Hoffman

I, Carl A. Hoffman, Jr., D.O., CCHP, do hereby swear that the following is true and correct to the best of my knowledge, information and belief:

1. I am the President and Corporate Medical Director for PrimeCare Medical, Inc. and have held these positions since PrimeCare Medical, Inc.'s inception by me in 1986.

2. PrimeCare Medical, Inc. is a private, for-profit corporation with headquarters located at 3940 Locust Lane, Harrisburg, Dauphin County, Pa 17109.

3. PrimeCare Medical, Inc. is currently managing healthcare service contracts in fifty-three (53) correctional facilities in three (3) states, including New Hampshire, Pennsylvania, and West Virginia.

4. Mr. Smith was an at-will employee of PrimeCare Medical, Inc.

179589.1

5.  Richard C. Smith reported to me. I was his supervisor. No one else at PrimeCare Medical Inc. supervised his job duties.

6.  As President of PrimeCare Medical, Inc., I set Mr. Smith's salary and bonuses. In 2006, I paid him a base salary of $129,562 and bonuses totaling $14,647.61. In 2007, I paid him a base salary of $129,624 and the following bonuses: March 16, 2007 - $20,000; June 28, 2007 - $12,789.36; December 21, 2007 - $14,564.14. See Exhibit #1; payroll records.

7.  Mr. Smith had no leave time available to him as of May 10, 2007.

8.  PrimeCare Medical Inc. paid Mr. Smith his full salary and benefits while he was on a medical leave of absence from May 10, 2007 through January 28, 2008.

9.  The first time Dr. Brier notified PrimeCare Medical Inc. that Mr. Smith was cleared to return to work was when Mr. Smith's attorney faxed Dr. Brier's letter of January 17, 2008 to PrimeCare's attorney on January 23, 2008.

10. I never prohibited Mr. Smith from contacting any governmental authority regarding any allegation of waste or wrongdoing; and, it has always been the policy or PrimeCare Medical, Inc. not to prohibit or otherwise discourage any employee from making reports of waste and / or wrong-doing.

11. Mr. Smith signed and approved the psychiatrists' schedule for PA/NH Facilities that included Dauphin County Prison on May 7, 2007, which is attached as Exhibit #2 of this affidavit.

_____
Carl A. Hoffman, Jr., D.O., CCHP

Sworn to and subscribed before me this 28th day of August, 2009.

_____
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA M. ULERICK, Notary Public
Lower Paxton Twp., Dauphin County
My Commission Expires June 18, 2013

179589.1

# Employee Earnings Report

| FILE# | NAME | PAYDATE | GROSS | FEDTAX | SSTAX | MEDTAX | STTAX | Health | 401k | Checking | Savings | CompReimb | Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1022 | Smith, Richard C. | 01/06/2006 | 4,980.76 | 707.07 | 308.81 | 72.22 | 152.91 | 0.00 | 298.85 | 3,058.91 | 0.00 | 50 | 0 |
| 1022 | Smith, Richard C. | 01/20/2006 | 4,980.76 | 707.07 | 308.8 | 72.22 | 152.91 | 0.00 | 298.85 | 2,896.90 | 0.00 | 50 | 0 |
| 1022 | Smith, Richard C. | 02/03/2006 | 4,980.76 | 707.07 | 308.81 | 72.22 | 152.91 | 0.00 | 298.85 | 2,896.90 | 0.00 | 50 | 0 |
| 1022 | Smith, Richard C. | 02/17/2006 | 4,980.76 | 707.07 | 308.81 | 72.22 | 152.91 | 0.00 | 298.85 | 2,950.14 | 0.00 | 50 | 0 |
| 1022 | Smith, Richard C. | 03/03/2006 | 4,980.76 | 707.07 | 308.81 | 72.23 | 152.91 | 0.00 | 298.85 | 2,950.13 | 0.00 | 50 | 0 |
| 1022 | Smith, Richard C. | 03/17/2006 | 4,980.76 | 707.07 | 308.8 | 72.22 | 152.91 | 0.00 | 298.85 | 2,950.14 | 0.00 | 50 | 0 |
| 1022 | Smith, Richard C. | 03/31/2006 | 4,980.77 | 707.07 | 308.81 | 72.22 | 152.91 | 0.00 | 298.85 | 2,950.15 | 0.00 | 50 | 0 |

34,865.33

ALL-STATE LEGAL® EXHIBIT 1

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SU/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | | M | | SMITH, RICHARD C. | PA | 59 | 110C |
| Date 1 03/30/1990 | Date 2 08/04/1954 | Date 3 | | | 366 EQUUS DRIVE CAMP HILL, PA 17011 | | | |

**PAY DETAILS**

| Pay # Dept | P/E Date | Pay Date Rate | HOURS/UNITS Reg | O/T | Hours 3 & 4 | EARNINGS Reg | O/T | Earnings 3 & 4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal / State | SS / MED | Local / SUI/SDI | VOLUNTARY DED Amount / CD | Amount / CD | Amount / CD | NET PAY Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 0099 | 04/09/2006 | 04/14/2006 62.2595 | 78.00 | 2.00 | L | 4856.24 | 124.52 | L | | 4980.76 | 707.07 152.91 | 308.81 72.22 | 99.62 4.48 | 2900.33 X 298.85 K 50.00 R 165.36 2 | 55.75 55 10.40 0 154.96 1 | | 000000150029 |
| 02 0099 | 04/23/2006 | 04/28/2006 62.2595 | 76.00 | 4.00 | L | 4731.72 | 249.04 | L | | 4980.76 | 707.07 152.91 | 308.80 72.22 | 99.62 4.48 | 2900.34 X 298.85 K 50.00 R 165.36 2 | 55.75 55 10.40 0 154.96 1 | | 000000170032 |
| 03 0099 | 05/07/2006 | 05/12/2006 62.2595 | 72.00 | 8.00 | L | 4482.68 | 498.08 | L | | 4980.76 | 707.07 152.91 | 308.81 72.22 | 99.62 4.49 | 2900.32 X 298.85 K 50.00 R 165.36 2 | 55.75 55 10.40 0 154.96 1 | | 000000190029 |
| 04 0099 | 05/21/2006 | 05/26/2006 62.2595 | 56.00 | 24.00 | L | 3486.53 | 1494.23 | L | | 4980.76 | 707.07 152.91 | 308.81 72.22 | 99.62 4.48 | 2888.33 X 298.85 K 50.00 R 165.36 2 | 67.75 55 10.40 0 154.96 1 | | 000000210028 |
| 05 0099 | 06/04/2006 | 06/09/2006 62.2595 | 63.00 | 17.00 | L | 3922.35 | 1058.41 | L | | 4980.76 | 707.07 152.91 | 308.81 72.22 | 99.62 4.48 | 2888.33 X 298.85 K 50.00 R 165.36 2 | 67.75 55 10.40 0 154.96 1 | | 000000230025 |
| 06 0099 | 06/18/2006 | 06/23/2006 62.2595 | 78.00 | 2.00 | L | 4856.24 | 124.52 | L | | 4980.76 | 707.07 152.91 | 308.80 72.22 | 99.62 4.48 | 2888.34 X 298.85 K 50.00 R 165.36 2 | 67.75 55 10.40 0 154.96 1 | | 000000250026 |

**TOTALS**

| | REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC SEC TAX / MEDICARE TAX | LOCAL / SUI/SDI | TOT. VOL. DED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 423.00 | 0.00 | 57.00 | 0.00 | 26935.76 | 3548.80 | L | 0.00 | 0.00 | 29884.56 | 4242.42 / 917.46 | 1852.84 / 433.32 | 597.72 / 26.89 | 21813.91 / 0.00 |
| YTD | | | | | | | | | | 64749.89 | 9191.91 / 1987.83 | 4014.49 / 938.87 | 946.39 / 58.27 | |

**HOURS/UNITS ANALYSIS**

| 57.00 | L | 3548.80 | L |
|---|---|---|---|

**EARNINGS ANALYSIS**

**STATE ANALYSIS**

| 917.46 | 59PA |
|---|---|

**LOCAL ANALYSIS**

| 597.72 | 110C |
|---|---|

**VOLUNTARY DEDUCTIONS ANALYSIS**

| 1793.10 | K | 62.40 | O | 300.00 | R | 17365.99 | X | 929.76 | 1 |
|---|---|---|---|---|---|---|---|---|---|
| 992.16 | 2 | 370.50 | 55 | | | | | | |

PRIMECARE MEDICAL
Company Code: DMV

Batch: 0063-052   Quarter Ended: 06/30/2006   Page: 37
SMITH, RICHARD C.

ADP® Employee Earnings Record
© 2005, Automatic Data Processing, Inc.

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | | M | | SMITH, RICHARD C. | PA | 59 | 110C |
| Date 1 03/30/1990 | | Date 2 08/04/1954 | | Date 3 | 366 EQUUS DRIVE CAMP HILL, PA 17011 | | | |

**PAY DETAILS**

| Pay# Dept | P/E Date | Pay Date Rate | HOURS/UNITS Reg | O/T Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal / State | SS / MED | Local / SUI/SDI | VOLUNTARY DED Amount | CD | Amount | CD | NET PAY Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 099 | 07/02/2006 | 07/07/2006 62.2595 | 67.00 | 13.00 L | 4171.39 | 809.37 L | | | 4980.76 | 707.07 / 152.91 | 308.81 / 72.22 | 99.62 / 4.49 | 2098.72 298.85 154.96 | X K 1 | 67.75 50.00 165.36 | 55 R 2 | 000000270026 |
| 02 099 | 07/16/2006 | 07/21/2006 62.2595 | 69.00 | 12.00 L | 4295.91 | 747.11 L | | | 5043.02 | 721.70 / 154.82 | 312.67 / 73.13 | 100.86 / 4.54 | 2934.65 302.58 154.96 | X K 1 | 67.75 50.00 165.36 | 55 R 2 | 000000290026 |
| 03 099 | 07/30/2006 | 08/04/2006 62.2595 | 80.00 | | 4980.76 | | | | 4980.76 | 707.07 / 152.91 | 308.80 / 72.22 | 99.62 / 4.48 | 2898.74 298.85 154.96 | X K 1 | 67.75 50.00 165.36 | 55 R 2 | 000000310028 |
| 04 099 | 08/13/2006 | 08/18/2006 62.2595 | 72.00 | 8.00 L | 4482.68 | 498.08 L | | | 4980.76 | 707.07 / 152.91 | 308.81 / 72.22 | 99.62 / 4.48 | 2898.73 298.85 154.96 | X K 1 | 67.75 50.00 165.36 | 55 R 2 | 000000330028 |
| 05 099 | 08/27/2006 | 09/01/2006 62.2595 | 80.00 | | 4980.76 | | | | 4980.76 | 707.07 / 152.91 | 308.81 / 72.22 | 99.62 / 4.48 | 2891.33 298.85 154.96 | X K 1 | 75.15 50.00 165.36 | 55 R 2 | 000000350026 |
| 06 099 | 09/10/2006 | 09/15/2006 62.2595 | 72.00 | 8.00 L | 4482.68 | 498.08 L | | | 4980.76 | 707.07 / 152.91 | 278.01 / 72.22 | 99.62 / 4.49 | 2922.12 298.85 154.96 | X K 1 | 75.15 50.00 165.36 | 55 R 2 | 000000370026 |
| 07 099 | 09/24/2006 | 09/29/2006 62.2595 | 80.00 | | 4980.76 | | | | 4980.76 | 707.07 / 152.91 | | 99.62 / 4.48 | 3200.14 298.85 154.96 | X K 1 | 75.15 50.00 165.36 | 55 R 2 | 000000390026 |

**TOTALS**

| | REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | HOURS 5 | REG. EARNINGS | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC SEC TAX / MEDICARE TAX | LOCAL / SUI/SDI | TOT. VOL. DED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 520.00 | 0.00 | 41.00 | 0.00 | 0.00 | 32374.94 | 2552.64 | 0.00 | 0.00 | 0.00 | 34927.58 | 4964.12 / 1072.28 | 1825.91 / 506.45 | 698.58 / 31.44 | 25828.80 / 0.00 |
| YTD | | | | | | | | | | | 99677.47 | 14156.03 / 3060.11 | 5840.40 / 1445.32 | 1644.97 / 89.71 | |

**HOURS/UNITS ANALYSIS**

| | | EARNINGS ANALYSIS | | | STATE ANALYSIS | | LOCAL ANALYSIS | | VOLUNTARY DEDUCTIONS ANALYSIS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41.00 | L | 2552.64 | L | | 1072.28 | 59PA | 698.58 | 110C | 2095.68 496.45 | X K | 20644.43 | R | 350.00 | R | 1084.72 | X | 1157.52 | 2 |

PRIMECARE MEDICAL  
Company Code: DMV

Batch: 0155-052   Quarter Ended: 09/30/2006   Page:35  
SMITH, RICHARD C.

ADP Employee Earnings Record

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | | | STATE | SU/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | | M | | SMITH, RICHARD C. | | | PA | 59 | 110C |
| Date 1 | Date 2 | Date 3 | | | 366 EQUUS DRIVE | | | | | |
| 03/30/1990 | 08/04/1954 | | | | CAMP HILL, PA 17011 | | | | | |

### PAY DETAILS / EARNINGS / STATUTORY DEDUCTIONS / VOLUNTARY DED / NET PAY

| Pay# Dept | F/E Date | Pay Date Rate | Reg Hours | O/T Hours 3&4 | Reg | O/T Earnings 3&4 | Earnings 5 | GROSS | Federal / State | SS / MED | Local SUI/DI | Amount CD | Amount CD | Amount CD | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 099 | 10/08/2006 | 10/13/2006 62.2595 | 75.50 | 4.50 L | 4700.59 | 280.17 L | | 4980.76 | 707.07 / 152.91 | 72.22 | 99.62 / 4.48 | 3200.14 X | 298.85 K | 75.15 55 / 50.00 R / 165.36 2 | 000000410025 |
| 02 099 | 10/22/2006 | 10/27/2006 62.2595 | 67.00 | 13.00 L | 4171.39 | 809.37 L | | 4980.76 | 707.07 / 152.91 | 72.23 | 99.62 / 4.49 | 3200.12 X | 298.85 K | 75.15 55 / 50.00 R / 165.36 2 | 000000490026 |
| 03 099 | 11/05/2006 | 11/10/2006 62.2595 | 64.00 | 16.00 L | 3984.61 | 996.15 L | | 4980.76 | 707.07 / 152.91 | 72.22 | 99.62 / 4.48 | 3200.14 X | 298.85 K | 75.15 55 / 50.00 R / 165.36 2 | 000000450026 |
| 04 099 | 11/19/2006 | 11/24/2006 62.2595 | | | | | 14647.61 B | 14647.61 | 3825.88 / 449.68 | 212.39 | 146.48 / 13.18 | | | 10000.00 | 000050727489 |
| 05 099 | 11/19/2006 | 11/24/2006 62.2595 | 68.50 | 11.50 L | 4264.78 | 715.98 L | | 4980.76 | 707.07 / 152.91 | 72.22 | 99.62 / 4.48 | 3200.14 X | 298.85 K | 75.15 55 / 50.00 R / 165.36 2 | 000000470026 |
| 06 099 | 12/03/2006 | 12/08/2006 62.2595 | 64.00 | 16.00 L | 3984.61 | 996.15 L | | 4980.76 | 707.07 / 152.91 | 72.22 | 99.62 / 4.49 | 3355.09 X | 298.85 K | 75.15 55 / 50.00 R / 165.36 2 | 000000490026 |
| 07 099 | 12/17/2006 | 12/22/2006 62.2595 | 72.00 | 8.00 L | 4482.68 | 498.08 L | | 4980.76 | 707.07 / 152.91 | 72.22 | 99.62 / 4.48 | 3355.10 X / 298.85 K / 165.36 2 | | 75.15 55 / 50.00 R | 000000510026 |

### TOTALS

| REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC. SEC. TAX / MEDICARE TAX | LOCAL SUI/SDI | TOT. VOL. DED. / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 411.00 | 0.00 | 69.00 | 0.00 | 25588.66 | 0.00 | 4295.90 | 0.00 | 14647.61 | 44532.17 | 8068.30 / 1367.14 | 0.00 / 645.72 | 744.20 / 40.08 | 23666.73 |
| YTD | | | | | | | | | 144209.64 | 22224.33 / 4427.25 | 5840.40 / 2091.04 | 2309.17 / 129.79 | 10000.00 |

### ANALYSIS

| HOURS/UNITS ANALYSIS | | EARNINGS ANALYSIS | | | STATE ANALYSIS | LOCAL ANALYSIS | | VOLUNTARY DEDUCTIONS ANALYSIS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 69.00 | L | 14647.61 | B | 4295.90 | L | 1367.14 59PA | 744.20 110C | 1793.10 K / 450.90 55 | 300.00 R | 19510.73 X | 619.84 1 | 992.16 2 |

PRIMECARE MEDICAL
Company Code: DMV

ADP Employee Earnings Record

Batch: 0218-052   Quarter Ended: 12/31/2006   Page:34
SMITH, RICHARD C.

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | | M | | SMITH, RICHARD C. | PA | 59 | 110C |
| Date 1 | Date 2 | Date 3 | | | 366 EQUUS DRIVE | | | |
| 03/30/1990 | 08/04/1954 | | | | CAMP HILL, PA 17011 | | | |

**PAY DETAILS**

| Pay# Dept | P/E Date Rate | Pay Date | HOURS/UNITS Reg | O/T Hours 3&4 | EARNINGS Reg | O/T | Earnings 3&4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal / State | SS / MED | Local / SUI/SDI | VOLUNTARY DED Amount | CD | Amount | CD | NET PAY Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 099 | 12/31/2006 62.2595 | 01/05/2007 | 64.00 | 16.00 L | 3984.61 | 996.15 L | | | 4980.76 | 692.13 152.91 | 308.81 72.22 | 99.62 4.48 | 3035.23 X 298.85 K 50.00 R | | 75.15 55 26.00 O 165.36 2 | | 000000010026 |
| 02 099 | 01/14/2007 62.2595 | 01/19/2007 | 80.00 | | 4980.76 | | | | 4980.76 | 692.13 152.91 | 308.80 72.22 | 99.62 4.49 | 3035.23 X 298.85 K 50.00 R | | 75.15 55 26.00 O 165.36 2 | | 000000030026 |
| 03 099 | 01/28/2007 62.2595 | 02/02/2007 | 72.00 | 8.00 L | 4482.68 | 498.08 L | | | 4980.76 | 692.13 152.91 | 308.81 72.22 | 99.62 4.48 | 2779.24 X 298.85 K 165.36 2 | | 75.15 55 50.00 R 281.99 3 | | 000000050023 |
| 04 099 | 02/11/2007 62.2595 | 02/16/2007 | 80.00 | | 4980.76 | | | | 4980.76 | 692.13 152.91 | 308.81 72.22 | 99.62 4.48 | 2779.24 X 298.85 K 165.36 2 | | 75.15 55 50.00 R 281.99 3 | | 000000070027 |
| 05 099 | 02/25/2007 62.2595 | 03/02/2007 | 80.00 | | 4980.76 | | | | 4980.76 | 692.13 152.91 | 308.81 72.23 | 99.62 4.48 | 2779.23 X 298.85 K 165.36 2 | | 75.15 55 50.00 R 281.99 3 | | 000000090030 |
| 06 099 | 03/11/2007 62.2595 | 03/16/2007 | | | | 20000.00 B | | | 20000.00 | 5649.67 614.00 | 1240.00 290.00 | 400.00 18.00 | | | | | 11788.33 |
| 07 099 | 03/11/2007 62.2595 | 03/16/2007 | 75.00 | 5.00 L | 4669.46 | 311.30 L | | | 4980.76 | 692.13 152.91 | 308.80 72.22 | 99.62 4.49 | 2779.24 X 298.85 K 165.36 2 | | 75.15 55 50.00 R 281.99 3 | | 000000110029 |
| 08 099 | 03/25/2007 62.2595 | 03/30/2007 | 77.00 | 3.00 L | 4793.98 | 186.78 L | | | 4980.76 | 692.13 152.91 | 308.81 72.22 | 99.62 4.48 | 2779.24 X 298.85 K 165.36 2 | | 75.15 55 50.00 R 281.99 3 | | 000000130032 |

**TOTALS**

| REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC SEC TAX / MEDICARE TAX | LOCAL / SUI/SDI | TOT VOL DED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 528.00 | 0.00 | 32.00 | 0.00 | 32873.01 | 1992.31 L | 0.00 | 0.00 | 54865.32 | 10494.58 1684.37 | 3401.65 795.55 | 1097.34 49.38 | 25554.12 11788.33 |
| QTR | | | | | | | | | | | | |
| YTD | | | | | | | | 54865.32 | 10494.58 1684.37 | 3401.65 795.55 | 1097.34 49.38 | |

**EARNINGS ANALYSIS**

| HOURS/UNITS ANALYSIS | | | | STATE ANALYSIS | | LOCAL ANALYSIS | | VOLUNTARY DEDUCTIONS ANALYSIS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 32.00 L | 20000.00 B | | | 1684.37 59PA | | 1097.34 110C | | 52.00 O 526.05 55 | 350.00 R | 19966.65 X | 2091.95 K 3 1409.95 | 1157.52 2 |

PRIMECARE MEDICAL  
Company Code: DMV  

ADP Employee Earnings Record  
© 1999, Automatic Data Processing, Inc.  

Batch: 0524-052   Quarter Ended: 03/31/2007   Page: 44  
SMITH, RICHARD C.

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | | | STATE | SU/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | M | | | SMITH, RICHARD C. | | | PA | 59 | 110C |
| Date 1 | Date 2 | Date 3 | | | 366 EQUUS DRIVE | | | | | |
| 03/30/1990 | 08/04/1954 | | | | CAMP HILL, PA 17011 | | | | | |

### PAY DETAILS

| Pay# Dept | P/E Date Pay Date | Rate | HOURS/UNITS Reg O/T Hours 3&4 | EARNINGS Reg O/T Earnings 3&4 Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal State SS MED Local SUI/DI | VOLUNTARY DED Amount CD Amount CD | NET PAY Check # |
|---|---|---|---|---|---|---|---|---|
| 01 099 | 04/08/2007 04/13/2007 | 62.2595 | 76.00 4.00 L | 4731.72 249.04 L | 4980.76 | 692.13 308.81 99.62 152.91 72.22 4.48 | 2779.24 X 75.15 55<br>298.85 K 50.00 R<br>165.36 2 281.99 3 | 000000150033 |
| 02 099 | 04/22/2007 04/27/2007 | 62.2595 | 68.00 12.00 L | 4233.65 747.11 L | 4980.76 | 692.13 308.80 99.62 152.91 72.22 4.48 | 2779.25 X 75.15 55<br>298.85 K 50.00 R<br>165.36 2 281.99 3 | 000000170032 |
| 03 099 | 05/06/2007 05/11/2007 | 62.2595 | 80.00 | 4980.76 | 4980.76 | 672.76 304.01 98.84 150.53 71.10 4.49 | 2730.21 X 75.15 55<br>77.47 H 298.85 K<br>50.00 R 165.36 2<br>281.99 3 | 000000190033 |
| 04 099 | 05/20/2007 05/25/2007 | 62.2595 | 26.00 56.00 L | 1618.75 3486.53 L | 5105.28 | 702.02 311.72 101.33 154.35 72.90 4.59 | 2802.08 X 75.15 55<br>77.47 H 306.32 K<br>50.00 R 165.36 2<br>281.99 3 | 000000210033 |
| 05 099 | 06/03/2007 06/08/2007 | 62.2595 | 8.00 72.00 L | 498.08 4482.68 L | 4980.76 | 672.76 304.01 98.84 150.53 71.10 4.48 | 2730.22 X 75.15 55<br>77.47 H 298.85 K<br>50.00 R 165.36 2<br>281.99 3 | 000000230032 |
| 06 099 | 06/17/2007 06/22/2007 | 62.2595 | 80.00 L | 4980.76 L | 4980.76 | 672.76 304.00 98.84 150.53 71.10 4.49 | 2730.22 X 75.15 55<br>77.47 H 298.85 K<br>50.00 R 165.36 2<br>281.99 3 | 000000250035 |
| 07 099 | 06/22/2007 06/28/2007 | 62.2595 | | 12789.36 B | 12789.36 | 1278.95 792.94 127.89 392.63 185.44 11.51 | | 10000.00 000050938009 |

### TOTALS

| | REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 |
|---|---|---|---|---|---|---|---|---|---|
| QTR | 258.00 | 0.00 | 224.00 | 0.00 | 16062.96 | 0.00 | 13946.12 | 0.00 | 12789.36 H 3 |
| YTD | | | | | | | | | |

| | GROSS PAY | FEDERAL TAX STATE TAX | SOC SEC TAX MEDICARE TAX | LOCAL SUI/SDI | TOT VOL DED NET PAY |
|---|---|---|---|---|---|
| QTR | 42798.44 | 5383.51 1304.39 | 2634.29 616.08 | 724.98 38.52 | 22096.67 10000.00 |
| YTD | 97663.76 | 15878.09 2988.76 | 6035.94 1411.63 | 1822.32 87.90 | |

### HOURS/UNITS ANALYSIS

| | | | | | | EARNINGS ANALYSIS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 224.00 L | | 12789.36 B | | | | 12789.36 L | | 13946.12 | | |

### STATE ANALYSIS

| 1304.39 | 59PA | 724.98 | 110C |
|---|---|---|---|

### LOCAL ANALYSIS

### VOLUNTARY DEDUCTIONS ANALYSIS

| 1800.57 K | 309.88 H | 300.00 R | 16551.22 X | 992.16 2 |
|---|---|---|---|---|
| 450.90 55 | 1691.94 3 | | | |

PRIMECARE MEDICAL
Company Code: DMV

Batch: 0583-052   Quarter Ended: 06/30/2007   Page:38
SMITH, RICHARD C.

ADP® Employee Earnings Record

**FILE:** 1022 XXX XX 9621  
**Date 1:** 03/30/1990  **Date 2:**   **Date 3:** 08/04/1954  
**SEX:** M  
**EMPLOYEE NAME AND ADDRESS:** SMITH, RICHARD C.  366 EQUUS DRIVE  CAMP HILL, PA 17011  
**STATE:** PA 59  **LOCAL:** 110C

### PAY DETAILS

| Pay# | P/E Date | Pay Date | Rate | Reg Hours | O/T Hours | Reg Earnings | O/T Earnings | Gross | Fed | SS | MED | State | Local | SUI/SDI | Voluntary Amount | CD | Amount | CD | Net Pay | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 099 | 07/01/2007 | 07/06/2007 | 62.2595 | 80.00 L | | 4980.76 L | | 4980.76 | 672.76 | 9.06 | 71.10 | 150.53 | 98.84 | 4.48 | 3025.17 77.47 50.00 281.99 | X H R 3 | 75.15 298.85 165.36 | 55 K 2 | | 000000270033 |
| 02 099 | 07/15/2007 | 07/20/2007 | 62.2595 | 72.00 L | 8.00 | 498.08 | 4482.68 L | 4980.76 | 672.76 | | 71.10 | 150.53 | 98.84 | 4.48 | 3034.23 77.47 50.00 281.99 | X H R 3 | 75.15 298.85 165.36 | 55 K 2 | | 000000290032 |
| 03 099 | 07/29/2007 | 08/03/2007 | 62.2595 | 80.00 L | | | 4980.76 L | 4980.76 | 672.76 | | 71.09 | 150.53 | 98.84 | 4.49 | 3034.23 77.47 50.00 281.99 | X H R 3 | 75.15 298.85 165.36 | 55 K 2 | | 000000310032 |
| 04 099 | 08/12/2007 | 08/17/2007 | 62.2595 | 80.00 L | | | 4980.76 L | 4980.76 | 672.76 | | 71.10 | 150.53 | 98.84 | 4.48 | 3034.23 77.47 50.00 281.99 | X H R 3 | 75.15 298.85 165.36 | 55 K 2 | | 000000330033 |
| 05 099 | 08/26/2007 | 08/31/2007 | 62.2595 | 80.00 L | | | 4980.76 L | 4980.76 | 672.76 | | 71.10 | 150.53 | 98.84 | 4.48 | 3034.23 77.47 50.00 281.99 | X H R 3 | 75.15 298.85 165.36 | 55 K 2 | | 000000350033 |
| 06 099 | 09/09/2007 | 09/14/2007 | 62.2595 | 72.00 L | 8.00 | 498.08 | 4482.68 L | 4980.76 | 672.76 | | 71.10 | 150.53 | 98.84 | 4.48 | 3024.84 77.47 50.00 281.99 | X H R 3 | 84.54 298.85 165.36 | 55 K 2 | | 000000370033 |
| 07 099 | 09/23/2007 | 09/28/2007 | 62.2595 | 80.00 L | | | 4980.76 L | 4980.76 | 672.76 | | 71.10 | 150.53 | 98.84 | 4.49 | 3024.83 77.47 | X H | 84.54 298.85 | 55 K | | 000000390032 |

### TOTALS

QTR  
YTD

ADP Employee Earnings Record  
© 1993, Automatic Data Processing, Inc.

PRIMECARE MEDICAL  
Company Code: DMV

CONTINUED ON NEXT PAGE

Batch: 0639-052  Quarter Ended: 09/30/2007  Page: 36  
SMITH, RICHARD C.

## FILE

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | | M | | SMITH, RICHARD C. | PA | 59 | 110C |
| Date 1 | | Date 2 | | Date 3 | 366 EQUUS DRIVE | | | |
| 09/30/1990 | | 08/04/1954 | | | CAMP HILL,   PA  17011 | | | |

### PAY DETAILS

| Pay # | P/E Date | Pay Date | Rate |
|---|---|---|---|
| 07 | 09/23/2007 | 09/28/2007 | 62.2595 |
| Dept | | | |
| 099 | | | |

### HOURS/UNITS

| Reg | O/T Hours 3 & 4 |
|---|---|

### EARNINGS

| Reg | O/T Earnings 3 & 4 | Earnings 5 |
|---|---|---|

### GROSS

### STATUTORY DEDUCTIONS

| Federal | SS | Local |
|---|---|---|
| State | MED | SUI/SDI |

### VOLUNTARY DED

| Amount | CD | Amount | CD |
|---|---|---|---|
| 50.00 | R | 165.36 | 2 |
| 281.99 | 3 | | |

### NET PAY

Check #

---

### TOTALS

| | REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC. SEC. TAX / MEDICARE TAX | LOCAL / SUI/SDI | TOT. VOL. DED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16.00 | 0.00 | 0.00 | | 544.00 | 0.00 | 996.16 | 0.00 | 0.00 | | | | | |
| QTR | | | | | | | 33869.16 | | | 34865.32 | 4709.32 / 1053.71 | 9.06 / 497.69 | 691.88 / 31.38 | 27872.28 / 0.00 |
| YTD | | | | | | | | | | 132529.08 | 20587.41 / 4042.47 | 6045.00 / 1909.32 | 2514.20 / 119.28 | |

### HOURS/UNITS ANALYSIS

| | EARNINGS ANALYSIS | | STATE ANALYSIS | | LOCAL ANALYSIS | | VOLUNTARY DEDUCTIONS ANALYSIS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 544.00  L | 33869.16  L | | 1053.71 | 59PA | 691.88 | 110C | 542.29  H / 1973.93  3 | 2091.95  K / 544.83  55 | 350.00  R | 21211.76  X | 1157.52  2 |

PRIMECARE MEDICAL
Company Code: DMV

Batch: 0639-052   Quarter Ended: 09/30/2007   Page:37
SMITH, RICHARD C.

ADP Employee Earnings Record
© 1993, Automatic Data Processing, Inc.

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | | | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | | M | | SMITH, RICHARD C. | | | PA | 59 | 110C |
| Date 1 | Date 2 | Date 3 | | | 366 EQUUS DRIVE | | | | | |
| 03/30/1990 | 08/04/1954 | | | | CAMP HILL,  PA  17011 | | | | | |

### PAY DETAILS

| Ck# | P/E Date | Pay Date | HOURS/UNITS Reg | O/T Hours 3 & 4 | Rate | EARNINGS Reg | O/T Earnings 3 & 4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal / State | SS / MED | Local SUI/SDI | VOLUNTARY DED Amount / CD | Amount / CD | NET PAY Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 099 | 10/07/2007 | 10/12/2007 | 80.00 | L | 62.2595 | 4980.76 L | | | 4980.76 | 672.76 / 150.53 | 71.09 | 98.84 / 4.48 | 3022.85 X / 77.47 H / 50.00 R / 281.99 3 | 86.54 55 / 298.85 K / 165.36 2 | 000000410031 |
| 32 099 | 10/21/2007 | 10/26/2007 | 80.00 | L | 62.2595 | 4980.76 L | | | 4980.76 | 672.76 / 150.53 | 71.10 | 98.84 / 4.48 | 3022.84 X / 77.47 H / 50.00 R / 281.99 3 | 86.54 55 / 298.85 K / 165.36 2 | 000000430031 |
| 33 099 | 11/04/2007 | 11/09/2007 | 80.00 | L | 62.2595 | 4980.76 L | | | 4980.76 | 672.76 / 150.53 | 71.10 | 98.84 / 4.48 | 3022.84 X / 77.47 H / 50.00 R / 281.99 3 | 86.54 55 / 298.85 K / 165.36 2 | 000000450032 |
| 04 099 | 11/18/2007 | 11/23/2007 | 80.00 | L | 62.2595 | 4980.76 L | | | 4980.76 | 672.76 / 150.53 | 71.10 | 98.84 / 4.49 | 3022.83 X / 77.47 H / 50.00 R / 281.99 3 | 86.54 55 / 298.85 K / 165.36 2 | 000000470032 |
| 05 099 | 12/02/2007 | 12/07/2007 | 8.00 | 72.00 L | 62.2595 | 498.08 | 4482.68 L | | 4980.76 | 672.76 / 150.53 | 71.09 | 98.84 / 4.48 | 3022.85 X / 77.47 H / 50.00 R / 281.99 3 | 86.54 55 / 298.85 K / 165.36 2 | 000000490031 |
| 06 099 | 12/16/2007 | 12/21/2007 | | | 62.2595 | | | 14564.14 B | 14564.14 | 3747.09 / 447.12 | 211.18 | 145.64 / 13.11 | | | 10000.00 |
| 07 099 | 12/16/2007 | 12/21/2007 | 80.00 | L | 62.2595 | 4980.76 L | | | 4980.76 | 672.76 / 150.53 | 71.10 | 98.84 / 4.48 | 3022.84 X / 77.47 H / 50.00 R / 281.99 3 | 86.54 55 / 298.85 K / 165.36 2 | 000000510032 |

### TOTALS

| | REG HOURS / REG EARN 2 | O/T HOURS / O/T EARN 2 | HOURS 3 | REG EARNINGS | HOURS 4 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC SEC TAX / MEDICARE TAX | LOCAL / SUI/SDI | TOT VOL DED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 8.00 | 0.00 | 472.00 | L | 0.00 | | 498.08 L | 29386.48 | 0.00 | 14564.14 B | 44448.70 | 7783.65 / 1350.30 | 0.00 / 637.76 | 738.68 / 40.00 | 23898.31 / 10000.00 |
| YTD | | | | | | | | | | | 176977.78 | 28371.06 / 5392.77 | 6045.00 / 2547.08 | 3252.88 / 159.28 | |

### HOURS/UNITS ANALYSIS | EARNINGS ANALYSIS | STATE ANALYSIS | LOCAL ANALYSIS | VOLUNTARY DEDUCTIONS ANALYSIS

| 472.00 L | 14564.14 B | 29386.48 | 498.08 L | 1350.30 59PA | 738.68 110C | 464.82 H / 1691.94 3 | 1793.10 K / 519.24 55 | 300.00 R | 18137.05 X | 992.16 2 |

PRIMECARE MEDICAL  
Company Code: DMV

ADP Employee Earnings Record

Batch: 0660-052  Quarter Ended: 12/31/2007  Page:40  
SMITH, RICHARD C.

© 1993, Automatic Data Processing, Inc.

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | | | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | | M | | SMITH, RICHARD C. | | | PA | 59 | 110C |
| Date 1 | Date 2 | Date 3 | | | 366 EQUUS DRIVE | | | | | |
| 03/30/1990 | | 08/04/1954 | | | CAMP HILL,    PA 17011 | | | | | |

| PAY DETAILS | | | | HOURS/UNITS | | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | | | VOLUNTARY DED | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay# Dept | P/E Date | Pay Date Rate | | Reg | O/T Hours 3 & 4 | | Reg | O/T Earnings 3 & 4 | Earnings 5 | | Federal State | SS MED | Local SUI/SDI | | Amount | CD | Check # |
| 01 099 | 12/30/2007 | 01/04/2008 62.2595 | | 8.00 | 72.00 L | | 498.08 | 4482.68 L | | 4980.76 | 662.94 150.53 | 304.00 71.10 | 98.84 2.99 | | 2730.15 77.47 50.00 281.99 | X H R 3 | 86.54 55 298.85 K 165.36 2 | 000000010032 |
| 02 099 | 01/13/2008 | 01/18/2008 62.2595 | | 8.00 | 72.00 L | | 498.08 | 4482.68 L | | 4980.76 | 662.94 150.53 | 304.01 71.10 | 98.84 2.99 | | 2730.14 77.47 50.00 281.99 | X H R 3 | 86.54 55 298.85 K 165.36 2 | 000000030032 |
| 03 099 | 02/10/2008 | 02/15/2008 62.2595 | | 16.00 | | | 996.15 | | | 996.15 | 1.27 28.20 | 56.96 13.32 | 19.15 0.59 | | 77.47 50.00 281.99 | H R 3 | 59.77 K 165.36 2 | 242.07 |
| 04 099 | 02/10/2008 | 02/15/2008 62.2595 | | 80.00 | | | 4980.76 | | | 4980.76 | 662.94 150.53 | 304.00 71.09 | 98.84 2.99 | | 2678.16 77.47 52.00 165.36 | X H O 2 | 86.54 55 298.85 K 50.00 R 281.99 3 | 000000070033 |
| 05 099 | 02/24/2008 | 02/29/2008 62.2595 | | 80.00 | | | 4980.76 | | | 4980.76 | 662.94 150.53 | 304.00 71.10 | 98.84 2.99 | | 2730.15 77.47 50.00 281.99 | X H R 3 | 86.54 55 298.85 K 165.36 2 | 000000090033 |
| 06 099 | 03/09/2008 | 03/14/2008 62.2595 | | 80.00 | | | 4980.76 | | | 4980.76 | 662.94 150.53 | 304.01 71.10 | 98.84 2.99 | | 2730.14 77.47 50.00 281.99 | X H R 3 | 86.54 55 298.85 K 165.36 2 | 000000110033 |
| 07 099 | 03/23/2008 | 03/28/2008 62.2595 | | 80.00 | | | 4980.76 | | | 4980.76 | 662.94 150.53 | 304.00 71.10 | 98.84 2.99 | | 2730.15 77.47 50.00 | X H R | 86.54 55 298.85 K 165.36 2 | 000000130033 |

| TOTALS | REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX STATE TAX | SOC SEC TAX MEDICARE TAX | LOCAL SUI/SDI | TOT VOL DED NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | | | | | | | | | | | | | | |
| YTD | | | | | | | | | | | | | | |

HOURS/UNITS ANALYSIS    EARNINGS ANALYSIS    STATE ANALYSIS    LOCAL ANALYSIS    VOLUNTARY DEDUCTIONS ANALYSIS

CONTINUED ON NEXT PAGE

ADP Employee Earnings Record    PRIMECARE MEDICAL    Batch: 0698-052    Quarter Ended: 03/31/2008    Page:37
© 1993, Automatic Data Processing, Inc.    Company Code: DMV    SMITH, RICHARD C.

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 1022 | XXX XX 9621 | M | | | SMITH, RICHARD C. | PA | 59 | 110C |
| Date 1 03/30/1990 | Date 2 08/04/1954 | Date 3 | | | 366 EQUUS DRIVE CAMP HILL, PA 17011 | | | |

**PAY DETAILS**

| Pay # | P/E Date | Pay Date | Rate |
|---|---|---|---|
| 07 | 03/23/2008 | 03/28/2008 | 62.2595 |
| Dept 099 | | | |

**HOURS/UNITS**

| Reg | O/T Hours 3 & 4 |
|---|---|

**EARNINGS**

| Reg | O/T Earnings 3 & 4 | Earnings 5 |
|---|---|---|

**GROSS**

**STATUTORY DEDUCTIONS**
Federal  SS  Local
State  MED  SUI/DI

**VOLUNTARY DED**
Amount  CD  Amount  CD
281.99  3

**NET PAY** Check #

**TOTALS**

| | REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX STATE TAX | SOC SEC TAX MEDICARE TAX | LOCAL SUI/SDI | TOT VOL DED NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 352.00 | 0.00 | 144.00 | 0.00 | 21915.35 | 0.00 | 8965.36 | | 0.00 | 30880.71 | 3978.91 / 931.38 | 1880.98 / 439.91 | 612.19 / 18.53 | 22776.74 / 242.07 |
| QTR | | | | | | | | | | | | | | |
| YTD | | | | | | | | | | 30880.71 | 3978.91 / 931.38 | 1880.98 / 439.91 | 612.19 / 18.53 | |

**HOURS/UNITS ANALYSIS**

| 144.00 | L | 8965.36 | L |
|---|---|---|---|

**EARNINGS ANALYSIS**

**STATE ANALYSIS**

| 931.38 | 59PA |
|---|---|

**LOCAL ANALYSIS**

| 612.19 | 110C |
|---|---|

**VOLUNTARY DEDUCTIONS ANALYSIS**

| 542.29 | H 2 | 1852.87 | K 3 | 52.00 | O 55 | 350.00 | R | 16328.89 | X |
|---|---|---|---|---|---|---|---|---|---|
| 1157.52 | | 1973.93 | | 519.24 | | | | | |

PRIMECARE MEDICAL
Company Code: DMV

Batch: 0698-052  Quarter Ended: 03/31/2008  Page: 38
SMITH, RICHARD C.

ADP Employee Earnings Record
© 1998, Automatic Data Processing, Inc.

09/

Recommend approved
5/7/— 7/6/7
[signature] C. Bum 5-7-07    4 May 07

[signature]
5/7/07

## Permanent Psychiatric Schedule for PA / NH Facilities

| Facility | Contract Hrs | On Site? | Provider | Hrs | Weekday | Time |
|---|---|---|---|---|---|---|
| Adams | 2-4 | Yes | Abbey | 4 | Tuesday | 0800 -1200 |
| Berks | 8 | Yes | Davis | 8 | Friday | 0900 -1700 |
| Berks | 8 | Yes | Martin | 7 | Monday | 0730 -1430 |
| Blair | Consulting | No | Venbrux | 2 | Thursday | 1215 - 1415 |
| Cambria | 2-4 | No | Venbrux | 4 | Wednesday | 0800 - 1200 |
| Centre | 3-6 | No | Davis | 3 | Monday | 1330 -1630 |
| Chester | 8-10 | Yes | Davis | 10 | Thursday | 1000 - 2000 |
| Cumberland | 2-4 | Yes | Borno | 4 | Friday | 1300 -1700 |
| Dauphin | 10 | Yes | Martin | 4 | Tuesday | 0800 -1200 |
| Dauphin | 10 | Yes | Martin | 6 | Wednesday | 1000 - 1600 |
| Franklin | 4 | Yes | Abbey | 4 | Tuesday | 1230 - 1630 |
| Franklin | 4 | No | Martin | 2 | Wednesday | 0800 - 1000 |
| Jefferson | 1-3 | No | Venbrux | 2 | Thursday | 1415 -1615 |
| Lehigh | 6 | Yes | Dedania | 2 | Monday | 1500 - 1700 |
| Lehigh | 6 | Yes | Thomas | 2 | Wednesday | 1500 - 1700 |
| Lehigh Juv | Consulting | Yes | Dedania / Thomas | Consulting | Consulting | Consulting |
| Monroe | 2 | Yes | Dedania / Thomas | 2 | Sat/Sun | 1100 -1300 |
| Northampton | 3-4 | Yes | Dedania | 4 | Tuesday | 1600 - 2000 |
| Northampton | 3-4 | Yes | Thomas | 4 | Sat/Sun | 1000 -1400 |
| PACF (E) | 1-2 | No | Pandya | 2 | Thursday | 1700 - 1900 |
| Pike | 5 | No | Turnberg / Volpe | 5 | Wednesday | 1000 - 1600 |
| Rockingham | Consulting | No | Davis | 1 | Monday | 1230 -1330 |
| Schaffner | 2-3 | Yes | Martin | 2 | Wednesday | 1600 - 1800 |
| Schuylkill | 2-4 | No | Venbrux | 4 | Friday | 0800 - 1200 |
| Somerset | 3-4 | Yes | Ryan | 3-4 | Monday | 0800 - 1200 |
| WPACF | 12 (mo) | Yes | Romero | 6 (per trip) | 3rd Tues / 4th Fri | 1000 - 1600 |
| WPACF | 6 (mo) | Yes | Pastorious | 6 (per trip) | 1st Fri | 0830 - 1430 |
| York | 8 | Yes | Borno | 6 | Wednesday | 0800 -1600 |
| York | 8 | Yes | Borno | 8 | Thursday | 0800 -1500 |
| York Juv | 1-2 | Yes | Borno | 2 | Wednesday | 1200 - 1400 |