# EXHIBIT G

# DEPOSITION TRANSCRIPT
# THERESA HOFFMAN

*(Relevant Pages Only)*

```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD C. SMITH,                :
                 PLAINTIFF       :
                                 :
          VS                     :  NO. 1:08-CV-0366
                                 :
PRIME CARE MEDICAL, INC.,        :
CARL A. HOFFMAN, JR., D.O.,      :
THERESA M. HOFFMAN,              :
JOSHUA D. LOCK, MARCY            :
HOFFMAN-SCHLEGEL, FRANK          :
KOMYKOSKI, AND KNIGHTS           :
OF VON DUKE, LTD.,               :
                 DEFENDANTS      :




          DEPOSITION OF:    THERESA M. HOFFMAN

          TAKEN BY:         PLAINTIFF

          BEFORE:           DONNA J. FOX, REPORTER
                            NOTARY PUBLIC

          DATE:             MAY 30, 2009, 8:30 A.M.

          PLACE:            CLARK & KREVSKY
                            20 ERFORD ROAD
                            CAMP HILL, PENNSYLVANIA
```

EXHIBIT G

| | | |
|---|---|---|
| 1 | Q | What was the first thing that was said? |
| 2 | A | I have no idea.  "Hello."  I don't know. |
| 3 | Q | You don't remember? |
| 4 | A | No.  It was January 28th. |
| 5 | Q | Do you remember who said what? |
| 6 | A | No, I don't really remember how it started out. |
| 8 | Q | What occurred? |
| 9 | A | I'm not sure who spoke first.  But basically what occurred was we just told Rick what I just told you:  Here's the hours of the office, the hours of operation; the time clock needed to be used; the lunchroom issue, and whatever else the discussion was.  I really don't remember all of it. |
| 15 | Q | How long did the discussion last? |
| 16 | A | About an hour maybe, hour and a half. Rick took notes during it.  So I don't really remember myself. |
| 19 | Q | Who did most of the talking? |
| 20 | A | Josh and Rick. |
| 21 | Q | Did you take notes? |
| 22 | A | No. |
| 23 | Q | Did Josh take notes? |
| 24 | A | I honestly don't remember. |
| 25 | Q | What was it that Josh said to Rick? |

```
 1    remember generally?
 2        A        I don't remember generally.
 3        Q        In the course of this meeting, did Rick
 4    provide you and/or Josh with a letter?
 5        A        At the very end of the meeting, as the
 6    meeting was ended, I believe he may have had a
 7    portfolio, as he has now, something like that.  He
 8    opened it up and handed out a few letters to both of
 9    us, I believe one with Marcy Hoffman-Schlegel, one
10    with Carl Hoffman, one with myself and one with Josh's
11    name on it.  And we walked out of the meeting and that
12    was that.
13        Q        What was it that he handed you?
14        A        He handed us and envelope with names on
15    them, a sealed envelope with names on them.
16        Q        He handed you four envelopes?
17        A        Not specifically me.  I think I was only
18    given mine and Carl's, and I think Josh was given his
19    and Marcy's.  I'm not positive.
20        Q        What did you do with the envelopes that
21    he handed you?
22        A        I don't recall if my husband was there at
23    the time.  But I went out and opened mine, and I
24    believe Marcy's was given to her.  I may have had
25    Marcy's, also.  I don't recall.
```

```
 1   STATE OF PENNSYLVANIA    : §
 2   COUNTY OF DAUPHIN        :
 3
 4              I, Donna J. Fox, a Reporter-Notary Public,
 5   authorized to administer oaths within and for the
 6   Commonwealth of Pennsylvania and take depositions in the
 7   trial of causes, do hereby certify that the foregoing is the
 8   testimony of Theresa M. Hoffman.
 9              I further certify that before the taking of
10   said deposition, the witness was duly sworn; that the
11   questions and answers were taken down stenographically by the
12   said reporter Donna J. Fox, a Reporter Notary-Public,
13   approved and agreed to, and afterwards reduced to typewriting
14   under the direction of the said Reporter.
15              I further certify that the proceedings and
16   evidence contained fully and accurately in the notes by me on
17   the within deposition, and that this copy is a correct
18   transcript of the same.
19              In testimony whereof, I have hereunto,
20   subscribed my hand this 12th day of June, 2009.
21
22                                   _____
23                                   Donna J. Fox, Reporter
24   My commission expires:
25   April 7, 2012
```