# EXHIBIT J

# AFFIDAVIT OF DR. ERIK VON KIEL



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. SMITH, | : | No. 1:08-cv-1397 |
|     Plaintiff | : | Civil Action – Law |
| | : | |
| vs. | : | |
| | : | |
| PRIMECARE MEDICAL, INC., | : | Chief Judge Kane |
| CARL A. HOFFMAN, JR., D.O., | : | |
| THERESA M. HOFFMAN, | : | |
| JOSHUA D. LOCK, | : | Jury Trial Demanded |
| MARCY HOFFMAN-SCHLEGEL, | : | |
| FRANK KOMYKOSKI, and | : | |
| KNIGHTS OF VON DUKE, LTD., | : | |
|     Defendants | : | |

## Affidavit of Dr. Erik Von Kiel

I, Erik Von Kiel, M.D., do hereby swear that the following is true and correct to the best of my knowledge, information and belief:

1. I have served as the Assistant Corporate Medical Director for PrimeCare Medical, Inc. since August 1, 2004. I am also site director for a variety of facilities, which has included Lancaster County Prison since November 2007 when Lancaster County awarded the contract to PrimeCare Medical, Inc.

2. Between November 1, 2007 and at least January 28, 2008, I worked two days per week at Lancaster County Prison.

3. As part of my duties at Lancaster County, I supervise the work of Rodney Hostetter, a Physician's Assistant, who works full-time for PrimeCare Medical, Inc. at the Lancaster County Prison.

4. In addition to my on site time, I am available to Mr. Hostetter seven days per week, twenty-four hours per day.

5. Richard Smith never contacted me regarding my supervision of Mr. Hostetter or any alleged violation of the Pennsylvania Medical Practices Act.

6. To the best of my knowledge, I have complied with the Pennsylvania Medical Practices Act concerning the supervision of Rodney Hostetter.

_____
Erik Von Kiel, D.O.

Sworn to and subscribed before me this 31st day of August, 2009.

_____
Notary Public
My Commission Expires: 9/17/2010

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sally A. Marsh, Notary Public
City Of Harrisburg, Dauphin County
My Commission Expires Sept. 17, 2010

Member, Pennsylvania Association of Notaries