# EXHIBIT K

# AFFIDAVIT OF FRANCIS KOMYKOSKI



**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD C. SMITH,** | : | **No. 1:08-cv-1397** |
| **Plaintiff** | : | **Civil Action – Law** |
| | : | |
| **vs.** | : | |
| | : | |
| **PRIMECARE MEDICAL, INC.,** | : | **Chief Judge Kane** |
| **CARL A. HOFFMAN, JR., D.O.,** | : | |
| **THERESA M. HOFFMAN,** | : | |
| **JOSHUA D. LOCK,** | : | **Jury Trial Demanded** |
| **MARCY HOFFMAN-SCHLEGEL,** | : | |
| **FRANK KOMYKOSKI, and** | : | |
| **KNIGHTS OF VON DUKE, LTD.,** | : | |
| **Defendants** | : | |

## Affidavit of Francis Komykoski

I, Francis Komykoski, hereby swear that the following is true and correct to

the best of my knowledge, information and belief:

1.   I have been a Vice President of Operations for PrimeCare Medical, Inc.
since 2004.

2.   As Vice President of Operations, I am very familiar with the Company's
contract with Lancaster County and operations in Lancaster County Prison.

3.   Dr. Erik Von Kiel, Assistant Corporate Medical Director for PrimeCare
Medical, Inc., was scheduled to be at the Lancaster County Prison two times
per week.  Additional physician services have been provided by Dr. Drue
Wagner and Dr. William Young.

4.   PrimeCare Medical, Inc. monitors staffing levels (bi-weekly) and physician
hours and physician assistant hours (monthly).  PrimeCare Medical, Inc.
provides management reports regarding the staffing levels that are compiled
into a Master Statistical Summary Report and Master Staffing Summary of
all contractual hours versus actual hours on a quarterly basis for Lancaster
County Prison.  These Reports are provided to the warden at the Lancaster

179590.1

County Prison for his review.  Attached as Exhibit A to this Affidavit is a true and accurate copy of a Master Statistical Summary Report for the period from the inception of the contract with Lancaster County in November of 2007 through March 31, 2008.

5.    Lancaster County awarded the contract to PrimeCare Medical, Inc. on November 1, 2007.  There have been numerous discussions with Warden Guarini regarding the transition to PrimeCare Medical, Inc.  Warden Guarini has told me in the presents of Todd W. Haskins, Vice President of Operations on several occasions that he has been satisfied with PrimeCare Medical, Inc.'s performance and the overall transition.  He has also acknowledged PrimeCare Medical, Inc.'s satisfactory performance during Lancaster County's monthly prison board meetings.

Francis J. Komykoski, Sr, MBA, CCHP

Sworn to and subscribed before me this _28th_ day of _August_, 2009.

Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA M. ULERICK, Notary Public
Lower Paxton Twp., Dauphin County
My Commission Expires June 18, 2013

179590.1



LNCP 1st Qtr.

EXHIBIT

A

ALL-STATE LEGAL®

**Pay Period Ending:** 12/31/07 to 01/13/20( **Pay Date:** 01/18/09

| Name | Job Title | Hrs worked-01/18/08 | OT-01/18/08 | Leave-01/18/08 | Total Hours |
|---|---|---|---|---|---|
| Abbey, Sandra | CRNP Psych | 10.00 | | | 10.00 |
| Allen, Aysia J. | MA - Full Time | 77.50 | 0.00 | 0.00 | 77.50 |
| Astree, Stephanie A. | LPN - Per Diem | 73.25 | 9.75 | 16.00 | 99.00 |
| Bair, Bonnie S. | Mental Health Worker | 74.75 | 0.00 | 5.25 | 80.00 |
| Benjamin, Michelle | MA-Part Time | 80.00 | 2.75 | 0.00 | 82.75 |
| Bradley, Valerie L. | MR Clerk | 74.25 | 0.00 | 0.00 | 74.25 |
| Chubbs, Stacy | RN-Part-Time | 5.00 | 0.00 | 0.00 | 5.00 |
| Coble, Krista M. | Dir of Nursing | 67.75 | 0.00 | 12.25 | 80.00 |
| Cook, Deb | LPN-Full Time | 24.00 | 30.00 | 0.00 | 54.00 |
| Culton, Kenneth H. | RN-Part-Time | 15.25 | 0.00 | 0.00 | 15.25 |
| Dickert, Cynthia C. | LPN - Full time | 80.00 | 12.50 | 0.00 | 92.50 |
| Downs, Rachel | LPN - Full time | 80.00 | 3.00 | 0.00 | 83.00 |
| Featherlin, Tamaria K. | Health Services Admir | 78.25 | 0.00 | 1.75 | 80.00 |
| Fierstein, Janice M. | LPN - Part time | 22.75 | 0.00 | 0.00 | 22.75 |
| Garcia, Ashley | MA-Full Time | | | | 0.00 |
| Garcia, Mildred I. | RN - Per Diem | 37.25 | 0.00 | 0.00 | 37.25 |
| Good, Bobbie J. FLMA | LPN - Full time | 0.00 | 0.00 | 2.00 | 2.00 |
| Harless, Leslie J. | LPN - Full time | 74.75 | 2.50 | 8.00 | 85.25 |
| Hohenwarter, Cheree N. | LPN - Full time | 80.00 | 10.25 | 0.00 | 90.25 |
| Hostetter, Lori L. | Nurse Practitioner | 64.00 | 0.00 | 16.00 | 80.00 |
| Hostetter, Rodney | PA | 77.00 | 0.00 | 3.00 | 80.00 |
| Jackson, Deborah | RN - Per Diem | | | | 0.00 |
| Kalteski, Nathan | Dentist | 9.25 | | | 9.25 |
| Kashdan, Daniel | MA - Full Time | 8.00 | 0.00 | 0.00 | 8.00 |
| Long, Wanda | LPN - Full time | | | | 0.00 |
| McFerren, Amanda | Mental Health Worker | 54.75 | 0.00 | 8.00 | 62.75 |
| Miller, Tamika | MA - Full Time | 8.25 | 0.00 | 0.00 | 8.25 |
| Mroz, Jen | LPN-Full Time | 20.00 | 0.00 | 8.00 | 28.00 |
| Navarro, Paul | RN | 32.00 | | 0.00 | 32.00 |
| Rader, Jodi K. | LPN - Full time | 80.00 | 14.50 | 0.00 | 94.50 |
| Rafferty, Cristy A. | LPN - Full time | 67.50 | 2.75 | 8.00 | 78.25 |
| Rance, Melinda D. | MA - Full Time | 78.75 | 8.25 | 8.00 | 95.00 |
| Renteria, Norma | LPN - Per Diem | 43.25 | 0.00 | 0.00 | 43.25 |
| Rhoades, Kelly | Reg. Mgr. | 0.00 | 0.00 | 8.00 | 8.00 |
| Rineer, Laura | LPN - Full time | 80.00 | 9.50 | 0.00 | 89.50 |
| Rivera, Odalis | MA - Full Time | 69.75 | 0.00 | 0.00 | 69.75 |
| Shambaugh, Robert W. | Psychologist | 72.00 | 0.00 | 8.00 | 80.00 |
| Smoker, Brooke L. | LPN - Full time | 80.00 | 3.75 | 8.00 | 91.75 |
| Stewart, Rosemary A. | RN of CC | 0.00 | | | 0.00 |
| Thiemann, Robert | Mental Health Worker | 22.00 | | | 22.00 |
| Turgeon, Marc | Psychiatrist | 24.75 | | | 24.75 |
| Vasquez, Amy E. | LPN-Full Time | 80.00 | 3.00 | 0.00 | 83.00 |
| Von Kiel, Eric | Med. Dir. | 36.00 | | 8.00 | 44.00 |
| Williams, Carol | RN - Per Diem | | | | 0.00 |
| Wynn, Jennifer | LPN - Per Diem | 79.25 | 9.25 | 0.00 | 88.50 |
| **TOTALS** | | **2041.25** | **121.75** | **128.25** | **2291.25** |
| **Contracted** | | | | | **2624.00** |
| **LNYIC** | | | | | **332.75** |
| Name | Job Title | Pay ending 01/18/0 | OT-01/18/2008 | Leave-01/18/08 | Total Hours |
| Jemiola, Denise | RN - Regional Manag | 31.50 | | | 31.50 |
| Kalteski, Nathan | Dentist | 9.50 | | | 9.50 |
| Eichelberger, Dawn | LPN - Full time | | | | 0.00 |
| Farmer, Carol L. | LPN - Full time | 72.00 | 0.00 | 16.00 | 88.00 |
| Goodwin, Kimberly | | 12.00 | | | 12.00 |
| Harris, Olga L. | Medical Records Cler | 80.00 | 0.00 | 8.00 | 88.00 |
| Harrison, Kathleen A. | LPN - Full time | 80.00 | 1.50 | 0.00 | 81.50 |
| Miller, Elizabeth | RN - Full time | 62.50 | | 0.00 | 62.50 |
| Rodriguez-Delgado, Jahaira | Medical Records Clerk | | | | 0.00 |
| Walton, Monica L. | Med Rec Clerk/LPN | 80.00 | 8.00 | | 88.00 |
| **Totals** | | **427.50** | **9.50** | **24.00** | **461.00** |
| **Contracted** | | | | | **256.00** |
| | | | | | **-205.00** |

Total Payroll Ending 01/13/08

| | |
|---|---|
| Summary LNCP & YIC Total: | 2752.25 |
| Contracted Hours: | -2880.00 |
| **UNDER TOTAL HOURS:** | **-127.75** |

| Pay Period Ending: 01/14/08 to 01/27/20( Pay Date: 02/01/08 | | | | |
|---|---|---|---|---|
| Name | Job Title | Hrs worked 02/01/08 | OT-02/01/08 | Leave-02/01/08 | Total Hours |
| Abbey, Sandra | CRNP Psych | 20.00 | | 0.00 | 20.00 |
| Kalteski, Nathan | Dentist | 9.00 | | 0.00 | 9.00 |
| Coble, Krista M. | Dir of Nursing | 40.00 | 0.00 | 40.00 | 80.00 |
| Featherlin, Tamaria K. | Health Services Admir | 80.00 | 0.00 | 0.00 | 80.00 |
| Dickert, Cynthia C. | LPN - Full time | 76.50 | 4.50 | 8.00 | 89.00 |
| Downs, Rachel | LPN - Full time | 0.00 | 0.00 | 0.00 | 0.00 |
| Good, Bobbie J. FMLA | LPN - Full time | 0.00 | | 0.00 | 0.00 |
| Harless, Leslie J. | LPN - Full time | 80.00 | 19.75 | 0.00 | 99.75 |
| Hohenwarter, Cheree N. | LPN - Full time | 76.25 | 8.75 | 0.00 | 85.00 |
| Long, Wanda | LPN - Full time | 33.25 | 0.00 | 0.00 | 33.25 |
| Rader, Jodi K. | LPN - Full time | 80.00 | 22.75 | 0.00 | 102.75 |
| Rafferty, Cristy A. | LPN - Full time | 80.00 | 19.50 | 0.00 | 99.50 |
| Rineer, Laura | LPN - Full time | 40.00 | 2.00 | 40.00 | 82.00 |
| Smoker, Brooke L. | LPN - Full time | 80.00 | 8.00 | 3.00 | 91.00 |
| Fierstein, Janice M. | LPN - Part time | 31.50 | 0.00 | 0.00 | 31.50 |
| Astree, Stephanie A. | LPN - Per Diem | 73.00 | 0.75 | 8.00 | 81.75 |
| Renteria, Norma | LPN - Per Diem | 27.75 | 0.00 | 0.00 | 27.75 |
| Wynn, Jennifer | LPN - Per Diem | 80.00 | 16.00 | 0.00 | 96.00 |
| Cook, Deb | LPN-Full Time | 26.00 | 22.00 | 0.00 | 48.00 |
| Vasquez, Amy E. | LPN-Full Time | 25.50 | 0.00 | 0.00 | 25.50 |
| Kashdan, Daniel | MA | 10.50 | 0.00 | 0.00 | 10.50 |
| Miller, Tamika | MA | 80.00 | 1.00 | 0.00 | 81.00 |
| Rance, Melinda D. | MA | 79.25 | 8.00 | 0.00 | 87.25 |
| Rivera, Odalis | MA | 71.75 | 4.50 | 0.00 | 76.25 |
| Allen, Aysia J. | MA - Full Time | 68.25 | 0.00 | 0.00 | 68.25 |
| Garcia, Ashley | MA-Full Time | 0.00 | | 0.00 | 0.00 |
| Benjamin, Michelle | MA-Part Time | 73.25 | 5.50 | 0.00 | 78.75 |
| Von Kiel, Eric | Med. Dir. | 33.00 | | 8.00 | 41.00 |
| Bair, Bonnie S. | Mental Health Worker | 72.00 | 0.00 | 8.00 | 80.00 |
| McFerren, Amanda | Mental Health Worker | | | 0.00 | 0.00 |
| Thiemann, Robert | Mental Health Worker | 32.00 | | 0.00 | 32.00 |
| Bradley, Valerie L. | MR Clerk | 79.50 | 1.00 | 0.00 | 80.50 |
| Hostetter, Lori L. | Nurse Practitioner | 76.75 | 0.00 | 3.25 | 80.00 |
| Hostetter, Rodney | PA | 80.00 | 0.00 | 0.00 | 80.00 |
| Mroz, Jen | Physician Assistant | 16.00 | 0.00 | 0.00 | 16.00 |
| Turgeon, Marc | Psychiatrist | 8.75 | | 0.00 | 8.75 |
| Shambaugh, Robert W. | Psychologist | 80.00 | 0.00 | 0.00 | 80.00 |
| Rhoades, Kelly | Reg. Mgr. | 0.00 | 0.00 | 0.00 | 0.00 |
| Navarro, Paul | RN | 32.00 | | 0.00 | 32.00 |
| Young, Joyce L. | RN - Full time | 80.00 | 6.25 | 8.50 | 94.75 |
| Garcia, Mildred I. | RN - Per Diem | 0.00 | | 0.00 | 0.00 |
| Jackson, Deborah | RN - Per Diem | 61.00 | 0.25 | 0.00 | 61.25 |
| Williams, Carol | RN - Per Diem | 79.75 | 2.75 | 0.00 | 82.50 |
| Stewart, Rosemary A. | RN of CC | 0.00 | | 0.00 | 0.00 |
| Chubbs, Stacy | RN-Part-Time | 0.00 | 0.00 | 0.00 | 0.00 |
| Culton, Kenneth H. | RN-Part-Time | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS | | 2072.50 | 153.25 | 126.75 | 2352.50 |
| Contracted | | 2624.00 | | | 2624.00 |
| LNYIC | | | | | 271.50 |
| Name | Job Title | Pay ending 02/01/08 | OT-02/01/08 | Leave-02/01/08 | Total Hours |
| Kalteski, Nathan | Dentist | 10.75 | | | 10.75 |
| Eichelberger, Dawn | LPN - Full time | | | | 0.00 |
| Farmer, Carol L. | LPN - Full time | 6.50 | 0.00 | 0.00 | 6.50 |
| Harrison, Kathleen A. | LPN - Full time | 78.00 | 13.25 | 0.00 | 91.25 |
| Walton, Monica L. | Med Rec Clerk/LPN | 80.00 | 8.50 | 0.00 | 88.50 |
| Harris, Olga L. | Medical Records Cler | 80.00 | 0.00 | 0.00 | 80.00 |
| Rodriguez-Delgado, Jahaira | Medical Records Cler | 55.75 | | 0.00 | 55.75 |
| Miller, Elizabeth | RN - Full time | 76.00 | 0.00 | 0.00 | 76.00 |
| Jemiola, Denise | RN - Regional Manaç | 31.50 | | | 31.50 |
| Totals | | 407.75 | 21.75 | 0.00 | 440.25 |
| Contracted | | 256.00 | | | 264.00 |
| Total Payroll Ending 01/27/08 | | | | | -176.25 |

| Summary LNCP & YIC Total: | 2792.75 |
|---|---|
| Contracted Hours: | -2880.00 |
| **Under Total Hours** | **-87.25** |

| Pay Period Ending: | 01/28/08 to 02/10/200 | Pay Date: 02/15/08 | | | |
|---|---|---|---|---|---|
| Name | Job Title | rs. worked 02/15/08 | OT-02/15/08 | Leave 02/15/08 | Total Hours |
| Abbey, Sandra | CRNP Psych | 20.00 | | | 20.00 |
| Kalteski, Nathan | Dentist | 20.75 | | | 20.75 |
| Coble, Krista M. | Dir of Nursing | 80.00 | | | 80.00 |
| Featherlin, Tamaria K. | ealth Services Admin | 80.00 | | | 80.00 |
| Dickert, Cynthia C. | LPN - Full time | 80.00 | 9.00 | | 89.00 |
| Downs, Rachel | LPN - Full time | 0.00 | | | 0.00 |
| Good, Bobbie J. FMLA | LPN - Full time | 0.00 | | | 0.00 |
| Harless, Leslie J. | LPN - Full time | 80.00 | 3.75 | | 83.75 |
| Hohenwarter, Cheree N. | LPN - Full time | 80.00 | 4.75 | | 84.75 |
| Long, Wanda | LPN - Full time | 8.25 | | | 8.25 |
| McCoughlin, Etasha V. | LPN - Full time | 40.00 | | | 40.00 |
| Rader, Jodi K. | LPN - Full time | 80.00 | 27.50 | | 107.50 |
| Rafferty, Cristy A. | LPN - Full time | 69.25 | | | 69.25 |
| Rineer, Laura | LPN - Full time | 72.50 | 4.50 | | 77.00 |
| Smoker, Brooke L. | LPN - Full time | 73.00 | 1.25 | 8.00 | 82.25 |
| Fierstein, Janice M. | LPN - Part time | 32.75 | | | 32.75 |
| Ressel, Debra S. | LPN - Part time | 50.25 | | | 50.25 |
| Astree, Stephanie A. | LPN - Per Diem | 73.50 | | | 73.50 |
| Renteria, Norma | LPN - Per Diem | 52.50 | | | 52.50 |
| Wynn, Jennifer | LPN - Per Diem | 71.75 | 6.25 | | 78.00 |
| Cook, Deb | LPN-Full Time | 4.00 | 17.00 | 0.00 | 21.00 |
| Kashdan, Daniel | MA | 33.50 | | | 33.50 |
| Miller, Tamika | MA | 81.25 | | | 81.25 |
| Rance, Melinda D. | MA | 89.00 | 12.50 | | 101.50 |
| Rivera, Odalis | MA | 80.00 | 3.75 | | 83.75 |
| Allen, Aysia J. | MA - Full Time | 50.25 | | 24.00 | 74.25 |
| Garcia, Ashley | MA-Full Time | 56.00 | 9.00 | | 65.00 |
| Benjamin, Michelle | MA-Part Time | 68.75 | | | 68.75 |
| Von Kiel, Eric | Med. Dir. | 31.50 | | | 31.50 |
| Bair, Bonnie S. | Mental Health Worker | 80.00 | | | 80.00 |
| McFerren, Amanda | Mental Health Worker | 4.00 | | | 4.00 |
| Thiemann, Robert | Mental Health Worker | 32.00 | | | 32.00 |
| Bradley, Valerie L. | MR Clerk | 80.00 | 4.00 | | 84.00 |
| Hostetter, Lori L. | Nurse Practitioner | 80.00 | | | 80.00 |
| Hostetter, Rodney | PA | 80.00 | | | 80.00 |
| Mroz, Jen | Physician Assistant | 30.00 | | | 30.00 |
| Turgeon, Marc | Psychiatrist | 15.75 | | | 15.75 |
| Shambaugh, Robert W. | Psychologist | 80.00 | | | 80.00 |
| Rhoades, Kelly | Reg. Mgr. | 16.00 | 2.50 | 0.00 | 18.50 |
| Navarro, Paul | RN | | | | 0.00 |
| Buckwalter, Judith | RN - Full time | 40.00 | 2.00 | | 42.00 |
| Young, Joyce L. | RN - Full time | 22.50 | | | 22.50 |
| Garcia, Mildred I. | RN - Per Diem | 36.00 | | | 36.00 |
| Jackson, Deborah | RN - Per Diem | 39.75 | | | 39.75 |
| Williams, Carol | RN - Per Diem | 44.75 | 0.50 | | 45.25 |
| Stewart, Rosemary A. | RN of CC | 0.00 | | | 0.00 |
| Chubbs, Stacy | RN-Part-Time | 5.00 | | | 5.00 |
| Culton, Kenneth H. | RN-Part-Time | 0.00 | | | 0.00 |
| TOTALS | | 2244.50 | 108.25 | 32.00 | 2384.75 |
| Contracted | | | | | 2624.00 |
| | | | | | 239.25 |

| LNYIC | | | | | |
|---|---|---|---|---|---|
| Name | Job Title | ay ending 02/15/08 | OT-02/15/08 | Leave-02/15/08 | Total Hours |
| Jemiola, Denise | RN - Regional Manag | 31.00 | | | 31.00 |
| Kalteski, Nathan | Dentist | 11.25 | | | 11.25 |
| Eichelberger, Dawn | LPN - Full time | 74.50 | 6.50 | | 81.00 |
| Farmer, Carol L. | LPN - Full time | 7.00 | | | 7.00 |
| Harris, Olga L. | Medical Records Cler | 80.00 | | | 80.00 |
| Harrison, Kathleen A. | LPN - Full time | 80.00 | 20.50 | | 100.50 |
| Miller, Elizabeth | RN - Full time | 38.50 | | | 38.50 |
| Rodriguez-Delgado, Jahaira | Medical Records Cler | 80.00 | | | 80.00 |
| Walton, Monica L. | Med Rec Clerk/LPN | 80.00 | 22.00 | | 102.00 |
| | | | | | 0.00 |
| Totals | | 440.00 | 49.00 | 0.00 | 531.25 |
| Contracted | | 264.00 | | | 264.00 |
| | | | | Total for Payroll ending 2/10/08: | 267.25 |

| Summary LNCP & YIC Total: | 2916.00 |
|---|---|
| Contracted Hours: | 2880.00 |
| Overage: | 36.00 |

Lancaster Summary 2007

| Date | Name | Position | CV | Contact Number | Facility | Corporate info |
|------|------|----------|----|----------------|----------|----------------|
| 9/24/2007 | Cindy Dickert | LPN | | 717-572-6447 | Lan. | interview on 9-26-07 @ 11:00 |
| 9/24/2007 | Patricia Hackman | LPN | x | 717-721-7721 | Lan. | interview on 9-26-07 @ 9:30 |
| 9/24/2007 | Heather Mattern | LPN | | 717-286-3166 | Lan. | interview on 9-26-07 @ 2:00 |
| 9/24/2007 | Shannon Dangro | MA | | 717-684-5077 | Lan. | interview on 9-26-07 @ 2:30 |
| 9/24/2007 | Mary Parsons | MA | | 717-673-0703 | Lan. | interview on 9-26-07 @ 11:00 |
| 9/24/2007 | Julie Miller | MA | x | 717-799-6204 | Lan. | interview on 9-26-07 @ 10:00 |
| 9/24/2007 | Asia Allen | MA | | 717-299-5063 | Lan. | interview on 9-27-07 @ 9:30 |
| | | | | | | 717-341-4326 interview on 9-27-07 @ 9:30 |
| 9/24/2007 | Hope Abdulkarim | MA | x | 717-490-6851 | Lan. | interview on 9-27-07 @ 2:30 |
| 9/25/2007 | Kristen Bixler | MA | | 717-538-9733 | LNCP | interview on 9-26-07 @ 11:00 |
| 9/25/2007 | Rosemary Stewart | RN | | 717-517-7435 | LNCP | interview on 9-27-07 @ 1:00 |
| 9/26/2007 | Doreen Irwin | MA | x | 717-823-6438 | LNCP | interview on 9-27-07 @ 10:30 |
| 26-Sep | Susan Lewis | RN | x | 717-464-8883 | LNCP | interview on 9-27-07 @ 9:00 |
| 9/27/2007 | Patricia Ziegler | LPN | | 304-476-2190 | LNCP | interview on 10-5-07 @ 11:30 |
| 9/28/2007 | Jill Hildebrand | MA | | 717-823-8280 | LNCP | interview on 10-5-07 @ 11:30 |
| 9/28/2007 | Cynthia Thompson | RN | x | 717-733-8093 | LNCP | |
| 9/28/2007 | Bena Williams | LPN | | 717-653-0867 | LNCP | interview on 10-5-07 @ 10:00 |
| 10/1/2007 | Andrew baker | LPN | | 615-517-7721 | LNCP | interview 10-5-07 @ 9:00AM |
| 10/3/2007 | Miriam Ashby | LPN | | 717-464-3206 | LNCP | 717-626-4360 interview 10-5-07 @ 10:30 |
| 10/3/2007 | Joyce Young | RN | | 607-425-6066 | LNCP | |
| 10/8/2007 | Janelle Rizzo | LPN | | 717-354-9540 | LNCP | |
| 10/9/2007 | Sheila Lucas | LPN | | 717-475-9132 | LNCP/LNYIC | |
| 10/11/2007 | Dawn Eichelberger | LPN | | 717-392-1916 | LNYIC | interview 10-12-07 @ 11:30 |
| 10/16/2007 | Pillie Tegtmeier | MA | | 717-989-6169 | LNCP | |
| 10/16/2007 | Tammy Featherlin | RN | | 717-892-3842 | LNCP | HAS |
| 10/22/2007 | Carmen Wise | LPN | | 717-823-0107 | LNCP | left message 10-23-07 |
| 10/23/2007 | Danielle Fulenkerson | LPN | | 717-917-9613 | LNCP | interview 10-24-07 @ 8:30 |
| 10/23/2007 | Shanmika Joyner | LPN | | 717-380-6637 | LNCP | interview 10-24-07 @ 10:30 |
| 10/23/2007 | Laura Rineer | LPN | | 717-662-2026 | LNCP | interview 10-24-07 @ 9:30 |
| 10/25/2007 | Teresa Lauer | MA | | 717-808-0715 | LNCP | interview 10-26-07 @ 1:30 |
| 10/25/2007 | Krista Jackson | LPN | | 717-283-7535 | LNCP | interview 11-16-07 @ 11:00 |
| 11/12/2007 | Katie Loeffer | GPN | | 717-626-7956 | LNCP | interview 11-16-07 @ 9AM |
| 11/14/2007 | Jennifer Winn | LPN | | 717-615-3659 | LNCP | interview 11-16-07 @ 10AM |
| | | | | | | interview 11-15-07 @ 2:00 was an inmate there |
| 11/14/2007 | Romaine Shorts | MA | | 717-951-7590 | LNCP | interview 11-19-07 @ 9:00AM |
| 11/15/2007 | Trudy Wagner | LPN | | 717-354-0479 | LNCP | |
| 11/20/2007 | Heather Wagner | LPN | | 717-689-0673 | LNCP | |
| 12/3/2007 | Susan Rubright | LPN | | 717-682-6889 | LNCP | interview 12-4-07 @ 9AM |

| Date | Name | | Phone | LNCP | Notes |
|---|---|---|---|---|---|
| 12/3/2007 | Billy Elgen | RN | 717-548-3902 | LNCP | has a lot of correctional experience interview 12-4-07 @ 1PM |
| 12/4/2007 | Teisha Jordan | LPN | 717-887-0650 | LNCP | interview 12-5-07 @ 9:00 didn't show up |
| 12/5/2007 | Amy Hill | LPN | 717-786-3988 | LNCP | interview 12-6-07 @ 12:00 |
| 12/5/2007 | Barbara Giuglianotti | RN | 717-533-8762 | LNCP | interview 12-6-07 @ 11:00 |
| 12/5/2007 | Deb Jackson | RN' | 717-979-3028 | LNCP | interview 12-6-07 @ 10:00 |
| 12/10/2007 | Aleah Doll | LPN | 717-951-2585 | LNCP | |
| 12/14/2007 | Christine Irvin | RN | 215-901-5817 | LNCP | called and left 2 messages |
| 17-Dec | Makila Carello | LPN | 717-391-2784 | LNCP | |
| 12/17/2007 | Suztie Eberly | LPN | 717-684-5722 | LNCP | interview 12/18/07 @ 9:00AM |
| 12/18/2007 | Amy Vasquez | LPN | 717-284-5654 | LNCP | interview 12/18/07 @ 12:00PM |
| 1/2/2008 | Carmen Wise | LPN | 717-823-0107 | LNCP | |
| 1/2/2008 | Wanda Long | LPN | 717-627-0040 | LNCP | interview 1/7/08 @ 10:30 |
| 1/2/2008 | Mary Howard | LPN | 717-599-8701 | LNCP | interview 1/4/08 @ 9:30 going to reschedule |
| 1/2/2008 | Elizabeth Lesher | LPN | 610-468-3878 | LNCP | |
| 1/2/2008 | Earl Lyles | LPN | 717-770-9683 | LNCP | |
| 1/2/2008 | Sarah Sheetz | LPN | 717-367-1397 | LNCP | left message 1/2/08 |
| 1/2/2008 | Elizabeth Whiskeyman | LPN | 717-626-1237 | LNCP | interview 1/7/08 @ 10:00 |
| 1/2/2008 | Joyce Bonsall | LPN | 717-806-1110 | LNCP | interview 1-16-08 @ 10:30 |
| 1/7/2008 | Tina Morgan | LPN | 717-201-3952 | LNCP | interview 1-10-08 @ 10:00 |
| 1/7/2008 | Gilamil Lugaro | MA | 717-580-8677 | LNCP | interview 1-10-08 @ 11:30 |
| 1/7/2008 | Erica London | MA | 717-293-7108 | LNCP | interview 1-9-08 @ 10:00 |
| 1/2/2008 | Carol Williams | RN | 717-625-4580 | LNCP | interview 1/3/08 @ 10:30 717-475-0338 |
| 1/2/2008 | Joyce Young | RN | 717-626-4360 | LNCP | interview 1/3/08 @ 2:30 |
| 1/2/2008 | Suzanne Conaway | RN | 717-273-6542 | LNCP | interview 1/7/08 @ 1:00 |
| 1/14/2008 | Mary Ann Millner | LPN | 717-239-0408 | LNCP | 717-299-4039 interview 1/16/08 @ 9AM |
| 1/18/2008 | Judy Buckwalter | RN | 717-397-6160 | LNCP | |
| 1/21/2008 | Susie Lugo | MA | 717-393-1175 | LNCP | |
| 1/25/2008 | Eileen Lewis | RN | 1-717-625-0858 | LNCP | 717-413-0575 |
| 1/28/2008 | Etasha McLoughlin | LPN | 717-336-3439 | LNCP | interview 1/29/08 @ 10:30 |
| 1/30/2008 | Andrew Ashby | LPN | 717-262-8999 | LNCP | |
| 1/2/2008 | Dineen Kunkle | LPN | 717-484-400-8080 | LNCP | interview 1/3/08 @ 1:30 no show |



# LNCP

# 2ⁿᵈ Quarter

# May 2008

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| Pay Period Ending: | 02/11/08 to 02/24/2008 | Pay Date: 02/29/08 | | | |
|---|---|---|---|---|---|
| Name | Job Title | Hrs worked 02/29/08 | OT 02/29/08 | Leave 02/29/08 | Total Hours |
| Abbey, Sandra | CRNP Psych | 14.00 | | | 14.00 |
| Allen, Aysia J. | MA - Full Time | 73.00 | | | 73.00 |
| Astree, Stephanie A. | LPN - Part Time | 60.75 | | | 60.75 |
| Bair, Bonnie S. | Mental Health Worker | 80.00 | | | 80.00 |
| Benjamin, Michelle | MA - Full Time | 73.25 | 2.25 | | 75.50 |
| Bradley, Valerie L. | MR Clerk - Full Time | 80.00 | 2.25 | | 82.25 |
| Buckwalter, Judith | RN - Full time | 76.25 | 14.25 | | 90.50 |
| Chubbs, Stacy | RN-Part-Time | 4.50 | | | 4.50 |
| Coble, Krista M. | Dir of Nursing | 80.00 | | | 80.00 |
| Cook, Deb | LPN-Full Time | 14.50 | | | 14.50 |
| Dickert, Cynthia C. | LPN - Full time | 73.75 | 9.00 | | 82.75 |
| Ehrich, Kelly | Regional Mgr. | 54.25 | | | 54.25 |
| Featherlin, Tamaria K. | Health Services Admin | 80.00 | | | 80.00 |
| Fierstein, Janice M. | LPN - Part time | 24.50 | | | 24.50 |
| Garcia, Ashley | MA-Full Time | 76.50 | 0.25 | | 76.75 |
| Garcia, Mildred I. | RN - Part Diem | 41.00 | | | 41.00 |
| Harless, Leslie J. | LPN - Full time | 80.00 | 4.25 | | 84.25 |
| Hohenwarter, Cheree N. | LPN - Part time | 43.00 | | | 43.00 |
| Hostetter, Lori L. | Nurse Practitioner | 71.75 | | 8.25 | 80.00 |
| Hostetter, Rodney | PA | 78.25 | | 1.75 | 80.00 |
| Jackson, Deborah | RN - Per Diem | 36.25 | | | 36.25 |
| Kalteski, Nathan | Dentist | 8.00 | | 16.00 | 24.00 |
| Kashdan, Daniel | MA - Part Time | 12.25 | | | 12.25 |
| McCoughlin, Etasha V. | LPN - Per Diem | 66.50 | | | 66.50 |
| Miller, Tamika | MA - Full Time | 79.50 | 12.00 | | 91.50 |
| Mroz, Jen | Physician Assistant | 10.00 | | | 10.00 |
| Navarro, Paul | RN | 64.00 | | | 64.00 |
| Rader, Jodi K. | LPN - Full time | 78.25 | 18.25 | | 96.50 |
| Rance, Melinda D. | MA - Full Time | 76.25 | 3.75 | | 80.00 |
| Renteria, Norma | LPN - Part Time | 40.25 | | | 40.25 |
| Ressel, Debra S. | LPN - Part time | 42.75 | | | 42.75 |
| Rhoades, Kelly | Reg. Mgr. | 8.00 | | | 8.00 |
| Rineer, Laura | LPN - Full time | 80.00 | 9.00 | | 89.00 |
| Rivera, Odalis | MA - Full Time | 80.00 | 1.50 | | 81.50 |
| Shambaugh, Robert W. | Psychologist | 64.00 | | 16.00 | 80.00 |
| Smoker, Brooke L. | LPN - Full time | 80.00 | 3.00 | | 83.00 |
| Thiemann, Robert | Mental Health Worker | 66.00 | | | 66.00 |
| Turgeon, Marc | Psychiatrist | 40.00 | | | 40.00 |
| Von Kiel, Eric | Med. Dir. | 36.00 | | | 36.00 |
| Williams, Carol | RN - Full Time | 16.75 | | | 16.75 |
| Wynn, Jennifer | LPN - Full Time | 47.50 | | | 47.50 |
| Young, William | MD | 12.00 | | | 12.00 |
| TOTALS | | 2223.50 | 79.75 | 42.00 | 2345.25 |
| Contracted | | | | | 2624.00 |
| | | | | | -278.75 |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| LNYIC Name | Job Title | Pay ending 02/29/08 | OT-02/29/08 | Leave-02/29/08 | Total Hours |
|---|---|---|---|---|---|
| Dennis, Shirley | RN - Full time | 40.00 | | | 40.00 |
| Eichelberger, Dawn | LPN - Full time | 79.50 | 3.75 | | 83.25 |
| Harris, Olga L. | Medical Records Clerk | 80.00 | | | 80.00 |
| Harrison, Kathleen A. | LPN - Full time | 56.00 | 1.50 | | 57.50 |
| Jemiola, Denise | RN - Regional Manager | 40.00 | | | 40.00 |
| Kalteski, Nathan | Dentist | 4.00 | | 4.00 | 8.00 |
| Rodriguez-Delgado, Jaha | Medical Records Clerk | 71.00 | | 8.00 | 79.00 |
| Walton, Monica L. | LPN - Full time | 80.00 | 32.00 | | 112.00 |
| Abbey, Sandra | CRNP -Psychiatry | 4.00 | | | 4.00 |
| Martin, Enos M.D. | Psychiatrist | 8.00 | | | 8.00 |
| Totals | | 331.00 | 33.50 | 0.00 | 511.75 |
| Contracted | | | | | 264.00 |
| | | | Total for Payroll ending 2/24 | | 247.75 |

| Summary LNCP & YIC Tota | 2857.00 |
|---|---|
| Contracted Hours: | 2888.00 |
| **Under:** | **-31.00** |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| Pay Period Ending: | 02/25/08 to 03/09/2008 | Pay Date: 03/14/08 | | |
|---|---|---|---|---|
| Name | Job Title | Hrs worked 03/14/08 | OT-03/14/08 | Leave 03/14/08 | Total Hours |
| Abbey, Sandra | CRNP Psych | 14.00 | | | 14.00 |
| Allen, Aysia J. | MA - Full Time | 77.75 | | | 77.75 |
| Astree, Stephanie A. | LPN - Part Time | 59.00 | | | 59.00 |
| Bair, Bonnie S. | Mental Health Worker | 64.00 | | 16.00 | 80.00 |
| Benjamin, Michelle | MA-Full Time | 73.25 | 0.75 | | 74.00 |
| Bradley, Valerie L. | MR Clerk | 80.00 | 6.25 | | 86.25 |
| Buckwalter, Judith | RN - Full time | 74.75 | 9.50 | | 84.25 |
| Chubbs, Stacy | RN-Part-Time | 0.00 | | | 0.00 |
| Coble, Krista M. | Dir of Nursing | 76.25 | | 3.75 | 80.00 |
| Cook, Deb | LPN-Full Time | | 8.00 | | 8.00 |
| Dickert, Cynthia C. | LPN - Full time | 80.00 | 5.00 | | 85.00 |
| Ehrich, Kelly | Regional Mgr. | 34.00 | | | 34.00 |
| Featherlin, Tamaria K. | Health Services Admin | 80.00 | | | 80.00 |
| Fierstein, Janice M. | LPN - Part time | 24.25 | | | 24.25 |
| Garcia, Ashley | MA-Full Time | 78.50 | | | 78.50 |
| Garcia, Mildred I. | RN - Per Diem | 47.75 | | | 47.75 |
| Harless, Leslie J. | LPN - Full time | 73.50 | 1.50 | 8.00 | 83.00 |
| Hohenwarter, Cheree N. | LPN - Part Time | 31.25 | | | 31.25 |
| Hostetter, Lori L. | Nurse Practitioner | 79.00 | | 1.00 | 80.00 |
| Hostetter, Rodney | PA | 78.50 | | 1.50 | 80.00 |
| Jackson, Deborah | RN - Part Time | 32.75 | | | 32.75 |
| Jallow, Neneh | LPN - Full time | 71.50 | 4.75 | | 76.25 |
| Kalteski, Nathan | Dentist | 23.50 | | | 23.50 |
| Kashdan, Daniel | MA - Part Time | 8.25 | | | 8.25 |
| McCoughlin, Etasha V. | LPN - Per Diem | 44.50 | | | 44.50 |
| Miller, Tamika | MA - Full Time | 77.50 | | | 77.50 |
| Mroz, Jen | Physician Assistant | 10.00 | | | 10.00 |
| Navarro, Paul | RN | 64.00 | | | 64.00 |
| Rader, Jodi K. | LPN - Full time | 80.00 | 14.75 | | 94.75 |
| Rance, Melinda D. | MA - Full Time | 66.25 | 7.00 | | 73.25 |
| Renteria, Norma | LPN - Part Time | 33.25 | | | 33.25 |
| Ressel, Debra S. | LPN - Part time | 60.50 | | | 60.50 |
| Rhoades, Kelly | LPN - Reg. Mgr. | 8.00 | | | 8.00 |
| Rineer, Laura | LPN - Full time | 66.00 | 9.75 | 8.00 | 83.75 |
| Rivera, Odalis | MA - Full Time | 79.50 | 2.00 | | 81.50 |
| Shambaugh, Robert W. | Psychologist | 80.00 | | | 80.00 |
| Smoker, Brooke L. | LPN - Full time | 80.00 | 3.50 | | 83.50 |
| Thiemann, Robert | Mental Health Worker | 66.00 | | | 66.00 |
| Turgeon, Marc | Psychiatrist | 24.75 | | | 24.75 |
| Von Kiel, Eric | Med. Dir. | 40.00 | | | 40.00 |
| Williams, Carol | RN - Full Time | 80.00 | 3.50 | | 83.50 |
| Wynn, Jennifer | LPN - Full Time | 73.00 | 10.50 | | 83.50 |
| Young, William | MD | 12.00 | | | 12.00 |
| TOTALS | | 2307.00 | 86.75 | 38.25 | 2432.00 |
| Contracted | | | | | 2624.00 |
| | | | | | -192.00 |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| LNYIC Name | Job Title | Pay ending 03/14/08 | OT-03/14/08 | Leave-03/14/08 | Total Hours |
|---|---|---|---|---|---|
| Dennis, Shirley | RN - Full time | 80.00 | | | 80.00 |
| Eichelberger, Dawn | LPN - Full time | 77.00 | 2.00 | | 79.00 |
| Harris, Olga L. | Medical Records Clerk | 80.00 | | | 80.00 |
| Harrison, Kathleen A. | LPN - Full time | 76.25 | | 4.75 | 81.00 |
| Jemiola, Denise | RN - Regional Manager | 30.00 | | | 30.00 |
| Kalteski, Nathan | Dentist | 8.50 | | | 8.50 |
| Rodriguez-Delgado, Jaha | Medical Records Clerk | 78.50 | | | 78.50 |
| Walton, Monica L. | Med Rec Clerk/LPN | 80.00 | 2.00 | | 82.00 |
| Abbey, Sandra | CRNP -Psychiatry | 8.00 | | | 8.00 |
| Martin, Enos M.D. | Psychiatrist | 8.00 | | | 8.00 |
| Totals | | 526.25 | 4.00 | 4.75 | 535.00 |
| Contracted | | | | | 264.00 |
| | | | | Total for Payroll ending 3/09 | 271.00 |

| | |
|---|---|
| Summary LNCP & YIC Tota | 2967.00 |
| Contracted Hours: | 2888.00 |
| **Overage:** | **79.00** |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| Pay Period Ending: | 03/10/08 to 03/23/2008 | Pay Date: 03/28/08 | | | |
|---|---|---|---|---|---|
| Name | Job Title | Hrs worked 03/28/08 | OT-03/28/08 | Leave 03/28/08 | Total Hours |
| Abbey, Sandra | CRNP Psych | 14.00 | | | 14.00 |
| Allen, Aysia J. | MA - Full Time | 31.25 | | | 31.25 |
| Astree, Stephanie A. | LPN - Part Time | 42.00 | | | 42.00 |
| Bair, Bonnie S. | Mental Health Worker | 66.50 | | 13.50 | 80.00 |
| Benjamin, Michelle | MA-Full Time | 73.25 | 3.50 | | 76.75 |
| Bradley, Valerie L. | MR Clerk | 80.00 | 2.50 | | 82.50 |
| Buckwalter, Judith | RN - Full Time | 74.00 | 1.50 | | 75.50 |
| Chubbs, Stacy | RN-Part-Time | 0.00 | | | 0.00 |
| Coble, Krista M. | Dir of Nursing | 74.25 | | 5.75 | 80.00 |
| Cook, Deb | LPN-Full Time | 14.50 | | | 14.50 |
| Dickert, Cynthia C. | LPN - Full time | 80.00 | 5.75 | | 85.75 |
| Ehrich, Kelly | Regional Mgr. | 35.00 | | | 35.00 |
| Featherlin, Tamaria K. | Health Services Admin | 80.00 | | | 80.00 |
| Fierstein, Janice M. | LPN - Part time | 16.50 | | | 16.50 |
| Garcia, Ashley | MA-Full Time | 79.50 | 8.00 | | 87.50 |
| Garcia, Mildred I. | RN - Part Time | 45.25 | | | 45.25 |
| Harless, Leslie J. | LPN - Full time | 80.00 | 4.50 | | 84.50 |
| High, Erica | LPN - Full time | 80.00 | 0.50 | | 80.50 |
| Hohenwarter, Cheree N. | LPN - Part time | 8.75 | | | 8.75 |
| Hostetter, Lori L. | Nurse Practitioner | 76.00 | | 4.00 | 80.00 |
| Hostetter, Rodney | PA | 80.00 | | | 80.00 |
| Jackson, Deborah | RN - Per Diem | 35.25 | | | 35.25 |
| Jallow, Neneh | LPN - Full time | 8.00 | | | 8.00 |
| Kalteski, Nathan | Dentist | 17.30 | | | 17.30 |
| Kashdan, Daniel | MA - Per Diem | 0.00 | | | 0.00 |
| Lapp-Hill, Eunice | RN - Full time | 40.00 | | | 40.00 |
| McCoughlin, Etasha V. | LPN - Per Diem | 60.75 | | | 60.75 |
| Miller, Tamika | MA - Full Time | 80.00 | 9.75 | | 89.75 |
| Mroz, Jen | Physician Assistant | 5.00 | | | 5.00 |
| Navarro, Paul | RN | 64.00 | | | 64.00 |
| Rader, Jodi K. | LPN - Full time | 76.50 | 20.25 | | 96.75 |
| Rance, Melinda D. | MA - Full Time | 80.00 | 10.75 | | 90.75 |
| Renteria, Norma | LPN - Part Time | 24.75 | | | 24.75 |
| Ressel, Debra S. | LPN - Part time | 59.75 | | | 59.75 |
| Rhoades, Kelly | LPN -Reg. Mgr. | 8.00 | | | 8.00 |
| Rineer, Laura | LPN - Full time | 60.00 | | | 60.00 |
| Rivera, Odalis | MA - Full Time | 62.25 | | 16.00 | 78.25 |
| Shambaugh, Robert W. | Psychologist | 64.00 | | 16.00 | 80.00 |
| Smoker, Brooke L. | LPN - Full time | 80.00 | 2.50 | | 82.50 |
| Thiemann, Robert | Mental Health Worker | 66.00 | | | 66.00 |
| Turgeon, Marc | Psychiatrist | 21.75 | | | 21.75 |
| Von Kiel, Eric | Med. Dir. | 38.00 | | | 38.00 |
| Williams, Carol | RN - Full Time | 75.50 | 0.50 | | 76.00 |
| Wynn, Jennifer | LPN - Full Time | 72.50 | 10.50 | | 83.00 |
| Young, William | MD | 12.00 | | | 12.00 |
| TOTALS | | 2242.05 | 80.50 | 55.25 | 2377.80 |
| Contracted | | | | | 2624.00 |
| | | | | | -246.20 |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| LNYIC Name | Job Title | Pay ending 03/28/08 | OT-03/28/08 | Leave-03/28/08 | Total Hours |
|---|---|---|---|---|---|
| Dennis, Shirley | RN- Full Time | 80.00 | | | 80.00 |
| Eichelberger, Dawn | LPN - Full time | 72.00 | | 8.00 | 80.00 |
| Harris, Olga L. | Medical Records Clerk | 80.00 | | | 80.00 |
| Harrison, Kathleen A. | LPN - Full time | 88.00 | 1.00 | | 89.00 |
| Jemiola, Denise | RN - Regional Manager | 30.00 | | | 30.00 |
| Kalteski, Nathan | Dentist | 11.80 | | | 11.80 |
| Rodriguez-Delgado, Jaha | Medical Records Clerk | 64.00 | | 16.00 | 80.00 |
| Walton, Monica L. | Med Rec Clerk/LPN | 80.00 | 1.75 | | 81.75 |
| Abbey, Sandra | CRNP -Psychiatry | 5.00 | | | 5.00 |
| Martin, Enos M.D. | Psychiatrist | 8.00 | | | 8.00 |
| Totals | | 518.80 | 2.75 | 24.00 | 545.55 |
| Contracted | | | | | 264.00 |
| | | | | Total for Payroll ending 3/23 | 281.55 |

| | |
|---|---|
| Summary LNCP & YIC Tota | 2923.35 |
| Contracted Hours: | 2888.00 |
| **Overage:** | **35.35** |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| Pay Period Ending: | 03/24/08 to 04/6/2008 | Pay Date: 04/11/08 | | | |
|---|---|---|---|---|---|
| Name | Job Title | Hrs worked 04/11/08 | OT 04/11/08 | Leave 04/11/08 | Total Hours |
| Abbey, Sandra | CRNP Psych | 14.00 | | | 14.00 |
| Astree, Stephanie A. | LPN - Part Time | 56.50 | | | 56.50 |
| Bair, Bonnie S. | Mental Health Worker | 80.00 | | | 80.00 |
| Benjamin, Michelle | MA-Full Time | 72.50 | 1.50 | 6.00 | 80.00 |
| Bradley, Valerie L. | MR Clerk | 80.00 | 4.50 | | 84.50 |
| Brooks, Keri | LPN - Full time | 80.00 | 1.25 | | 81.25 |
| Buckwalter, Judith | RN - Full time | 72.50 | 15.75 | | 88.25 |
| Campbell, Holly | MA- Part time | 19.25 | | | 19.25 |
| Chubbs, Stacy | RN-Part-Time | 0.00 | | | 0.00 |
| Coble, Krista M. | Dir of Nursing | 80.00 | | | 80.00 |
| Cook, Deb | LPN-Full Time | 8.00 | | | 8.00 |
| Dickert, Cynthia C. | LPN - Full time | 60.00 | | 20.00 | 80.00 |
| Ehrich, Kelly | Regional Mgr. | 56.00 | | | 56.00 |
| Featherlin, Tamaria K. | Health Services Admin | | | 80.00 | 80.00 |
| Fierstein, Janice M. | LPN - Part time | 24.75 | | | 24.75 |
| Garcia, Ashley | MA-Full Time | 76.00 | | 4.00 | 80.00 |
| Garcia, Mildred I. | RN - Part Time | 31.75 | | | 31.75 |
| Haigh, Paula | FT- Mental Health | 80.00 | | | 80.00 |
| Harless, Leslie J. | LPN - Full time | 80.00 | 5.50 | | 85.50 |
| High, Erica | LPN- Full time | 64.00 | 9.00 | 7.00 | 80.00 |
| Hohenwarter, Cheree N. | LPN - Part Time | 33.00 | | | 33.00 |
| Hostetter, Lori L. | Nurse Practitioner | 80.00 | | | 80.00 |
| Hostetter, Rodney | PA | 14.25 | | 65.75 | 80.00 |
| Jackson, Deborah | RN - Per Diem | 34.50 | | | 34.50 |
| Kalteski, Nathan | Dentist | 18.33 | | | 18.33 |
| Kashdan, Daniel | MA - Part Time | 16.00 | | | 16.00 |
| Kirej, Delilah | GPN - Full Time | 55.00 | 0.25 | | 55.25 |
| Lapp-Hill, Eunice | RN- Full time | 80.00 | 15.75 | | 95.75 |
| McCoughlin, Etasha V. | LPN - Per Diem | 65.25 | | | 65.25 |
| Miller, Tamika | MA - Full Time | 78.50 | 0.75 | 0.75 | 80.00 |
| Morgan, Tina M. | LPN - Full time | 52.25 | | | 52.25 |
| Mroz, Jen | Physician Assistant | 20.00 | | | 20.00 |
| Musick, Jenafer | RN- Part time | 39.00 | | | 39.00 |
| Navarro, Paul | RN | 0.00 | | | 0.00 |
| Parson, Yvonne | FT- Mental Health | 16.00 | | | 16.00 |
| Rader, Jodi K. | LPN - Full time | 80.00 | 14.25 | | 94.25 |
| Rance, Melinda D. | MA - Full Time | 67.75 | 3.75 | 8.50 | 80.00 |
| Renteria, Norma | LPN - Per Diem | 24.25 | | | 24.25 |
| Ressel, Debra S. | LPN - Part time | 56.50 | | | 56.50 |
| Rhoades, Kelly | LPN - Reg. Mgr. | 8.00 | | | 8.00 |
| Rineer, Jessica | FT- Administrative Assist. | 80.00 | 2.50 | | 82.50 |
| Rineer, Laura | LPN - Full time | 75.75 | 0.75 | 3.50 | 80.00 |
| Rivera, Odalis | MA - Full Time | 80.00 | 2.25 | | 82.25 |
| Shambaugh, Robert W. | Psychologist | 66.75 | | 13.25 | 80.00 |
| Smoker, Brooke L. | LPN - Full time | 80.00 | 2.25 | | 82.25 |
| Thiemann, Robert | Mental Health Worker | 53.00 | | | 53.00 |
| Turgeon, Marc | Psychiatrist | 28.83 | | | 28.83 |
| Von Kiel, Eric | Med. Dir. | 16.00 | | | 16.00 |
| Williams, Carol | RN - Full Time | 72.00 | | 8.00 | 80.00 |
| Wynn, Jennifer | LPN - Full Time | 64.75 | 9.75 | 8.00 | 82.50 |
| Young, William | MD | 12.00 | | | 12.00 |
| TOTALS | | 2502.91 | 89.75 | 224.75 | 2817.41 |
| Contracted | | | | | 2624.00 |
| | | | | | 193.41 |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| LNYIC Name | Job Title | Pay ending 04/11/08 | OT-04/11/08 | Leave-04/11/08 | Total Hours |
|---|---|---|---|---|---|
| Dennis, Shirley | RN - Full time | 80.00 | 0.75 | | 80.75 |
| Eichelberger, Dawn | LPN - Full time | 80.00 | 2.00 | | 82.00 |
| Harris, Olga L. | Medical Records Clerk | 64.00 | | 16.00 | 80.00 |
| Harrison, Kathleen A. | LPN - Full time | 31.00 | | 16.00 | 47.00 |
| Jemiola, Denise | RN - Regional Manager | 20.00 | | | 20.00 |
| Kalteski, Nathan | Dentist | 7.45 | | | 7.45 |
| Rodriguez-Delgado, Jaha | Medical Records Clerk | 80.00 | | | 80.00 |
| Walton, Monica L. | LPN - Full time | 80.00 | 8.00 | | 88.00 |
| Abbey, Sandra | CRNP -Psychiatry | 5.50 | | | 5.50 |
| Martin, Enos M.D. | Psychiatrist | 8.00 | | | 8.00 |
| Totals | | 282.45 | 8.00 | 0.00 | 417.95 |
| Contracted | | 264.00 | | | 264.00 |
| | | | Total for Payroll ending 4/0€ | | 153.95 |

| | |
|---|---|
| Summary LNCP & YIC Tota | 3235.36 |
| Contracted Hours: | 2888.00 |
| **Overage:** | 347.36 |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| Pay Period Ending: | 04/7/08 to 04/20/2008 | Pay Date: 04/25/08 | | | |
|---|---|---|---|---|---|
| Name | Job Title | Hrs worked 04/25/08 | OT-04/25/08 | Leave 04/25/08 | Total Hours |
| Abbey, Sandra | CRNP Psych | 13.50 | | | 13.50 |
| Astree, Stephanie A. | LPN - Part Time | 59.00 | | | 59.00 |
| Bair, Bonnie S. | Mental Health Worker | 80.00 | | | 80.00 |
| Benjamin, Michelle | MA - Full Time | 73.00 | 9.75 | | 82.75 |
| Bradley, Valerie L. | MR Clerk | 80.00 | 3.25 | | 83.25 |
| Brooks, Keri | LPN - Full time | 80.00 | 3.25 | | 83.25 |
| Buckwalter, Judith | RN - Full time | 73.00 | 9.75 | | 82.75 |
| Campbell, Holly | MA - Part time | 31.50 | | | 31.50 |
| Chubbs, Stacy | RN-Part-Time | 0.00 | | | 0.00 |
| Coble, Krista M. | Dir of Nursing | 80.00 | | | 80.00 |
| Cook, Deb | LPN-Full Time | 0.00 | | | 0.00 |
| Dickert, Cynthia C. | LPN - Full time | 80.00 | 4.50 | | 84.50 |
| Ehrich, Kelly | Regional Mgr. | 8.50 | | | 8.50 |
| Featherlin, Tamaria K. | Health Services Admin | 0.00 | | 80.00 | 80.00 |
| Fierstein, Janice M. | LPN - Part time | 16.75 | | | 16.75 |
| Fury, Michelle | LPN - Full time | 0.00 | | | 0.00 |
| Garcia, Ashley | MA-Full Time | 80.00 | 1.75 | | 81.75 |
| Garcia, Mildred I. | RN - Per Diem | 30.75 | | | 30.75 |
| Haigh, Paula | FT Mental Health | 80.00 | | | 80.00 |
| Harless, Leslie J. | LPN - Full time | 80.00 | 3.75 | | 83.75 |
| High, Erica | LPN - Full time | 72.75 | 1.00 | 6.25 | 80.00 |
| Hohenwarter, Cheree N. | LPN - Part time | 33.50 | | | 33.50 |
| Hostetter, Lori L. | Nurse Practitioner | 79.00 | | 1.00 | 80.00 |
| Hostetter, Rodney | PA | 79.00 | | 1.00 | 80.00 |
| Jackson, Deborah | RN - Per Diem | 26.25 | | | 26.25 |
| Kalteski, Nathan | Dentist | 12.50 | | | 12.50 |
| Kashdan, Daniel | MA - Per Diem | 15.75 | | | 15.75 |
| Kirej, Delilah | GPN - Full time | 67.75 | | 12.25 | 80.00 |
| Lapp-Hill, Eunice | LPN - Full time | 79.75 | 4.00 | 0.25 | 84.00 |
| McCoughlin, Etasha V. | LPN - Per Diem | 24.25 | | | 24.25 |
| Miller, Tamika | MA - Full Time | 79.50 | 0.25 | 0.50 | 80.25 |
| Morgan, Tina M. | LPN - Full time | 78.50 | 1.00 | 1.50 | 81.00 |
| Mroz, Jen | Physician Assistant | 8.00 | | | 8.00 |
| Musick, Jennifer | RN | 9.00 | | | 9.00 |
| Navarro, Paul | RN | 0.00 | | | 0.00 |
| Rader, Jodi K. | LPN - Full time | 80.00 | 7.25 | | 87.25 |
| Rance, Melinda D. | MA - Per Diem | 80.00 | 2.50 | | 82.50 |
| Renteria, Norma | LPN - Per Diem | 24.50 | | | 24.50 |
| Ressel, Debra S. | LPN - Part time | 47.00 | | | 47.00 |
| Rhoades, Kelly | LPN - Reg. Mgr. | 41.50 | | | 41.50 |
| Rineer, Jessica | FT - AA | 80.00 | 1.50 | | 81.50 |
| Rineer, Laura | LPN - Full time | 72.50 | 9.75 | 7.50 | 89.75 |
| Rivera, Odalis | MA - Full Time | 79.50 | 2.00 | 0.50 | 82.00 |
| Shambaugh, Robert W. | Psychologist | 75.00 | | 5.00 | 80.00 |
| Smoker, Brooke L. | LPN - Full time | 72.75 | 1.25 | 8.00 | 82.00 |
| Thiemann, Robert | Mental Health Worker | 30.00 | | | 30.00 |
| Turgeon, Marc | Psychiatrist | 24.50 | | | 24.50 |
| Von Kiel, Eric | Med. Dir. | 25.00 | | | 25.00 |
| Williams, Carol | RN - Full Time | 78.25 | | 1.75 | 80.00 |
| Wynn, Jennifer | LPN - Full Time | 64.75 | 18.00 | 15.25 | 98.00 |
| Young, William | MD | 12.00 | | | 12.00 |
| TOTALS | | 2498.75 | 84.50 | 140.75 | 2724.00 |
| Contracted | | | | | 2624.00 |
| | | | | | 100.00 |

Lancaster County Prison Youth Intervention Center
2nd Quarterly Report 2008

| LNYIC Name | Job Title | Pay Ending 04/25/08 | OT-04/25/08 | Leave-04/25/08 | Total Hours |
|---|---|---|---|---|---|
| Dennis, Shirley | RN - Full time | 80.00 | 6.00 | | 86.00 |
| Eichelberger, Dawn | LPN - Full time | 80.00 | 22.50 | | 102.50 |
| Harris, Olga L. | Medical Records Clerk | 64.00 | | 16.00 | 80.00 |
| Jemiola, Denise | RN - Regional Manager | 30.00 | | | 30.00 |
| Kalteski, Nathan | Dentist | 11.50 | | | 11.50 |
| Rodriguez-Delgado, Jaha | Medical Records Clerk | 80.00 | | | 80.00 |
| Walton, Monica L. | Med Rec Clerk/LPN | 80.00 | | | 80.00 |
| Abbey, Sandra | CRNP -Psychiatry | 5.50 | | | 5.50 |
| Martin, Enos M.D. | Psychiatrist | 8.00 | | | 8.00 |
| Totals | | 439.00 | 28.50 | 16.00 | 483.50 |
| Contracted | | 264.00 | | | 264.00 |
| | | | | Total for Payroll ending 4/20 | 219.50 |

| | |
|---|---|
| Summary LNCP & YIC Tota | 3207.50 |
| Contracted Hours: | 2888.00 |
| **Overage:** | **319.50** |

| Date | Name | Title | Phone | Cert | Notes |
|---|---|---|---|---|---|
| 2/6/2008 | Alice Brubaker | LPN | 717-738-3520 | LNCP | interview 2-7-08 @ 1PM |
| 2/13/2008 | Jessica Beck | LPN | 717-682-1782 | LNCP | interested in PRN only |
| 2/20/2008 | Theresa Ayres | LPN | 717-548-3056 | LNCP | interview 2-14-08 @ 10AM |
| 2/25/2008 | Erica High | LPN | 717-278-5299 | LNCP | interview 2-22-08 @ 1PM |
| 2/28/2008 | Claudia Pearce | LPN | 717-293-8968 | LNCP | interview 2-27-08 @ 10:00AM |
| | | | | | interested in 1st shift only |
| 2/28/2008 | Eunice Lapp- Hill | RN | 717-687-8509 | LNCP | 520-977-3281 interview on 3-3-08 @1:00 |

| Date | Name | Title | Phone | | Notes |
|------|------|-------|-------|------|-------|
| 3/3/2008 | Sunny Dimmig | LPN | 717-371-1523 | LNCP | met at jobfair |
| 3/3/2008 | Joe Doster | MA | 717-944-6857 | LNCP | met at jobfair |
| 3/10/2008 | Jenna Music | RN | 717-715-6387 | LNCP | interview 3-12-08 @ 1:00 |
| 3/10/2008 | Alisha Godwin | MA | 717-475-0094 | LNCP | interview 3-11-08 @ 1:00 |
| 3/11/2008 | Marcy Herr | LPN | 717-786-4909 | LNCP | Interview 3/13/2008 @ 11:00AM |
| 3/17/2008 | Keri Brooks | LPN | 717-669-7185 | LNCP | interview 3/18/2008 @ 10:00 |
| 3/17/2008 | Brenda Brown | LPN | 717-471-3277 | LNCP | interview 3/21/08 @ 8:30 |
| 3/18/2008 | Delilah Kirej | LPN | 717-615-7362 | LNCP | |
| 3/20/2008 | Shonna Owens | MA | 717-943-0322 | LNCP | interview 3/25/2008 |
| 24-Mar | Denise Shaffer | LPN | 717-442-5275 | LNCP | interview 3/28/08 |
| 3/27/2008 | Bethany Sentz | LPN | 717-471-4357 | LNCP | interview 3-31-08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/1/2008 | Cherly Snow | LPN | 717-305-0274 | | LNCP | interview 4-9-08 @ 3:00 |
| 4/1/2008 | Michelle Fury | LPN | 717-285-3444 | | LNCP | interview 4-3-08 @ 1:30 |
| 4/2/2008 | Christina Melot | LPN | 717-669-7782 | x | LNCP | left message |
| 4/7/2008 | Anita Chanthavong | MA | 717-615-1089 | | LNCP | |
| 4/21/2008 | Maria Taverao | MHC | 717-799-9009 | | LNCP | will be faxing resume |
| 4/21/2008 | Margaret Moriatry | MHC | 717-951-0838 | | LNCP | |
| 4/21/2008 | James Reichenbach | MHC | 717-471-7287 | | LNCP | |
| 4/30/2008 | Joann Hoffman | LPN | 717-207-9409 | | LNCP | interview 5-2-08 @ 10:30 |