# EXHIBIT M

# DEPOSITION TRANSCRIPT
# FRANCIS KOMYKOSKI

*(Relevant Pages Only)*

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

EXHIBIT M

| | |
|---|---|
| RICHARD C. SMITH | : NO. 1:08-CV-1397 |
| PLAINTIFF | : |
| | : CIVIL ACTION - LAW |
| VS. | : |
| | : JURY TRIAL DEMANDED |
| PRIME CARE MEDICAL, INC, | : |
| CARL A. HOFFMAN, JR, D. O., | : |
| THERESA M. HOFFMAN, | : |
| JOSHUA D. LOCK, MARCY | : |
| HOFFMAN-SCHLEGEL, FRANK | : |
| KOMYKOSKI, AND KNIGHTS OF | : |
| VON DUKE, LTD. | : |
| DEFENDANTS | : |

DEPOSITION OF: FRANCIS JOHN KOMYKOSKI, SR.

TAKEN BY: PLAINTIFF

BEFORE: KAY C. WILLIAMS, RPR,
        NOTARY PUBLIC

DATE: JUNE 4, 2009, 10:05 A.M.

PLACE: CLARK & KREVSKY
       20 ERFORD ROAD
       SUITE 300A
       LEMOYNE, PENNSYLVANIA

1   A   Yes, I did hear that.

2   Q   Did you play any role in assembling these
3 particular documents in response to that request?

4   A   No, sir.

5   Q   Are you aware that there was anything in
6 writing from West Virginia, either the Regional Jail
7 Authority or the Division of Juvenile Services or both
8 alleging in any manner that Prime Care had failed to provide
9 hours as contractually required?

10  A   No, no written document.

11  Q   You know that for a fact that there isn't
12 or --

13  A   I do not know that for a fact. I'm not aware
14 of any written document up until today when I saw this from
15 Becky Davis. If possible, in about five minutes, can I
16 possibly have a bathroom break?

17          MR. CLARK:  You can take a break right now.

18          (Recess.)

19          (Document dated April 25, 2008, marked Exhibit
20 Number 4.)

21 BY MR. CLARK:

22  Q   I'm going to hand you a document that's marked
23 Exhibit Number 4. Can you identify that?

24  A   Yes.

25  Q   It's an e-mail that you sent on April 25,

1   2008, correct?
2       A   That's correct.
3       Q   You sent it to several dozen recipients,
4   correct?
5       A   Correct.
6       Q   Some employed by Prime Care, some not employed
7   by Prime Care, correct?
8       A   That's correct.
9       Q   The e-mail says, All, this is to inform you
10  that Richard C. Smith is no longer associated in any
11  capacity with Prime Care Medical, Inc., Prime Care Medical
12  of West Virginia Inc., or its subsidiaries.  Mr. Smith
13  walked off the job as of March 14, 2008.
14          At this point it should be considered that
15  Mr. Smith's interests are adverse to ours.  Please report
16  any contact you have with Mr. Smith or information you gain
17  of him contacting our customer/clients to me directly.  If
18  you have any questions, please contact me.  As more
19  information becomes available, we will share the same with
20  you on a need-to-know basis, with your signature?
21      A   Correct.
22      Q   That's the e-mail that you sent these people?
23      A   Yes.
24      Q   What information do you have that
25  Mr. Smith, "walked off the job as of March 14, 2008"?

**Subject:** Status of Richard C. Smith

**Date:** Fri, 25 Apr 2008 15:04:02 -0400

**From:** "Frank Kornykoski, MBA, CCHP" <fkornykoski@primecaremedical.com>

**To:** "Amy Kahn" <primecare1@co.franklin.pa.us>, "Amy McNaughton" <abavington@primecaremedical.com>, "Amy Wilt" <awilt@primecaremedical.com>, "Annette Smithbower" <asmithbower@primecaremedical.com>, "Barb Parker" <bparker@primecaremedical.com>, "Barbara Peters" <bpeters@primecaremedical.com>, "Becky Stoner" <bstoner@primecaremedical.com>, "Bonnie Bair" <bbair@primecaremedical.com>, "Brenda Huyett" <bhuyett@primecaremedical.com>, "Brent W. Bavington, MBA, CCHP" <bwbavington@primecaremedical.com>, "Carrie Jackson" <cjackson@primecaremedical.com>, "Chad Hott, RN" <chott@primecaremedical.com>, "Charlotte Weldon" <cweldon@primecaremedical.com>, "CRJ : Health Services Admin" <medical_crj@wvrja.state.wv.us>, "Cyndi Haskins" <chaskins@primecaremedical.com>, "Cynthia Shelton, RN" <CShelton@countyofberks.com>, "Dana Brenneman" <primecareycp4@verizon.net>, "Dawn M. Rider, LPN" <dmrider@co.centre.pa.us>, "Dawn White, RN" <drkmedical@djs.state.wv.us>, "Deb Cook, LPN" <dcook@adamscounty.us>, "Denise Jemiola, RN" <djemiola@primecaremedical.com>, "Derek Hughes, CCHP" <dhughes@primecaremedical.com>, "Donna Venesky, LPN" <DVenesky@dauphinc.org>, "Emilia Caputo, RN" <ECaputo@northamptoncounty.org>, "Drue Wagner, M.D." <orion63@gmail.com>, "Enos Martin, M.D" <enosdmartin@comcast.net>, "Erik Von Kiel, D.O." <erikvonkiel@lehighcounty.org>, "ERJ : Health Services Admin" <medical_erj@wvrja.state.wv.us>, "Frank Kornykoski, MBA, CCHP" <fkomykoski@primecaremedical.com>, "FRCP : Health Services Admin" <primecare@co.franklin.pa.us>, "Jack Esworthy" <jesworthy@primecaremedical.com>, "James Hockenberry" <jhockenberry@primecaremedical.com>, "Jamie Doyle, RN" <jdoyle@primecaremedical.com>, "Janet Ickes" <medicalassistant@dauphinc.org>, "Jean Burns, RN" <jburns@washco-md.net>, "Jennifer Dittman" <jdittman@midatlanticyouth.com>, "Jennifer Keller" <JKeller@northamptoncounty.org>, "Jennifer Mlosi" <primecareycp8@verizon.net>, "Jennifer Mroz" <jburch@rcn.com>, "Jess Custer, RN" <jcuster@co.cambria.pa.us>, "Jesse Kirsch" <jtkirsch@gmail.com>, "Jessica Rineer" <jrineer@primecaremedical.com>, "JFCP : Health Services Admin" <pcmadmin@jeffersoncountypa.com>, "Joshua D. Lock, Esquire" <jlock@primecaremedical.com>, "Josie Bahnick" <josiebahnick@lehighcounty.org>, "Karen Murphy, RN" <kmurphy@primecaremedical.com>, "Kathy Nicholson" <knicholson@primecaremedical.com>, "Kelly Ehrlich, MBA, CCHP" <kehrich@primecaremedical.com>, "Kelly Rhoads, LPN, CCHP" <krhoads@primecaremedical.com>, "Kevin Brown, RN" <kbrown@primecaremedical.com>, "Kevin Frantz, RN" <primecare3@comcast.net>, "Kim Goodwin, LPN" <kgoodwin@midatlanticyouth.com>, "Krista Coble, RN" <kcoble@primecaremedical.com>, "Lara Slimmer" <laraslimmer@lehighcounty.org>, "LCCF : Health Services Admin" <primecare34@aol.com>, "Liana Altemus" <primecarem06@aol.com>, "Linda Bernard, RN, CCHP" <lbernard@primecaremedical.com>, "Lisa Smith, RN" <primecare53@aol.com>, "Loretta R. Stoner" <lstoner@primecaremedical.com>, "Marc Palovitz, CCHP" <mpalovitz@primecaremedical.com>, "Marcie Gilmour, RN" <mgilmour@countyofberks.com>, "Marty E. Hoffman-Schlegel, MHRM, CCHP" <mhoffman@primecaremedical.com>, "Maxine Bella, RN, BSN, CCHP" <mbella@primecaremedical.com>, "Mike Baldwin, LPN" <primecareycp5@verizon.net>, "Nancy Young" <nyoung@primecaremedical.com>, "NCRJ : Health Services Admin" <medical_ncrj@wvrja.state.wv.us>, "NRJ : Health Services Admin" <medical_nrj@wvrja.state.wv.us>, "Patricia A. Sass" <psass@primecaremedical.com>, "Patricia Bunting, RN, CCHP" <pbunting@pikepa.org>, "Paul Navarro, RN, BSN" <pnavarro@primecaremedical.com>, "Paula Dillman" <PaulaDillman@Yahoo.com>, "Paula Haigh, LSW" <phaigh@primecaremedical.com>, "Penney McKinley, RN, CCHP" <penneyperdue@yahoo.com>, "PHRJ : Health Services Admin" <medical_phrj@wvrja.state.wv.us>, "Rachel McGill" <rmcgill@primecaremedical.com>, "Rebecca Davis, RN, BSN, CCHP" <rdavis@primecaremedical.com>, "Renea Christian, RN" <rmmedical@djs.state.wv.us>, "Robert Davis, MD" <robedavis@djs.state.pa.us>, "Robert Nichols" <rnichols@primecaremedical.com>, "Roberta Mottola" <rmottola@primecaremedical.com>, "Rod Lake" <rlake@primecaremedical.com>, "Ron Dellarose, RN" <primecarem04@aol.com>, "Sandra Hawkins" <SHawkins@countyofberks.com>, "Sandra Ulerick, CCHP" <sulerick@primecaremedical.com>, "Sarah Costulas" <scostulas@primecaremedical.com>, "SCRJ : Health Services Admin" <medical_scrj@wvrja.state.wv.us>, "Sheila Shaffer" <sshaffer@primecaremedical.com>, "SRJ : Health Services Admin" <medical_srj@wvrja.state.wv.us>, "SWRJ : Health Services Admin" <medical_swrj@wvrja.state.wv.us>, "Tammy Killian, LPN, CCHP" <tkillian@adamscounty.us>, "Tami Featherlin, BSN" <tfeatherlin@primecaremedical.com>, "Tammy Landis, LPN" <cbmedical@djs.state.wv.us>, "Tanya Schisler, PA-C" <schislert@comcast.net>, "Tara Stonesifer" <tstonesifer@primecaremedical.com>, "Tiffany Cinko, LPN" <primecare@co.somerset.pa.us>, "Tim Bowen" <tbowen@primecaremedical.com>, "Timothy C. Hoffman" <tchoffman@primecaremedical.com>, "Todd W. Hoskins, RN, CCHP" <thaskins@primecaremedical.com>, "Tom Toolen, LPN, CCHP" <medicaladm@dauphinc.org>, "Tom Webber" <tjw@goldbergkatzman.com>, "Traci Morris, LPN" <gsnurse@djs.state.wv.us>, "TVRJ : Health Services Admin" <medical_tvrj@wvrja.state.wv.us>, "Victoria Gessner, MD" <v_gessner@msn.com>, "Wendy Johnson, LPN" <wjohnson@co.monroe.pa.us>, "William W. Bavington, M ed" <wbavington@primecaremedical.com>, "WRJ : Health Services Admin" <medical_wrj@wvrja.state.wv.us>, "YCJDC : Health Services Admin" <snpetershelm@york-county.org>

**CC:** "Carl Hoffman, Jr., D.O., CCHP" <choffman@primecaremedical.com>, "Theresa Hoffman" <thoffman@primecaremedical.com>

All,

This is to inform you that Richard C. Smith is no longer associated in any capacity with PrimeCare Medical, Inc., PrimeCare Medical of West Virginia, Inc. or its subsidiaries. Mr. Smith walked off the job as of March 14, 2008.

At this point it should be considered that Mr. Smith's interests are adverse to ours. Please report any contact you have with Mr. Smith or information you gain of him contacting our customers / clients to me directly.


EXHIBIT 4

If you have any questions please contact me. As more information becomes available we will share the same with you on a need to know basis.

Frank

*F. J. Komykoski,* MBA, CCHP
Vice President of Operations
PrimeCare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109
(717) 545-5787
(800) 245-7277
FAX (717) 651-1866

148

| | |
|---|---|
| STATE OF PENNSYLVANIA | : ss |
| COUNTY OF DAUPHIN | : |

I, Kay C. Williams, a Reporter Notary-Public, authorized to administer oaths within and for the Commonwealth of Pennsylvania and take depositions in the trial of causes, do hereby certify that the foregoing is the testimony of

FRANCIS JOHN KOMYKOSKI

I further certify that before the taking of said deposition, the witness was duly sworn; that the questions and answers were taken down stenographically by the said reporter, Kay C. Williams, Reporter Notary-Public, approved and agreed to, and afterwards reduced to typewriting under the direction of the said reporter.

I further certify that the proceedings and evidence contained fully and accurately in the notes by me on the within deposition, and that this copy is a correct transcript of the same.

In testimony whereof, I have hereunto subscribed my hand this 16th day of June, 2009.

Kay C. Williams, RPR
Notary Public

My commission expires:
August 5, 2012

GEIGER & LORIA REPORTING SERVICE 1-800-222-4577