# EXHIBIT N

# AFFIDAVIT OF WARDEN DeROSE



EXHIBIT
N

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. SMITH,<br>    Plaintiff | : <br> : <br> : | No. 1:08-cv-1397<br>Civil Action – Law |
| vs. | : <br> : | |
| PRIMECARE MEDICAL, INC.,<br>CARL A. HOFFMAN, JR., D.O.,<br>THERESA M. HOFFMAN,<br>JOSHUA D. LOCK,<br>MARCY HOFFMAN-SCHLEGEL,<br>FRANK KOMYKOSKI, and<br>KNIGHTS OF VON DUKE, LTD.,<br>    Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Chief Judge Kane<br><br>Jury Trial Demanded |

## AFFIDAVIT OF WARDEN DOMINICK DeROSE

I, Warden Dominick DeRose, do hereby swear that the following is true and correct to the best of my knowledge, information and belief:

1. I have served as warden for the Dauphin County Prison since 1991.

2. Part of my duties as warden include the day-to-day administration of the contract between Dauphin County and PrimeCare Medical pertaining to the medical services PrimeCare Medical is to provide for the inmates and detainees at Dauphin County Prison.

3. Pursuant to the contract that covered the years January 1, 2003 through December 31, 2008, PrimeCare Medical was to provide twenty (20) hours per week of psychiatric service to the inmates and detainees at Dauphin Country Prison.

4. Dr. Enos Martin was the psychiatrist assigned by PrimeCare Medical to provide psychiatric service to Dauphin County Prison.

5. I work non-traditional hours at Dauphin County Prison. I saw Dr. Martin on weekends and holidays at the prison in addition to his regularly scheduled hours at the prison, which convinced me that he was providing the number of hours required by the contract. I never had any problem with Dr. Martin's hours or work performance.

6. Prior to re-newing the contract with PrimeCare Medical in 2008, I had my staff research times that Dr. Martin was present at Dauphin County Prison and completed a medical restrictions report pertaining to his work at our facility. Attached is a copy of the report my staff generated at my direction, which shows the dates and times that Dr. Martin completed a medical restrictions report. This confirmed my observations that Dr. Martin provided services during early morning hours, weekends, and holidays in addition to his regularly scheduled hours.

7.    During his tenure as Vice President of Operations at PrimeCare Medical, Mr. Richard Smith never questioned me about Dr. Martin's hours, nor did he raise any issues regarding Dr. Martin's presence at Dauphin County Prison.

8.    As far as I was concerned, Dr. Martin was performing all of the services required pursuant to the contract between PrimeCare Medical and Dauphin County.

9.    During Mr. Richard Smith's tenure with PrimeCare Medical, I was aware of PrimeCare Medical's difficulties keeping medical staff positions filled, which included the nurse supervisor position. Staffing was always a topic at our monthly prison staff meetings that included senior staff of Dauphin County Prison and PrimeCare Medical. Staffing was also discussed at the quarterly meetings between prison officials and PrimeCare Medical regarding PrimeCare Medical's services at the prison. In my experience, either Tom Toolan or other PrimeCare Medical employees would cover any vacant shift.

10.    I was fully aware of PrimeCare Medical's staffing issues and certainly never considered PrimeCare to be acting in a fraudulent manner or wasting Dauphin County resources.

11. During his tenure as Vice President of Operations at PrimeCare Medical, Mr. Richard Smith never discussed with me, or expressed the view, that any staffing vacancies at Dauphin County Prison constituted waste or wrongdoing.

                                                              Warden Dominick DeRose

Sworn to and subscribed
before me this 25th day
of August, 2009.

_____
Notary Public
My Commission Expires:

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Mark A. Templeton, Notary Public
Swatara Twp., Dauphin County
My Commission Expires April 28, 2012
Member, Pennsylvania Association of Notaries

179478.1

Doctor Martin Time Logs                                                                 Page 1 of 6

| JANUARY 2007 | | | | |
|---|---|---|---|---|
| DAY | TIME | | | |
| **Monday, 1** | 0215 | 0235 | 1315 | |
| Tuesday, 2 | | | | |
| Wednesday, 3 | | | | |
| Thursday, 4 | | | | |
| Friday, 5 | | | | |
| Saturday, 6 | | | | |
| Sunday, 7 | | | | |
| Monday, 8 | | | | |
| Tuesday, 9 | | | | |
| Wednesday, 10 | | | | |
| Thursday, 11 | 1205 | | | |
| Friday, 12 | 0521 | 1045 | | |
| Saturday, 13 | 0910 | 1555 | | |
| Sunday, 14 | | | | |
| **Monday, 15** | | | | |
| Tuesday, 16 | 2000 | | | |
| Wednesday, 17 | 0300 | 0305 | | |
| Thursday, 18 | | | | |
| Friday, 19 | 1145 | 2120 | | |
| Saturday, 20 | | | | |
| Sunday, 21 | 0715 | 2350 | | |
| Monday, 22 | 0530 | | | |
| Tuesday, 23 | 0130 | | | |
| Wednesday, 24 | 2030 | | | |
| Thursday, 25 | | | | |
| Friday, 26 | | | | |
| Saturday, 27 | 0230 | 0300 | 1615 | 2300 |
| Sunday, 28 | | | | |
| Monday, 29 | | | | |
| Tuesday, 30 | | | | |
| Wednesday, 31 | | | | |

| FEBUARY 2007 | | | | |
|---|---|---|---|---|
| DAY | TIME | | | |
| Thursday, 1 | 0515 | | | |
| Friday, 2 | 0100 | 1125 | 2315 | |
| Saturday, 3 | 0800 | | | |
| Sunday, 4 | 1950 | | | |
| Monday, 5 | | | | |
| Tuesday, 6 | 0220 | 2003 | | |
| Wednesday, 7 | | | | |
| Thursday, 8 | 2055 | | | |
| Friday, 9 | | | | |
| Saturday, 10 | 0100 | | | |
| Sunday, 11 | | | | |
| Monday, 12 | | | | |
| Tuesday, 13 | | | | |
| Wednesday, 14 | 1942 | | | |
| Thursday, 15 | | | | |
| Friday, 16 | 1335 | | | |
| Saturday, 17 | 1315 | 1345 | | |
| Sunday, 18 | 1845 | | | |
| **Monday, 19** | | | | |
| Tuesday, 20 | | | | |
| Wednesday, 21 | | | | |
| Thursday, 22 | | | | |
| Friday, 23 | 2135 | | | |
| Saturday, 24 | | | | |
| Sunday, 25 | | | | |
| Monday, 26 | 1945 | 2045 | | |
| Tuesday, 27 | | | | |
| Wednesday, 28 | | | | |

Doctor Martin Time Logs                                                          Page 2 of 6

| MARCH 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Thursday, 1 | | | | |
| Friday, 2 | | | | |
| Saturday, 3 | 1025 | 1225 | 1255 | |
| Sunday, 4 | | | | |
| Monday, 5 | | | | |
| Tuesday, 6 | 1730 | | | |
| Wednesday, 7 | | | | |
| Thursday, 8 | | | | |
| Friday, 9 | 0030 | 0230 | 0745 | 0950 |
| Saturday, 10 | | | | |
| Sunday, 11 | | | | |
| Monday, 12 | | | | |
| Tuesday, 13 | 1745 | 1845 | | |
| Wednesday, 14 | 0200 | 1215 | | |
| Thursday, 15 | 2200 | | | |
| Friday, 16 | | | | |
| Saturday, 17 | | | | |
| Sunday, 18 | 1200 | | | |
| Monday, 19 | | | | |
| Tuesday, 20 | 1800 | 2350 | | |
| Wednesday, 21 | 1350 | | | |
| Thursday, 22 | | | | |
| Friday, 23 | | | | |
| Saturday, 24 | | | | |
| Sunday, 25 | 1115 | | | |
| Monday, 26 | 1940 | | | |
| Tuesday, 27 | | | | |
| Wednesday, 28 | | | | |
| Thursday, 29 | | | | |
| Friday, 30 | 0515 | | | |
| Saturday, 31 | | | | |

| APRIL 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Sunday, 1 | 0100 | 1355 | 1500 | |
| Monday, 2 | 0055 | | | |
| Tuesday, 3 | 1940 | | | |
| Wednesday, 4 | | | | |
| Thursday, 5 | | | | |
| Friday, 6 | | | | |
| Saturday, 7 | 1355 | | | |
| Sunday, 8 | 1735 | | | |
| Monday, 9 | 0600 | 1820 | 1820 | 1850 |
| Tuesday, 10 | 1445 | | | |
| Wednesday, 11 | | | | |
| Thursday, 12 | 1015 | 1430 | 1945 | |
| Friday, 13 | 2130 | | | |
| Saturday, 14 | 1120 | 1215 | 1830 | 2300 |
| Sunday, 15 | | | | |
| Monday, 16 | 1600 | 1600 | 1615 | |
| Tuesday, 17 | 1945 | | | |
| Wednesday, 18 | | | | |
| Thursday, 19 | 0925 | | | |
| Friday, 20 | 1335 | 1435 | | |
| Saturday, 21 | | | | |
| Sunday, 22 | | | | |
| Monday, 23 | | | | |
| Tuesday, 24 | 0005 | 2245 | | |
| Wednesday, 25 | | | | |
| Thursday, 26 | 1900 | | | |
| Friday, 27 | | | | |
| Saturday, 28 | 0900 | | | |
| Sunday, 29 | | | | |
| Monday, 30 | | | | |

| MAY 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Tuesday, 1 | 0600 | 1430 | | |
| Wednesday, 2 | 0200 | 1730 | 2115 | |
| Thursday, 3 | 1135 | 1545 | | |
| Friday, 4 | 1115 | | | |
| Saturday, 5 | | | | |
| Sunday, 6 | | | | |
| Monday, 7 | 1600 | | | |
| Tuesday, 8 | 1405 | 1650 | | |
| Wednesday, 9 | | | | |
| Thursday, 10 | 0440 | 0715 | 1410 | 1530 |
| Friday, 11 | 0205 | | | |
| Saturday, 12 | 1045 | | | |
| Sunday, 13 | | | | |
| Monday, 14 | | | | |
| Tuesday, 15 | 0217 | | | |
| Wednesday, 16 | | | | |
| Thursday, 17 | 1830 | | | |
| Friday, 18 | 1330 | | | |
| Saturday, 19 | | | | |
| Sunday, 20 | | | | |
| Monday, 21 | 1500 | | | |
| Tuesday, 22 | 1300 | 1630 | 1845 | |
| Wednesday, 23 | 0545 | | | |
| Thursday, 24 | | | | |
| Friday, 25 | 1445 | | | |
| Saturday, 26 | 2112 | | | |
| Sunday, 27 | | | | |
| **Monday, 28** | 1730 | | | |
| Tuesday, 29 | 0135 | | | |
| Wednesday, 30 | 1325 | 1530 | 1530 | 1600 |
| Thursday, 31 | | | | |

| JUNE 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Friday, 1 | 2000 | | | |
| Saturday, 2 | | | | |
| Sunday, 3 | | | | |
| Monday, 4 | 1410 | | | |
| Tuesday, 5 | | | | |
| Wednesday, 6 | 1545 | | | |
| Thursday, 7 | 1020 | 1940 | | |
| Friday, 8 | | | | |
| Saturday, 9 | 2335 | | | |
| Sunday, 10 | | | | |
| Monday, 11 | 1325 | | | |
| Tuesday, 12 | 1900 | | | |
| Wednesday, 13 | | | | |
| Thursday, 14 | 1845 | 2120 | | |
| Friday, 15 | 1200 | 1735 | | |
| Saturday, 16 | 2005 | | | |
| Sunday, 17 | 2325 | | | |
| Monday, 18 | | | | |
| Tuesday, 19 | 1700 | | | |
| Wednesday, 20 | | | | |
| Thursday, 21 | 0125 | | | |
| Friday, 22 | 0450 | 1720 | 1900 | 2040 |
| Saturday, 23 | 1515 | | | |
| Sunday, 24 | 0950 | | | |
| Monday, 25 | | | | |
| Tuesday, 26 | 0100 | 1845 | 2000 | |
| Wednesday, 27 | 0520 | 1440 | 2200 | |
| Thursday, 28 | | | | |
| Friday, 29 | | | | |
| Saturday, 30 | | | | |

| JULY 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Sunday, 1 | 0530 | 0755 | 0930 | |
| Monday, 2 | 1840 | | | |
| Tuesday, 3 | 1730 | 2259 | | |
| **Wednesday, 4** | 0955 | 1930 | | |
| Thursday, 5 | 1430 | | | |
| Friday, 6 | 1000 | 1025 | 1200 | 1540 |
| Saturday, 7 | | | | |
| Sunday, 8 | 1400 | | | |
| Monday, 9 | | | | |
| Tuesday, 10 | 0005 | 1305 | | |
| Wednesday, 11 | 1945 | | | |
| Thursday, 12 | 0220 | | | |
| Friday, 13 | 1715 | 1730 | | |
| Saturday, 14 | | | | |
| Sunday, 15 | 2200 | | | |
| Monday, 16 | 0530 | 1530 | 1530 | |
| Tuesday, 17 | 1935 | 1935 | 2252 | |
| Wednesday, 18 | 0307 | 1155 | 1200 | |
| Thursday, 19 | 0510 | 1055 | 1055 | |
| Friday, 20 | | | | |
| Saturday, 21 | 0030 | 0030 | 0715 | 0715 |
| Sunday, 22 | 0243 | 1500 | 1500 | |
| Monday, 23 | 2030 | | | |
| Tuesday, 24 | | | | |
| Wednesday, 25 | 0210 | | | |
| Thursday, 26 | 0001 | 1620 | | |
| Friday, 27 | | | | |
| Saturday, 28 | 2330 | | | |
| Sunday, 29 | | | | |
| Monday, 30 | 0325 | 1310 | 1645 | 1840 |
| Tuesday, 31 | 1300 | | | |

| AUGUST 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Wednesday, 1 | 0830 | 1830 | 1830 | 2342 |
| Thursday, 2 | 1800 | | | |
| Friday, 3 | | | | |
| Saturday, 4 | 0515 | 0850 | | |
| Sunday, 5 | 0935 | | | |
| Monday, 6 | 1500 | | | |
| Tuesday, 7 | 1700 | | | |
| Wednesday, 8 | 1915 | 2115 | | |
| Thursday, 9 | 0020 | 1730 | | |
| Friday, 10 | 1210 | 1210 | | |
| Saturday, 11 | 2010 | | | |
| Sunday, 12 | 2100 | | | |
| Monday, 13 | | | | |
| Tuesday, 14 | 0530 | 1300 | 1600 | 1720 |
| Wednesday, 15 | 1830 | 1940 | | |
| Thursday, 16 | | | | |
| Friday, 17 | | | | |
| Saturday, 18 | | | | |
| Sunday, 19 | | | | |
| Monday, 20 | | | | |
| Tuesday, 21 | 0240 | | | |
| Wednesday, 22 | 1200 | 1220 | | |
| Thursday, 23 | 0300 | 1845 | | |
| Friday, 24 | 1525 | | | |
| Saturday, 25 | | | | |
| Sunday, 26 | 0945 | | | |
| Monday, 27 | 1815 | | | |
| Tuesday, 28 | 0320 | 0415 | | |
| Wednesday, 29 | | | | |
| Thursday, 30 | 0310 | | | |
| Friday, 31 | | | | |

Doctor Martin Time Logs                                                 Page 5 of 6

| SEPTEMBER 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Saturday, 1 | | | | |
| Sunday, 2 | | | | |
| **Monday, 3** | | | | |
| Tuesday, 4 | 1120 | 1955 | 2030 | |
| Wednesday, 5 | 1530 | | | |
| Thursday, 6 | 1610 | | | |
| Friday, 7 | 2000 | | | |
| Saturday, 8 | | | | |
| Sunday, 9 | | | | |
| Monday, 10 | 1315 | | | |
| Tuesday, 11 | | | | |
| Wednesday, 12 | 1245 | 1300 | 1330 | 1820 |
| Thursday, 13 | 1635 | | | |
| Friday, 14 | | | | |
| Saturday, 15 | | | | |
| Sunday, 16 | | | | |
| Monday, 17 | | | | |
| Tuesday, 18 | 1715 | | | |
| Wednesday, 19 | 1600 | | | |
| Thursday, 20 | | | | |
| Friday, 21 | | | | |
| Saturday, 22 | | | | |
| Sunday, 23 | | | | |
| Monday, 24 | | | | |
| Tuesday, 25 | 1700 | | | |
| Wednesday, 26 | 1430 | 2130 | | |
| Thursday, 27 | | | | |
| Friday, 28 | 1530 | | | |
| Saturday, 29 | | | | |
| Sunday, 30 | | | | |

| OCTOBER 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Monday, 1 | 1900 | | | |
| Tuesday, 2 | 2030 | | | |
| Wednesday, 3 | | | | |
| Thursday, 4 | | | | |
| Friday, 5 | 1530 | | | |
| Saturday, 6 | | | | |
| Sunday, 7 | 2120 | | | |
| Monday, 8 | | | | |
| Tuesday, 9 | 1245 | | | |
| Wednesday, 10 | 0445 | | | |
| Thursday, 11 | | | | |
| Friday, 12 | | | | |
| Saturday, 13 | 1335 | | | |
| Sunday, 14 | | | | |
| Monday, 15 | 0100 | | | |
| Tuesday, 16 | 1735 | | | |
| Wednesday, 17 | 0255 | 1855 | 1855 | |
| Thursday, 18 | 2145 | | | |
| Friday, 19 | | | | |
| Saturday, 20 | | | | |
| Sunday, 21 | | | | |
| Monday, 22 | 1250 | 1955 | | |
| Tuesday, 23 | 1025 | | | |
| Wednesday, 24 | 0930 | | | |
| Thursday, 25 | | | | |
| Friday, 26 | 1900 | | | |
| Saturday, 27 | | | | |
| Sunday, 28 | | | | |
| Monday, 29 | 1930 | | | |
| Tuesday, 30 | 2000 | 2145 | | |
| Wednesday, 31 | | | | |

| NOVEMBER 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Thursday, 1 | 0600 | 0610 | 1910 | 1930 |
| Friday, 2 | 2150 | | | |
| Saturday, 3 | 2000 | | | |
| Sunday, 4 | 2340 | | | |
| Monday, 5 | 0440 | 1100 | 1300 | 1315 |
|  | 2355 | | | |
| Tuesday, 6 | 1900 | 1900 | | |
| Wednesday, 7 | 1545 | | | |
| Thursday, 8 | 0550 | 1535 | 1910 | |
| Friday, 9 | | | | |
| Saturday, 10 | | | | |
| **Sunday, 11** | | | | |
| Monday, 12 | | | | |
| Tuesday, 13 | | | | |
| Wednesday, 14 | 0100 | | | |
| Thursday, 15 | 2030 | | | |
| Friday, 16 | | | | |
| Saturday, 17 | 0030 | | | |
| Sunday, 18 | 1630 | | | |
| Monday, 19 | 1635 | | | |
| Tuesday, 20 | | | | |
| Wednesday, 21 | | | | |
| **Thursday, 22** | 0100 | 0900 | 0930 | |
| Friday, 23 | | | | |
| Saturday, 24 | | | | |
| Sunday, 25 | | | | |
| Monday, 26 | 1345 | | | |
| Tuesday, 27 | 1830 | 1900 | | |
| Wednesday, 28 | | | | |
| Thursday, 29 | 0505 | 1115 | 1700 | 1845 |
|  | 1910 | | | |
| Friday, 30 | 1825 | | | |

| DECEMBER 2007 | | | | |
|---|---|---|---|---|
| **DAY** | **TIME** | | | |
| Saturday, 1 | | | | |
| Sunday, 2 | | | | |
| Monday, 3 | | | | |
| Tuesday, 4 | 1515 | 1930 | 2130 | |
| Wednesday, 5 | 0540 | 2215 | | |
| Thursday, 6 | 1051 | | | |
| Friday, 7 | | | | |
| Saturday, 8 | | | | |
| Sunday, 9 | 1955 | 2050 | | |
| Monday, 10 | | | | |
| Tuesday, 11 | 0600 | 1735 | 1930 | |
| Wednesday, 12 | 0515 | | | |
| Thursday, 13 | | | | |
| Friday, 14 | | | | |
| Saturday, 15 | 0530 | | | |
| Sunday, 16 | | | | |
| Monday, 17 | 1210 | | | |
| Tuesday, 18 | 2100 | | | |
| Wednesday, 19 | 1930 | | | |
| Thursday, 20 | 2325 | | | |
| Friday, 21 | | | | |
| Saturday, 22 | | | | |
| Sunday, 23 | | | | |
| Monday, 24 | | | | |
| **Tuesday, 25** | 1830 | 2345 | | |
| Wednesday, 26 | 0428 | 0930 | | |
| Thursday, 27 | | | | |
| Friday, 28 | 2200 | | | |
| Saturday, 29 | | | | |
| Sunday, 30 | 0025 | | | |
| Monday, 31 | | | | |