# EXHIBIT 1

## PrimeCare Medical of West Virginia, Inc.
### Provider Hour Report
### 2005 - 2009

| Facility | Job Title | WV Contract (Hrs/Wk) | 2005 Avg Hrs/Week | 2006 Avg Hrs/Week | 2007 Avg Hrs/Week | 2008 Avg Hrs/Week | 2009 YTD Avg Hrs/Week |
|---|---|---|---|---|---|---|---|
| JAILS: | | | | | | | |
| ERJ- 09 | | | | | | | |
| Eastern R. J. | | | | | | | |
| Hahn/ Fridley | Physician | 10 | 1.6 | 2.3 | 0.9 | 5.0 | 0.9 |
| Grove/Howlett/Yeater | P.A. | PRN | 9.7 | 10.1 | 8.0 | 2.9 | 8.3 |
| | | | 11.3 | 12.4 | 8.8 | 8.0 | 9.1 |
| CRJ-10 | | | | | | | |
| Central R. J. | | | | | | | |
| Katiny | Physician | 7 | 6.1 | 6.5 | 6.5 | 6.3 | 6.2 |
| Harlow/Smith | P.A. | PRN | 1.0 | 7.1 | 8.0 | 11.3 | 14.2 |
| | | | 7.1 | 13.6 | 14.5 | 17.6 | 20.4 |
| SRJ-12 | | | | | | | |
| Southern R. J. | | | | | | | |
| Sobhan | Physician | 11 | 10.2 | 12.9 | 9.3 | 14.5 | 13.4 |
| Smith | P.A. | PRN | 0.0 | 8.8 | 4.5 | 4.4 | 7.2 |
| | | | 10.2 | 21.6 | 13.9 | 18.9 | 20.5 |
| SCRJ-13 | | | | | | | |
| South Central R. J. | | | | | | | |
| Katiny | Physician | 10 | 10.3 | 10.9 | 10.7 | 10.7 | 10.0 |
| Harlow / Smith | P.A. | 24 | 23.7 | 24.6 | 11.5 | 14.3 | 17.8 |
| | | | 34.0 | 35.4 | 22.2 | 25.1 | 27.9 |
| NRJ- 15 | | | | | | | |
| Northern R. J. | | | | | | | |
| Hahn/ Fridley | Physician | 14 | 3.1 | 5.7 | 5.0 | 4.8 | 4.0 |
| Grove/Howlett/Yeater | P.A. | 6 | 8.7 | 10.5 | 9.9 | 15.0 | 11.1 |
| | | | 11.8 | 16.2 | 15.0 | 19.8 | 15.1 |
| SWRJ- 27 | | | | | | | |
| South Western R. J. | | | | | | | |
| Katiny | Physician | 10 | 10.2 | 10.4 | 10.8 | 10.4 | 10.4 |
| Smith | P.A. | 6 | 3.2 | 9.7 | 6.8 | 16.3 | 11.1 |
| | | | 13.4 | 20.0 | 17.6 | 26.8 | 21.5 |
| OCCC- 28 | | | | | | | |
| Ohio County C. C. | | | | | | | |
| Hahn/ Fridley | Physician | 2 | 0.6 | 1.7 | 0.7 | 0.7 | 0.8 |
| Grove/Howlett/Yeater | P.A. | PRN | 1.1 | 1.4 | 1.6 | 1.9 | 2.0 |
| | | | 1.7 | 3.1 | 2.4 | 2.6 | 2.8 |
| PHRJ-33 | | | | | | | |
| Potomac Highlands R. J. | | | | | | | |
| Hahn/ Fridley | Physician | 7 | 1.7 | 1.8 | 1.3 | 4.2 | 6.2 |
| Grove/Howlett/Yeater | P.A. | PRN | 5.7 | 7.4 | 5.9 | 2.4 | 3.2 |
| | | | 7.4 | 9.2 | 7.2 | 6.5 | 9.4 |
| NCRJ-38 | | | | | | | |
| North Central R. J. | | | | | | | |
| Katiny | Physician | 11 | 12.0 | 12.9 | 12.3 | 10.8 | 11.1 |
| Harlow/Smith | P.A. | 5 | 2.7 | 6.5 | 6.8 | 15.8 | 15.9 |
| | | | 14.7 | 19.4 | 19.1 | 26.6 | 27.0 |
| WRJ-44 | | | | | | | |
| Western R. J. | | | | | | | |
| Katiny | Physician | 13 | 14.3 | 14.9 | 14.3 | 13.8 | 13.1 |
| Smith | P.A. | 6 | 4.1 | 9.7 | 6.1 | 7.7 | 7.3 |
| | | | 18.4 | 24.7 | 20.4 | 21.5 | 20.4 |
| TVRJ-59 | | | | | | | |
| Tygart Valley R. J. | | | | | | | |
| Hahn/ Fridley | Physician | 10 | 2.4 | 2.8 | 3.6 | 3.3 | 4.7 |
| Grove/Howlett/Yeater | P.A. | PRN | 9.4 | 9.8 | 8.4 | 9.2 | 7.0 |
| | | | 11.8 | 12.6 | 12.0 | 12.5 | 11.6 |

CONFIDENTIAL