# EXHIBIT 4



PrimeCare Medical, Inc.
BI WEEKLY TIME SHEET

EMPLOYEE NAME  Enos D. Martin, MD          FACILITY

WEEK ENDING  9/29/07

| DATE | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | REG HRS | O/T HRS | *REASON |
|------|---------|---------|---------|------|--------|---------|---------|---------|
| SUN | | | | | | | | |
| MON 9/24 | 7:36 am 3:30 pm | | | | | 8.00 | 130 | BCP |
| TUE 9/25 | 9:50 3:05 p | | | | | 5.25 | 40 | DCP |
| 9/25 | | | 3:30 p 5:30 | | | 2.00 | 10 | SCP |
| | 7:00 4:30 p | | | | | 3.45 | 40 | DCP |
| | | | 4:30 pm 6:45 | | | 7.35 | | DCP |
| THU | | | | | | | | |
| FRI 9/28 | 8:05 11:20 a | | | | | 3.25 | 50 | FRCP |
| SAT | | | 12:45 p 1:45 | | | 1.00 | 10 | DOP |

24.75
3.75
15.75
8-0
47.5
1.0
.8

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS PER WEEK
INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME

WEEKLY TOTAL  26.50

WEEK ENDING  10/6/07

| DATE | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | REG HRS | O/T HRS | *REASON |
|------|---------|---------|---------|------|--------|---------|---------|---------|
| SUN | | | | | | | | |
| MON 10/1/07 | 9:20 5:05 | | | | | 7.75 | 130 | BCP |
| TUE 10/2/07 | 7:45 a 12:30 p | | | | | 4.75 | 120 | ACACC |
| | | | 1:35 p 5:05 p | | | 3.50 | 10 | DCP |
| WED 10/3 | 7:45 a 10:45 | | | | | 3.00 | 40 | DCP |
| | | | 12:30 5:30 | | | 5.00 | 10 | DCP |
| THU 10/4 | 5:45 a 7:30 | | | | | 1.75 | 75 | SCP |
| | | | 8:00 a 12:45 | | | 4.75 | 80 | FRCP |
| FRI 10/5 | 12 1 pm | | | | | 1.00 | 60 | Lan Co. Prison |
| SAT | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS PER WEEK
INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME

| | |
|---|---|
| WEEKLY TOTAL | 31.50 |
| GRAND TOTAL | 58.00 |

Enos Martin, MD

2007/OCT/22/MON 08:41 AM   05 BCP

FAX No. 610 266 4848                    P. 001/001

## PrimeCare Medical, Inc.
### BI WEEKLY TIME SHEET

EMPLOYEE NAME  ENOS DANIEL MARTIN MD    FACILITY

WEEK ENDING  10/13/07

| | DATE | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | REG HRS | O/T HRS | *REASON |
| | | | TIME OUT | TIME IN | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | |
| MON | 10/8/07 | 9:15a | 4:45 | | | | 7.50 | 130 | BCP |
| TUE | 10/9/07 | 8 | 9:45 | | | | 1.75 | 30 80 | Lan Co Prg. |
| | 10/9/07 | | | 9:45 | 11a | | 1.25 | | Blair Co Prg |
| | | 1:15 | 9:30 | | | | 3.25 | 10 | DCP |
| | 10/10/07 | 1a.m | 3:30 | | | | 3.00 | 10 | DCP |
| THU | 10/11 | | | 3:45 | 7pm | | 3.25 | 10 | SVC |
| | 10/11 | 9am | 12am | | | | 3.00 | 50 | FRCP |
| FRI | | | | 12:30 | 3:30pm | | 3.25 | 10 | DCP |
| SAT | 10/13 | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME

WEEKLY TOTAL  26.75

5.50
3.25 1.75
6.0
6.00
1.25
1.75

WEEK ENDING  10/20/07

| | DATE | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | REG HRS | O/T HRS | *REASON |
| | | | TIME OUT | TIME IN | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | |
| MON | 10/15/07 | 7am | 3:15pm | | | | 8.25 | 130 | RCP |
| TUE | | | | 4:30pm | 7pm | | 2.50 | 50 | DCP |
| WED | 10/17/07 | 7:15am | 10:30a | | | | 3.25 | 10 | DCP |
| | | | | 2pm | 4:45pm | | 2.75 | 10 | SVC |
| THU | | 5pm | 6pm | | | | 1.00 | 10 | DCP |
| | | | | 8am | 11am | | 3.00 | 50 | FRCP |
| FRI | 10/19 | 11:20a | 4:05 | | | | 4.75 | 10 | DCP |
| SAT | 10/19 | 7:45a | 11:45 | | | | 4.00 | 40 | DCP |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME

WEEKLY TOTAL  29.50

GRAND TOTAL  56.25

Enos Martin MD
10/22/2007   8:26AM

PCM 07451



PrimeCare Medical, Inc.
BI WEEKLY TIME SHEET

EMPLOYEE NAME: Elvis MARTIN MD          FACILITY: _____

WEEK ENDING: 10/28/07

| DATE | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | REG HRS | OT. HRS | *REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | |
| MON 10/22/07 | 8:45a | 3:45p | | | | 7.50 | | BCP |
| TUE 10/23/07 | 9:10a | 10:25a | | | | 1.25 | | FRCP |
| WED | | | 10:30a | 5pm | | 6.50 | | PRCA |
| | 8:20 | 6:50 | | | | 1.50 | | DCP |
| THU 10/24 | 6:00a | 8:05a | | | | 1.45 | | DCP |
| | | | 9am | 3:45 | | 6.75 | | YCP |
| FRI 10/26 | 6:35a | 12:50 | | | | 6.25 | | DCP |
| | | | 1:10pm | 3:25p | | 2.25 | | SYe |
| SAT | | | | | | | | |

22.75
15.75
4.0
11.75
14.00
60.25

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED DAILY IF FULL-TIME

WEEKLY TOTAL: 33.75

WEEK ENDING: _____

| DATE | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | REG HRS | OT. HRS | *REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | |
| MON 10/29/07 | 7:15a | 3:30pm | | | | 8.25 | | BCP |
| TUE 10/30/07 | 7:50a | 3:05pm | | | | 7.25 | | DCP |
| WED 10/31/07 | 9am | 4:15pm | | | | 7.25 | | YCP |
| THU 11/1/07 | 8:30a | 2:30pm | | | | 6.00 | | DCP |
| FRI 11/2/07 | 8:30a | 12:30pm | | | | 4.00 | | FRCP |
| | | | 1:05pm | 2:50p | | 1.75 | | SYe |
| SAT | | | | | | | | |

WEEKLY TOTAL: 34.50
GRAND TOTAL: 68.25

Elvis Martin, M.D.

11/05/2007   10:55AM

PCM 07452

## PrimeCare Medical, Inc
### BI WEEKLY TIME SHEET

EMPLOYEE NAME __ENOS MARTION/MD__   FACILITY _____

WEEK ENDING __11/10/07__

| | DATE | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | REG HRS | OT HRS | REASON |
|---|---|---|---|---|---|---|---|---|---|
| SUN | 11/4/07 | 3:30 pm | 4:30 pm | | | | 1.00 | 40 | DCP |
| MON | 11/5/07 | 8:30 am | 4:45 pm | | | | 8.25 | 130 | BCP |
| TUE | 11/6/07 | 9:25 | 12:40 | | | | 2.75 | 40 | SYC |
| | | | | 12:40 | 5:10 | | 4.50 | 10 | DCP |
| WED | 11/7/07 | 8:30a | 12 noon | | | | 3.50 | 60 | YCP |
| | | | | 1:35 | 5:05 | | 3.50 | 10 | YCP |
| THU | 11/8/07 | 7:15a | 12:30p | | | | 5.25 | 40 | DCP |
| FRI | 11/9/07 | 7 am | 1:15 pm | | | | 6.25 | 130 | BCP |
| SAT | | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK   
INDICATE REASON FOR NO HOURS WORKED DAILY IF FULL-TIME   

WEEKLY TOTAL __35.00__

18.50  
28.50  
4.75  
14.00  
40  
10  

WEEK ENDING __11/17/07__

| | DATE | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | REG HRS | OT HRS | REASON |
|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | |
| MON | 11/12/07 | 7:15a | 3:15 pm | | | | 8.00 | 130 | BCP |
| TUE | 11/13/07 | 9 | 1 pm | | | | 4.00 | 50 | LWVEC |
| | | | | 2:10 pm | 6:25 p | | 4.25 | 40 | DCP |
| WED | 11/14/07 | 8:35 | 4:35 p | 5:15p | 7:15 | | 8.00 | 60 | YCP (12a–12:15 p yesterday) |
| | | | | | | | 2.00 | 40 | SYC |
| THU | 11/15/07 | 7:25 | 9:25 p | | | | 2.00 | 10 | DCP |
| | | 7:11a | 8:30p | | | | 1.50 | 40 | DCP |
| FRI | 11/16/07 | 7:35a | 1:05 p | | | | 6.00 | 130 | BCP |
| SAT | | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK   
INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME   

WEEKLY TOTAL __35.75__

GRAND TOTAL __70.75__

**PrimeCare Medical, Inc.**
BI-WEEKLY TIME SHEET

EMPLOYEE NAME: Enix MARTIN, MD                FACILITY: _____

WEEK ENDING: 11/24/07

| DATE | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | REG HRS | OT HRS | REASON |
|------|---------|----------|---------|----------|--------------|---------|--------|--------|
| SUN 11/26/07 | 12:30 p | 4 pm | | | | 3.50 | 80.00 | DCP |
| MON 11/6/07 | 8 am | 4:15 pm | | | | 8.25 | 130 | BCP |
| TUE 11/8/07 | 2 pm | 6 pm | | | | 4.00 | 50 | LLYIC |
| WED 11/11/07 | 7 am | 1:15 | | | | 6.00 | 130 | BCP |
| | | | | | | 6.25 | | LYCD |
| THU 11/23/07 | 7 am | 12:15 pm | | pm | | 5.25 | 10 | DCP |
| FRI | | | | | | | | |
| SAT | 3 pm | 5 pm | | | | 2.00 | 0 | LCP |

* OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
** INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME

WEEKLY TOTAL: 35.25

WEEK ENDING: 12/1/07

| DATE | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | REG HRS | OT HRS | REASON |
|------|---------|----------|---------|----------|--------------|---------|--------|--------|
| SUN | | | | | | | | |
| MON 11/26 | 7:05 a | 3:05 p | | | | 8.00 | 130 | BCP |
| | | | 4:30 pm | 6:45 pm | | 2.25 | 10 | SYE |
| TUE 11/27/07 | 8:45 | 12:45 p | | | | 3.50 | 50 | LNYIC |
| | | | 2 pm | 6 pm | | 4.00 | 40 | DCP |
| WED 11/28/07 | 8:45 a | 5:45 p | | | | 9.00 | 50 | YCP |
| THU 11/29/07 | 8:30 a | 11 am | | | | 2.50 | 40 | DCP |
| | | | 2:15 p | 6:15 pm | | 4.00 | 10 | DCP |
| FRI 11/30/07 | 7 am | 2 pm | | | | 7.00 | 130 | BCP |
| SAT 12/1/07 | 11:35 a | 3:50 p | | | | 4.25 | 40 | DCP |

* OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
** INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME

WEEKLY TOTAL: 44.50

GRAND TOTAL: 79.75



## PrimeCare Medical Inc.
### BI WEEKLY TIME SHEET

EMPLOYEE NAME: _Ewos Martin, MD_   FACILITY: _____

WEEK ENDING: _12/8/07_

| | DATE | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | REG HRS | O/T HRS | *REASON |
|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | Holiday Travelled |
| MON | 12/3/07 | 7:05a | 5:05p | | | | 10.00 | 13 O | BCP |
| TUE | 12/4/07 | 9:05a | 12:20 | | | | 4.25 | 50 | LWYTE |
| | | | | 2:50p | 7:05p | | 4.25 | 40 | DCP |
| WED | | 8:00a | | | | | 6.00 | 60 | YCP |
| | | | | | | | | 40 | |
| THU | | 6:05p | 7:35p | | | | 1.50 | 10 | 34E |
| | | | | 7:45p | 8:45p | | 1.00 | 10 | DCP |
| FRI | | | | | | | | | |
| SAT | | | | | | | | | |

** OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
** INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME   WEEKLY TOTAL: 29.25

WEEK ENDING: _12/15/07_

| | DATE | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | REG HRS | O/T HRS | *REASON |
|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | |
| MON | 12/10/07 | 7:05a | 3:05p | | | | 8.00 | 13 O | BCP |
| TUE | 12/11/07 | 9:05a | 1:10p | | | | 3.45 | 50 | LLYTE |
| | | | | 1:55 | 5:40p | | 3.75 | 40 | DCP |
| WED | 12/12/07 | 9a | 4:15p | | | | 7.35 | 60 | YCP |
| | | | | 5:10 | 6:25 | | 1.25 | 20 | 34E |
| THU | | 6:30p | 9:30 | | | | 3.00 | 10 | DCP |
| | | 4am | 1pm | | | | 6.00 | 13 O | BCP |
| FRI | 12/14/07 | 4:10p | 7:40 | 2:20p | 3:50p | | 1.50 | 10 | PROD |
| | | | | | | | 3.50 | 10 | DCP |
| SAT | | | | | | | | | |

** OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
** INDICATE REASON FOR NO HOURS WORKED ONLY IF FULL-TIME   WEEKLY TOTAL: 38.00

GRAND TOTAL: 67.25

(1)

_75/_
_8.00_
2.75
24.0
8.0
13.20
1.50

PrimeCare Medical Inc.
BI WEEKLY TIME SHEET

EMPLOYEE NAME: Ewos D. MARTIN, MD     FACILITY:

WEEK ENDING: 12/22/04                    Distance Traveled

| DATE | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | REG HRS | OT HRS | *REASON |
|------|---------|----------|---------|----------|--------------|---------|--------|---------|
| SUN | | | | | | | | |
| MON 12/20/04 | 7:15a | 3:16p | | | | 8.00 | 130 | RCD |
| TUE 12/21/04 | 9a | 11:30a | | | | 2.50 | 50 | LCYER |
| | | | 12:45 | 5:45p | | 5.00 | 40 | DCP |
| WED 12/22/04 | 8:10a | 3:10p | | | | 6.50 | 50 | YCP |
| | | | 1:30 | 6:30 | | 4.00 | 40 | 54C |
| THU 12/30/04 | | | 6:40 | 7:10 | 6:40 | 4.00 | 10 | DCP |
| | 7:15a | 10:45 | | | | 3.00 | 40 | DCP |
| FRI 12/31 | | | 10:30 | 12:30p | | 2.00 | 10 | F4800 |
| | 1:10p | 4:26p | | | | 3.25 | 40 | DCP |
| SAT | 10:10a | 4:40p | | | | 6.50 | 130 | BCP |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK      WEEKLY TOTAL: 39.25
INDICATE REASON FOR NO HOURS WORKED DAILY IF FULL-TIME

22.25
4.0
3.75
20.75
-13.0
6.50
25

WEEK ENDING: 12/29/04

| DATE | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | REG HRS | OT HRS | *REASON |
|------|---------|----------|---------|----------|--------------|---------|--------|---------|
| SUN | | | | | | | | |
| MON 12/24/04 | 7am | 1:45 | | | | 6.25 | 180 | BCP |
| | | | 2:45p | 7:15p | | 4.50 | 20 | DCP |
| TUE 12/25 | 7am | 10am | | | | 3.00 | 40 | DCP |
| WED 12/26 | 9a | 3:30p | | | | 6.50 | 50 | YCP |
| THU 12/27 | 9:25a | 2:25p | | | | 4.00 | 50 | LNYPE |
| | | | 2:15 | 4pm | | 1.75 | 40 | FRCP |
| FRI 12/28 | 4:30 | 5:35 | | | | .75 | 10 | DCD |
| | 8:45a | 3:15p | | | | 6.50 | 130 | BCP |
| SAT | | | 4:35 | 6:35pm | | 2.00 | 20 | SYC |
| | 6:45p | 9pm | | | | 2.25 | 10 | DCP |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED DAILY IF FULL-TIME

WEEKLY TOTAL: 38.00
GRAND TOTAL: 77.25

PCM 07456



8/MON 08:27 AM                                                    P. 001/001

# PRIME CARE MEDICAL, INC.

**BI WEEKLY TIME SHEET  SUN-SAT**

EMPLOYEE NAME: _Enos D. Martin (MD)_          FACILITY__BERKS COUNTY PRISON__

WEEK ENDING  _5/24/08_

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | Travel miles | |
| MON | | | | | | | | |
| TUE | | | VACATION — Kenya | | | | | |
| WED | 8:45a | 4:15 p | | | | 8.00 | 40 | DCP |
| THU | 11:30a | 4:30 p | 4:30p | 6:15p | | 1.75 | 10 | 84@ |
| | | | | | | 9.00 | 130 | BCP |
| FRI | 9:00a | 5:00 p | 5:20p | 5:35p | | .25 | 15 | LCYER |
| | | | | | | 10.00 | 40 | DCP |
| SAT | | | | | | | | |
| *OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK *INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME | | | | | WEEKLEY TOTAL | 29.00 | | |

WEEK ENDING _5/31/08_

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | Travel miles | |
| MON | 9:20a | 5:20p | 6:10 | 7:40p | | 8.00 | 130 | BCP |
| TUE | 7:00a | 3:30p | | | | 1.50 | 15 | LCYER |
| | | | | | | 8.50 | 40 | DCP |
| WED | 4:30 | 10:15 a | | | | .75 | 50 | LCYER |
| | | | 11:45 | 1 pm | | 1.25 | 50 | 84@ |
| THU | 1:15p | 6:45 p | | | | 5.50 | 10 | DCP |
| | | | 6:05 | 6:36p | | .50 | 40 | DCP |
| FRI | | | | | | | | |
| SAT | | | | | | | | |
| /ERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK DICATE REASON FOR NO HOURS WORKED IF FULL-TIME | | | | | WEEKLEY TOTAL | 26.00 | | |
| | | | | | GRAND TOTAL | 55.00 | | |

_____               _Enos Martin MD_
Supervisor's Approval                    Employee's Signature

2    32.50
9      3.00
5    17.00
9     2.50

PCM 07458

17-2008-TUE 08:21 AM   O2DCP                          FAX No. 17175581117                          P. 001/001

# PRIMECARE MEDICAL, INC.

BI-WEEKLY TIME SHEET   SUN-SAT

EMPLOYEE NAME: _Enos D Martin MD_          FACILITY__BERKS COUNTY PRISON__

WEEK ENDING ___6/7/08___

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON 6/2/08 | 8:15a | 4:30 | | | | 8.25 | 130 | RCP |
| TUE 6/3/08 | 10:15 | 4:15pm | | | | 6.00 | 40 | DCP |
| WED | 9:30 | 11:55 am | 1pm | 3:15pm | | 2.25 / 2.75 | 50 | LCYER |
| THU | 4p | 5p | 5:90p | 8:30 | | 1.00 / 1.50 | 40 / 10 | 54P / DCP-WR |
| FRI | 5:30 | 6:16pm | 6:30p | 9:00 | | .45 / 2.50 | 0 / 5 | 54C / DCP |
| SAT | 7am | 9am | 5:30p | 5:45 | | 2.00 / .25 | 40 / 2.5 | DCP / LCYER |
| | OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK   *INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME | | | | WEEKLEY TOTAL | 26.25 | | |

WEEK ENDING _____

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON | 8:15a | 5:15pm | | | | 9.00 | 130 | 13CP |
| TUE | 9:20a | 5:30pm | | | | 8.00 | 540 | DCP |
| WED | 9:10 | 11:10a | | | | 2.00 | 50 | LCYER |
| THU | 5:15a | 6:30pm | 12:15p | 5pm | | 4.25 / 1.25 | 40 / 10 | DCP / 54C |
| FRI | | | | | | | | |
| SAT | | | | | | | | |
| | OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK   *INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME | | | | WEEKLEY TOTAL | 25.00 | | |
| | | | | | GRAND TOTAL | 51.25 | | |

Supervisor's Approval          _Enos Martin MD_          Employee's Signature

06/17/2008   8:20AM

# PrimeCare Medical, Inc.

| BI WEEKLY TIME SHEET SUN-SAT |
|---|

EMPLOYEE NAME: _ENOS D MARTIN, MD_    FACILITY _BERKS COUNTY PRISON_

WEEK ENDING _6/21/08_

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON | Mileage |
|---|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | | |
| SUN | | | | | | | | | |
| MON | | | | | | | | | |
| TUE 6/17/08 | 8:10a | 11:55 a | 12 noo | 1:30 | | | 3.75 / 1.50 | | DCP / SYE | 40 / 10 |
| WED | 1:40p | 4:25 p | | | | | 2.75 | | BCP | 40 |
| THU | 8 am 9:45 a | 4:30 3:15 p | | | | | 8.50 / 5.50 | | BCP / DCP | 130 / 40 |
| FRI | 9:30a | 11:45 p | 3:25 | 4:25 | | | 2.25 / 1.00 | | SYE / DCP | 50 / 40 |
| SAT | 2:00 | 2:15 p | | | | | .25 | | SYE | 50 |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL: 25.50    25.50

WEEK ENDING _6/28/08_

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON | |
|---|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | | |
| SUN | 8:25a | 9:25 a | | | | 1.00 | | DCP | x40 |
| MON | 8:20 | 5:05 pm | | | | 8.75 | | BCP | 130 |
| TUE | 9:10a | 5:25 pm | | | | 8.25 | | DCP | 40 |
| WED | 9:05a | 11:35 am | 1:10 p | 5:35 | | 2.50 / 4.75 | | SYE / DCP | 50 / 40 |
| THU | 4:40p | 6:40 pm | 6:35 | 7 pm | | 2.00 / .25 | | SYE / BCP | 10 / 10 |
| FRI 6/29/ | 7:25a | 10:25 a | | | | 3.00 | | DCP | 40 |
| SAT | | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL: 30.50
GRAND TOTAL: 56.00

_____    _Enos Martin MD_
Superviser's Approval          Employee's Signature

PCM 07460

# PrimeCare Medical, Inc.

### BI WEEKLY TIME SHEET   SUN-SAT

EMPLOYEE NAME: Enos D. Martin(?)          FACILITY ___BERKS COUNTY PRISON___

WEEK ENDING 7/19/08

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | |
| MON 7/14/08 | 12:45 | 6 pm | | | | 5.25 | 130 | BCP |
| TUE 7/15/08 | 9:30a | 5:30p | | | | 8.00 | 50 | DCP |
| WED 7/16/08 | 9:40a | 12:40p | 1:30p | 4:45p | | 3.00 / 3.25 | 50 / 40 | LCYCC / DCP |
| THU | 6:55a | 8:55p | 7am | 11:30a | | 2.00 / 4.50 | 60 / 130 | SYC / BCP |
| FRI | 6:40a | 9:70a | | | | 3.00 | 40 | DCP |
| SAT 7/19 | | | | | | | | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL: 29.00

WEEK ENDING 7/26

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | |
| MON 7/21/08 | 9:10a | 2:40pm | | | | 5.50 | 50 | LCP |
| TUE 7/22/08 | 8:45 | 9:15a | 1:50p | 6:50p | | .50 / 5.00 | 40 / 40 | DCP / DCP |
| WED | 9:40a | 11:55a | 12:05 | 6:05p | | 2.25 / 6.00 | 50 / 10 | LCYCC / LCP |
| THU | 7:20 | 8:50p | 9:00p | 9:30p | | 1.50 / .50 | 40 / 10 | SYC / DCP |
| FRI | 7a | 9a | 6:15p | 8:45p | | 2.00 / 2.50 | 40 / 40 | DcP / DcP |
| SAT | 7:25 | 12:05p | | | | 5.00 | 40 | DcP |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL: 30.75

GRAND TOTAL: 59.75

_____          Enos Martin
Superviser's Approval                Employee's Signature

07/28/2008   9:48AM

PCM 07461

AUG/25/2008/MON 07:45 AM   O5 BCP          FAX No. 610 208 4848          P. 041

# PrimeCare Medical, Inc.

**BI WEEKLY TIME SHEET   SUN-SAT**

EMPLOYEE NAME: _Enos MARTIN, MD_          FACILITY___BERKS COUNTY PRISON___

WEEK ENDING _8/16/08_

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | Mileage | |
| MON | 9am | 5pm | | | | 8.00 | 80 | LCP |
| TUE | 7:50a | 11:05a | | | | 3.25 | 40 | DCP |
| | | | 11:45a | 1pm | | 1.75 | 40 | SVC |
| WED | 11:05am | 5:05pm | | | | 4.00 | 40 | DCP |
| | 7:10a | 3:10p | | | | 8.00 | 110 | BCP |
| THU | | | 4:00 | 4:30p | | .50 | 10 | LYRC |
| | 9:20a | 4:20 | | | | 7.00 | 60 | CCP |
| FRI | 7am | 12:15p | | | | 5.25 | 40 | DCP |
| SAT | | | | | | | | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLY TOTAL: **37.75**

WEEK ENDING _8/23/08_

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | Mileage | |
| MON 8/18/08 | 7a | 3:15 | | | | 8.25 | 110 | BCP |
| TUE | 8:30a | 4:45p | | | | 8.25 | 40 | DCP |
| WED | 12:40p | 1:55p | | | | 1.25 | 50 | LCP |
| | | | 2pm | 3:45pm | | 1.75 | 10 | LYRC |
| THU | 5:05p | 6:50pm | | | | 1.75 | 40 | SVC |
| FRI | 9:10a | 3:35p | | | | 5.25 | 40 | DCP |
| SAT 8/23 | | | | | | | | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLY TOTAL: **26.50**

GRAND TOTAL: **64.25**

Supervisor's Approval _____     Employee's Signature _Enos R. Martin MD_

```
1)  26.00
    3.50
2)  16.25
3)   9.25
    2.25
    7.00
    _____
    104.25
```

PCM 07463

# PRIMECARE MEDICAL, INC.

| BI WEEKLY TIME SHEET   SUN-SAT | | | | | | | |

EMPLOYEE NAME: _Eurs MARTIN MD_          FACILITY __BERKS COUNTY PRISON__

WEEK ENDING _Aug 30, 2008_

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON 8/24/08 | 7:20a | 4:05pm | | | | 8.75 | 1.10 | BCP |
| TUE 8/26 | 10:05 | 11:25am | 1:15 | 6:15pm | | 1.50 / 5.00 | 50 / 40 | LCYEC / DCP |
| WED 8/27 | 7:10am | 2:10pm | 4:15pm | 4:30pm | | 7.00 / .25 | 40 / 50 | DCP / LCYEC |
| THU 8/28 | 6:30 | 8pm | | | | 1.50 | 40 | SYC |
| FRI 8/29 | 10a | 12noon | | | | 2.00 | 70 | DCP |
| SAT 8/30 | | | | | | | | |
| OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK  *INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME | | | | | WEEKLEY TOTAL | 26.00 | | |

WEEK ENDING _Sept. 6, 2008_

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | 9:30a | 10:30 | | | | 1.00 | 40 | DCP |
| MON 9/1 | 7:15am | 3:00pm | | | | 7.75 | 1.10 | BCP |
| TUE 9/2 | 1:15pm | 3:15pm | 4pm | 6pm | | 2.00 / 2.00 | 50 / 40 | LCYEC / BCP |
| WED 9/3 | 7:45am | 3:45pm | 3:55pm | 5:10pm | | 8.00 / 1.25 | 40 / 10 | DCP / SYC |
| THU 9/4 | 9:30a | 12:45pm | | | | 3.25 | 40 | DCP |
| FRI 9/5 | | | | | | | | |
| SAT 9/6 | | | | | | | | |
| OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK  *INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME | | | | | WEEKLEY TOTAL | 25.25 | | |
| | | | | | | GRAND TOTAL | 51.25 | | |

_____          _Eror D. Martin MD_
Superviser's Approval                  Employee's Signature

PCM 07464



# PRIMECARE MEDICAL, INC.

**BI WEEKLY TIME SHEET   SUN-SAT**

EMPLOYEE NAME: _Enos Martin, MD_    FACILITY _BERKS COUNTY PRISON_

WEEK ENDING _9/13/08_

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON 9/8/08 | 7:30a | 3:30 p | | | | 8.00 | 1.0 | BCP |
| TUE | 7:00a | 2:00 p | 3:00pm | 4:30 p | | 7.00 / 1.50 | 40 / 50 | DCP / LCYCL |
| WED | 7:00a | 1:15 pm | 1:35 pm | 3:20 pm | | 6.25 / 1.75 | 40 / 10 | DCP / L4C |
| THU | | | | | | | | |
| FRI | 2:30 p | 4:05 pm | | | | 1.75 | 40 | DCP |
| SAT 9/13/08 | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME    WEEKLEY TOTAL **26.25**

WEEK ENDING _9/20/08_

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON 9/15/08 | 7:15a | 3:30 p | 4:30pm | 6:30 p | | 8.25 / 2.00 | 1.0 / 10 | BCP / LCYCL |
| TUE 9/16 | 7:30a | 9:20 p | | | | 2.00 | 40 | DCP |
| | 7a.m. | 12:45 pm | | | | 5.75 | 40 | DCP |
| WED 9/17 | 6:45pm | 8 pm | 1:15 p | 1:45 pm | | 1.25 / .50 | 40 / 50 | S4C / LCYCL |
| THU 9/18 | 8:15a | 9:30 am | | | | 1.25 | 40 | DCP |
| | 9:00a | 11:00a | | | | 4.00 | 40 | DCP |
| FRI 9/19 | | | | | | | | |
| SAT 9/20 | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME    WEEKLEY TOTAL **25.80**

GRAND TOTAL **51.25**

_Superviser's Approval_    _Enos D. Martin, MD_   Employee's Signature

PCM 07465

# PRIMECARE MEDICAL, INC.

BI WEEKLY TIME SHEET   SUN-SAT

EMPLOYEE NAME: _Enos D. Martin, MD_   FACILITY__BERKS COUNTY PRISON___

WEEK ENDING  _9/27/08_

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
| | | TIME OUT | TIME IN | | | | | |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | HBroad | |
| MON, 9/23/08 | 7:55 | 4:10 pm | 5:05 p | 6:20 p | | 8.25 | 110 | BCP |
| | | | | | | 1.25 | 10 | <<4EP |
| TUE | 7:00 | 1:00 p | | | | 6.00 | 40 | DCP |
| WED | 8:40 | 3:10 p | | | | 6.50 | 40 | DCP |
| THU | 4:15 | 8/1:30 p | 1:50 p | 2:35 p | | 4.25 | 40 | DCP |
| | | | | | | .75 | 10 | S40 |
| FRI | 9:45 p | 10:45 p | | | | 1.00 | 40 | DCP |
| SAT, 9/27/08 | 7:00 | 7:30 a | | | | .50 | 50 | <<4EP |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL  28.50

WEEK ENDING _10/4/08_

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
| | | TIME OUT | TIME IN | | | | | |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | MBar | |
| MON 9/29 | 6:50 | 2:20 p | | | | 7.50 | 110 | BCP |
| TUE 9/30 | 10:30 | 11:30 a | | | | 1.00 | 40 | DCP |
| WED 10/1 | 7:15 | 12:15 p | 1:00 | 3:00 | | 5.00 | 40 | DCP |
| | | | | | | 2.00 | 50 | <<4EP |
| THU 10/2 | 6:10 | 8:10 p | 10:50 a | 6:30 p | | 2.00 | 40 | S40 |
| | | | | | | 7.50 | 40 | DCP |
| FRI 10/3 | | | | | | | | |
| SAT 10/4 | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL  25.00

| 05 | -15.75 |
| 69 | 3.75 |
| 02 | 31.25 |
| 19 | 2.75 |

GRAND TOTAL  53.50

_____   _Enos D. Martin, MD_
Superviser's Approval        Employee's Signature

PCM 07466

# PRIMECARE MEDICAL, INC.

BI WEEKLY TIME SHEET   SUN-SAT

EMPLOYEE NAME: _Enos MARTIN, MD_     FACILITY___BERKS COUNTY PRISON___

WEEK ENDING ___10/11/08___

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | Mileage | |
| MON 10/6/08 | 8:20a | 4:30 | 5:25p | 7:10p | | 8.00 / 1.75 | 11D / 1D | BCP / LCYIE |
| THE 10/4/08 | 7:00a | 3 pm | | | | 8.00 | 4D | DCP |
| WED /8/ | 7:45a | 2 pm | 2:05p | 3:55 | | 6.25 / 1.00 | 4D / 1D | DCP / SYE |
| THU /9/ | 6:15 | 6:30pm | | | | .25 | 4D | DCP |
| FRI 10/10/08 | | | | | | | | |
| SAT /11/ | 9:15a | 10:30a | | | | 1.25 | 4D | DCP |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
†INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL: 26.50

WEEK ENDING ___10/18/08___

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN /12/ | | | | | | | Mileage | |
| MON /13/ | 7:55a | 4:25p | 5:10p | 6:55p | | 8.50 / 1.75 | 11D / 1D | BCP / LCYEU |
| TUE /14/ | 7:15a | 12:15p | | | | 5.00 | 4D | DCP |
| WED 10/15/08 | 5:25p | 9:25p | | | | 4.00 | 4D | DCP |
| THU 10/16/08 | 6:50a | 8:50a | 3:10p | 4:40 | | 3.00 / 1.50 | 4D / 1D | DCP / SYE |
| FRI 10/17/08 | 10:50a | 3:35p | | | | 4.75 | 4D | DCP |
| SAT 10/18/08 | | | | | | | | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
†INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL: 27.50

GRAND TOTAL: 54.00

_____     _Enos Martin, MD_
Superviser's Approval          Employee's Signature

05 – 16.50
69 – 3.50
02 – 31.50
19 – 2.50 /14

03/2008/MON 09:02 AM   05 BCP    FAX No. 610 208 4848    P. 002

# PRIMECARE MEDICAL, INC.

## BI WEEKLY TIME SHEET    SUN-SAT

EMPLOYEE NAME: _Enos Martinino_    FACILITY  BERKS COUNTY PRISON

WEEK ENDING _10/25/08_

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL OT HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | Mileg | |
| MON 10/20/08 | 7:30a | 4:05 p | | | | 8.45 / 8.75 | 1.0 | BCP |
| TUE 10/21 | 7:30 | 4:15 p | | | | 8.75 | 4.0 | DCP |
| WED 10/22 | 7:35 | 1:35 p | 1:50 p | 4:30 p | | 6.00 / 2.50 | 4.0 / 1.0 | DCP / SUE |
| THU | 6pm | 7:45 p | | | | 1.45 | 5.0 | CUER |
| FRI | | | 11:50 p | 70 | Drght in | | | |
| SAT | | | | | | | | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL  27.75

WEEK ENDING _11/1/08_

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL OT HRS | REASON | |
|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | 70 | Reg shin | | Milegy | | |
| MON | | | | | | | | | |
| TUE | | | | | | | | | |
| WED 11/1/08 | 6:40 | 5:40 p | | | | 11.00 | 4.0 | DCP | -SAT |
| THU 10/30 | 7p | 10 p | | | | 1.0 | 4.0 | DCP | THU |
| FRI 10/31/08 | 7:10 an | 3:30 p | 4 pm | 5:30 p | | 8.00 / 1.50 | 1.0 / 1.0 | BCP / CCYER | |
| SAT 11/1/08 | 6:10 p | 8:10 p | 8:15 p | 9:15 p | | 2.00 / 1.00 | 4.0 / 1.0 | SUE / DCP | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL  24.50

GRAND TOTAL  52.25

_____
Superviser's Approval

_Enos D. Martinino_
Employee's Signature

11/03/2008   7:58AM

PCM 07468



# PRIMECARE MEDICAL, INC.

BI WEEKLY TIME SHEET   SUN-SAT

EMPLOYEE NAME: _Fred D. Wartenberg_     FACILITY___BERKS COUNTY PRISON___

WEEK ENDING___11/8/08___

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | |
| MON 11/3/08 | 7:30a | 4:15 pm | 5:00 p | 5:15 pm | | 8.75 .25 | 110 60 | RCP CCYER |
| TUE 11/4 | 12:40p | 1:40 pm | 3:46p | 5:45 pm | | 1.00 3.00 | 5D 4D | CCYER DCP |
| WED 11/5/ | 7:15a | 5:45 pm | | | | 10.00 | 4D | DCP |
| THU 11/6/ | 1:15p | 3:45 pm | | | | 2.50 | 4D | SYR |
| FRI | | | | | | | | |
| SAT 11/8 | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME     WEEKLEY TOTAL  25.50

WEEK ENDING 11/15/08

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | |
| MON | 7:30a | 7 pm | | | | 8.50 | 110 | BCP (Fine's) |
| TUE | 1:20p | 5:50 pm | | | | 4.50 | 4D | DCP |
| WED | 7am | 3pm | | | | 8.00 | 4D | DCP |
| THU | 1:35p | 3:35 pm | | | | 2.00 | 4D | SYR |
| FRI | 10:45 | 12:45 pm | | | | 2.00 | 5D | CCYER |
| SAT | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME     WEEKLEY TOTAL  25.00
GRAND TOTAL  50.50

_Supervisor's Approval_          _Fred D. Wartenberg MD_  Employee's Signature

```
02   25.50
05   17.25
19   4.50
69   3.25 / 50.50
```

PCM 07469



# PrimeCare Medical, Inc.

BI WEEKLY TIME SHEET   SUN-SAT

EMPLOYEE NAME: _Ewos Marten, MD_      FACILITY __BERKS COUNTY PRISON__

WEEK ENDING  11/22/08

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON 11/17/08 | 7:20 a | 3:35 p | | | | 8.25 | 110 | BCP |
| TUE | 1:40 p | 3:10 | | | | 1.50 | 0350 | 5YC |
| WED | 7:00 a | 6:15 pm | | | | 11.25 | 40 | DCN |
| THU | | | | | | | | |
| FRI | 8:15 am | 12:15 pm | | | | 4.00 | 120 | ACACC |
| SAT 11/22/08 | 9:40 11:40a | | 4:55 pm | 6:55 p | | 2.00 / 2.00 | 40 / 40 | 5YC / DCP |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL  29.00

WEEK ENDING  11/29/08

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON | 7a | 3:30 pm | | | | 8.50 | 110 | BCP |
| TUE | 8 a | 12:20 noon | | | | 4.00 | 110 | ACACC |
| WED | 8 a | 6 p | 12:50 | 4:50 pm | | 4.00 / 10.00 | 40 / 40 | DCP / DCP |
| THU 11/27/08 | 8:55 | 9:55 a | 10:10 | 10:55 | | 1.00 / .75 | 40 / 10 | DCP / 5YC |
| FRI 11/28/08 | 3 pm | 4:45 pm | | | | 1.75 | 50 | SCCYER |
| SAT 11/29 | | | | | | | | |

OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL  30.00

GRAND TOTAL  59.00

_____         _Ewos Marten, W_____
Superviser's Approval                Employee's Signature

# PrimeCare Medical, Inc.

### BI WEEKLY TIME SHEET  SUN-SAT

EMPLOYEE NAME: _Ewos D. Marsin, MD_                    FACILITY___BERKS COUNTY PRISON___

WEEK ENDING_____

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | Mileage | |
| MON. 12/1/ | 4 am | 5 am | 7:30 | 4 pm | | 1.0 / 8.5 | 40 / 110 | DCP / BCP |
| TUE 12/2/ | 11:55 | 2:25 pm | 3:30 | 6:15 | | 2.5 / 2.75 | 50 / 40 | LCYEC / DCP |
| WED 12/3/ | 4 am | 10 am | 11:45 | 4 pm | | 3.00 / 4.25 | 40 / 40 | DCP / DCP |
| THU 12/4/ | 4:05 | 6:05 pm | 6:10 pm | 6:40 pm | | 2.00 / .50 | 5 / 5 | SYC / DCP |
| FRI 12/5/ | 10 am | 1:15 pm | | | | 3.25 | 40 | DCP |
| SAT 12/6/ | | | | | | | | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL: 27.75

WEEK ENDING_____

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON 12/8/ | 7:30 | 3:55 pm | | | | 8.5 | 110 | BCP |
| TUE | 1 pm | 3:15 pm | 4:50 | 6:30 | | 2.25 / .50 | 30 / 40 | LCYEC / DCP |
| WED | 7 am | 3:45 pm | 4 pm | 6 pm | | 8.45 / 2.00 | 40 / 10 | DCP / SYC |
| THU | 12 min | 3:30 pm | | | | 3.50 | 40 | DCP |
| FRI | | | | | | | | |
| SAT | | | | | | | | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL: 26.50
GRAND TOTAL: 54.25

_Supervisor's Approval_                    _(signature)_  Employee's Signature

02 - 28.5
05 - 17.0
19 - 4.0
09 - 4.75

PCM 07471

# PRIMECARE MEDICAL, INC.

### BI WEEKLY TIME SHEET   SUN-SAT

EMPLOYEE NAME: _Ewos D Martin MD_     FACILITY ___BERKS COUNTY PRISON___

WEEK ENDING ___12/20/08___

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | 8:30 | 9:30 | | | | 1.00 | 40 | DCP |
| MON 12/15/ | 7:45 | 4 pm | | | | 8.75 | 11D | BCP |
| TUE 12/16/ | 9:30 | 1:30 pm | 2:20 pm | 3:50 | | 6.00 / 1.50 | 40 / 50 | DCP / LCYIY |
| WED 12/17 | 7:10a | 1:25 pm | 1:40 pm | 3:10 | | 6.25 / 1.50 | 40 / 10 | NcP / S4C |
| THU 12/18 | | | | | | | | |
| FRI 12/19 | 7:00 | 10 a | | | | 3.00 | 40 | DCP |
| SAT 12/20/ | | | | | | | | |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL | 28.00

34.25
17.75
2.75
2.0

WEEK ENDING _12/27/08_

| DAY OF WEEK | TIME IN | MEAL BREAK TIME OUT | MEAL BREAK TIME IN | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | |
| MON | 7:40 | 4:40 pm | | | | 9.00 | 11D | BCP |
| TUE | 7:15 am | 6:15 pm | | | | 11.00 | 40 | DCP |
| WED | 6:50a | 1:50 pm | 2 pm | 3:15 pm | | 7.00 / 1.25 | 40 / 10 | DcP / S4C |
| THU 12/25/ | | | | | | | | |
| FRI 12/26/ | | | | | | | | |
| SAT 12/27/ | 11:00 | 11:30 am | | | | 50 | 50 | LCYEC |

*OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK
*INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME

WEEKLEY TOTAL | 28.75

GRAND TOTAL | 56.75

_____
Supervisor's Approval

_____
Employee's Signature

# PRIMECARE MEDICAL, INC.

| BI WEEKLY TIME SHEET SUN-SAT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEE NAME: Enos D Martin MD | | | | | FACILITY BERKS COUNTY PRISON | | | |

WEEK ENDING 1/3/09

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | | | | | | | | |
| MON 12/29/08 | 7:30 | 4:15 pm | | | | 8.75 | 110 | BCP |
| TUE | 7:50 | 5:05 | | | | 9.25 | 40 | DCP |
| WED | 7:35 | 12:50 pm | | | | 5.25 | 40 | DCP |
| THU | | | | | | | | |
| FRI | 11:20 | 01:35 12:35 | | | | 2.25 | 40 | Sy Le |
| SAT | 5:30 | 7:00 pm | | | | 1.50 | 50 | Ly2l |
| *OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK *INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME | | | | | WEEKLEY TOTAL | 27.00 | | |

34.50
15.75

WEEK ENDING 1/10/09

4.0
2.0
6.25

| DAY OF WEEK | TIME IN | MEAL BREAK | | TIME OUT | SHIFT WORKED | TOTAL REG HRS | TOTAL O/T HRS | REASON |
|---|---|---|---|---|---|---|---|---|
| | | TIME OUT | TIME IN | | | | | |
| SUN | 6:50 | 8:50 pm | | | | 2.00 | 40 | DCP |
| MON | 7:30 | 2:30 pm | | | | 7.00 | 110 | BCP |
| | | | 3:40 | 5:40 pm | | 3.00 | 40 | BCP |
| TUE | 8 am | 4:30 | | | | 8.50 | 40 | DCP |
| WED | 7:15 | 10:45 | | | | 3.50 | 40 | DCP |
| | | | 12 | 1:30 | | 1.50 | 50 | Ly2e |
| THU 0/8/09 | 7:30 | 10:30 | | | | 3.00 | 40 | DCP |
| | | | 10:50 | 11:35 | | 1.75 | 10 | Sy e |
| FRI | | | | | | | | |
| SAT | | | | | | | | |
| *OVERTIME NOT CALCULATED UNTIL WORKED 40 HRS FOR WEEK *INDICATE REASON FOR NO HOURS WORKED IF FULL-TIME | | | | | WEEKLEY TOTAL | 29.25 | | |
| | | | | | GRAND TOTAL | 56.25 | | |

| Supervisor's Approval | Employee's Signature |
|---|---|

PCM 07473