# EXHIBIT 5

**Summary of Hours Reported by Erik VonKiel, D.O. at Lancaster County Prison on PCM Bi-weekly Time Sheets from November 2007 through November 2008**

| Bates No. | Week Ending | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Total | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| 9030 | 11/10/2007 | 0 | 9 | 0 | 9 | 0 | 0 | 0 | 18 | 6 |
| 9030 | 11/17/2007 | 0 | 9 | 0 | 9 | 0 | 0 | 0 | 18 | 6 |
| 9031 | 11/24/2007 | 0 | 10 | 0 | 10 | 0 | 0 | 0 | 20 | 4 |
| 9031 | 12/1/2007 | 0 | 10 | 0 | 0 | 0 | 10 | 0 | 20 | 4 |
| 9032 | 12/8/2007 | 0 | 9 | 0 | 10 | 0 | 0 | 0 | 19 | 5 |
| 9032 | 12/15/2007 | 0 | 10 | 0 | 0 | unknown | 0 | 0 | 10 | 14 |
| 9033 | 12/22/2007 | 0 | 10 | 0 | 0 | unknown | 0 | 0 | 10 | 14 |
| 9033 | 12/29/2007 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9034 | 1/5/2008 | 0 | 9 | 0 | 9 | 0 | 0 | 0 | 18 | 6 |
| 9034 | 1/12/2008 | 0 | 9 | 0 | 0 | 9 | 0 | 0 | 18 | 6 |
| 9035 | 1/19/2008 | 0 | 10 | 0 | 0 | 9 | 0 | 0 | 19 | 5 |
| 9035 | 1/26/2008 | 0 | 9 | 0 | 0 | unknown | 0 | 0 | 9 | 15 |
| 9036 | 2/2/2008 | 0 | 9 | 0 | 0 | 9 | 0 | 0 | 18 | 6 |
| 9036 | 2/9/2008 | 0 | 9 | 0 | 0 | unknown | 0 | 0 | 9 | 15 |
| 9037 | 2/16/2008 | 0 | 9 | 0 | 0 | 9 | 0 | 0 | 18 | 6 |
| 9037 | 2/23/2008 | 0 | 0 | 9 | 0 | 9 | 0 | 0 | 18 | 6 |
| 9038 | 3/1/2008 | 0 | 0 | 10 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9038 | 3/8/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9039 | 3/15/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9039 | 3/22/2008 | 0 | 10 | 0 | 0 | unknown | 0 | 0 | 10 | 14 |
| 9040 | 3/29/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9040 | 4/5/2008 | 0 | unknown | 0 | 0 | 10 | 0 | 0 | 10 | 14 |
| none | 4/12/2008 | unknown | unknown | unknown | unknown | unknown | unknown | unknown | 0 | 24 |
| none | 4/19/2008 | unknown | unknown | unknown | unknown | unknown | unknown | unknown | 0 | 24 |
| 9041 | 4/26/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |

| Bates No. | Week Ending | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Total | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| 9041 | 5/3/2008 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 10 | 14 |
| 9042 | 5/10/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9042 | 5/17/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9043 | 5/24/2008 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 10 | 14 |
| 9043 | 5/31/2008 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 10 | 14 |
| 9044 | 6/7/2008 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 10 | 14 |
| 9044 | 6/14/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9045 | 6/21/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9045 | 6/28/2008 | 0 | unknown | 0 | 0 | 10 | 0 | 0 | 10 | 14 |
| 9046 | 7/5/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9046 | 7/12/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| none | 7/19/2008 | unknown | unknown | unknown | unknown | unknown | unknown | unknown | 0 | 24 |
| none | 7/26/2008 | unknown | unknown | unknown | unknown | unknown | unknown | unknown | 0 | 24 |
| 9047 | 8/2/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9047 | 8/9/2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 9048 | 8/16/2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 9048 | 8/23/2008 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 | 18 |
| 9049 | 8/30/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9049 | 9/6/2008 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 10 | 14 |
| 9050 | 9/13/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9050 | 9/20/2008 | 0 | 10 | 0 | 0 | unknown | 0 | 0 | 10 | 14 |
| 9051 | 9/27/2008 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 20 | 4 |
| 9051 | 10/4/2008 | 0 | 10 | 0 | 0 | unknown | 0 | 0 | 10 | 14 |
| 9052 | 10/11/2008 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 10 | 14 |
| 9052 | 10/18/2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 9053 | 10/25/2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 9053 | 11/1/2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 9054 | 11/8/2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 9054 | 11/15/2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |

TOTAL     618

# PRIMECARE MEDICAL, INC.
## *Provider Time Sheet*

Name _Eork Von Kiel_

Pay Period: _11_ / _4_ /_-07_ - _11_ / _17_ /_07_        Lancaster = Include Drive time

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY | |
|------|---------|----------|-------------|-----------------|----------|---|
| 11 5 | 8 | 5 | 9 | ? = 16 - New mates pm | Lancaster 68 | |
| 11 6 | 8 | 3 | 6 | ? Didt have count | Lehigh 51 | |
| 11 7 | 8 | 5 | 9 | ? Didt have count | Lancaster 68 | |
| 11 8 | ——— | ——— | 8 | ——— | Comp Day 99 | 8 |
| 11 9 | 9 | 3 | 6 | ≈ 15 | Lehigh 51 | 6 |
| 11 12 | 8 | 5 | 9 | 18 | Lancaster 68 | 9 |
| 11 13 | 9 | 3 | 6 | 13 | Lehigh 51 | 6 |
| 11 14 | 8 | 8 | 9 | 5 (no moved) | Lancaster am 68 | 4 |
| 11 14 | | 5 | ↓ | 8 (consults) | York pm 10 | 4 |
| 11 15 | 9 | 3 | 6 | 33 | Lehigh 51 | 6 |
| 11 16 | 9 | 7 | 6 | 17 | Lehigh 51 | 6 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Hours Worked: _73_

Provider Signature: _A Vn kiel_

Dr Vonkiel, D.O.

51 - 32.0
68 - 33.50
99 - 8 leave
65  6.50

# PrimeCare Medical, Inc.

### *Provider Time Sheet*

Name: _Erik Von Kiel_

Pay Period: _11_ / _18_ / _07_ - _12_ / _1_ / _07_

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|------|---------|----------|-------------|-----------------|----------|
| 11/18 | Sunday | | | | |
| 11/19 M | 8 | 6 | 10 | ≈ 30 | Lancaster |
| 11/20 T | 9 | 3 | 6 | 22 | Lehigh |
| 11/21 W | 8 | 6 | 10 | 28 | Lancaster |
| 11/22 Th | Thanksgiving. Comp Day | | 8 | | |
| 11/23 F | 9 | 3 | 6 | ≈ 15 | Lehigh |
| 11/24 X | weekend | | 34 | | |
| 11/25 X | | | | | |
| 11/26 M | 8 | 6 | 10 | ≈ 25 | Lancaster |
| 11/27 T | Comp Day - off | | 8 | | |
| 11/28 W | 9 | 3 | 6 | 14 (CPR team) | Lehigh |
| 11/29 Th | 9 | 3 | 6 | 7 (quality meeting) | Lehigh |
| 11/30 F | 8 | 6 | 10 | 17 | Lancaster |
| 12/1 S | | | | | |

Total Hours Worked: _74_

Provider Signature: _EVKiel_

# PRIMECARE MEDICAL, INC.
### Provider Time Sheet

Name _Erik Jonkiel_

Pay Period: _12 12 07_ - _12/16/07_

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| s | 12-2-07 | | | | | |
| m | 12-3-07 | 8 | 5 | 9 | 11 | Lancaster |
| T | 12-4-07 | 9 | 3 | 6 | 14 | Lehigh |
| W | 12-5-07 | 8 | 6 | 10 | 25 | Lancaster |
| Th | 12-6-07 | 8 | 3 | 6 | 10 | Lehigh |
| F | 12-7-07 | 9 | 3 | 6 | 10 | Lehigh |
| s | 12-8-07 | | | 37 | | |
| s | 12-9-07 | | | | | |
| m | 12-10-07 | 8 | 6 | 10 | 25 | Lancaster |
| T | 12-11-07 | 9 | 3 | 6 | 19 | Lehigh |
| W | 12-12-07 | 9 | 3 | 6 | 22 | Lehigh |
| Th | 12-13-07 | 8 | 5 | 9 | Lancaster 10 Lehigh 9 | Lancaster/Leh |
| F | 12-14-07 | 9 | 3 | 6    37 | 14 | Lehigh |
| s | 12-15-07 | | | | | |
| s | 12-16-07 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Hours Worked: _74_

Provider Signature: _____

51   39
68   36.50
65  -4.5

12/30/2007 SUN 6:20 FAX 6108203656 ICP PT 610-820-3656    ☒004/013

# PRIMECARE MEDICAL, INC.
## *Provider Time Sheet*

Name  Eak Von Kiel

Pay Period: 12/17/07 - 12/29/07

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| M 12/17 | 12/17 | 8 | 6 | 10 | 25 | Lancaster |
| T 18 | 18 | 9 | 3 | 6 | 13 | Lehigh |
| W 19 | 19 | 9 | 3 | ~~100~~ 6 | 13 | Lehigh |
| Th 20 | 20 | 8 | 6 | 10 | 20 + 4 intake | Lancaster/Weck |
| F 21 | 21 | 9 | 3 | 6 | 9 | Lehigh |
| S 22 | 22 | | | | | |
| S 23 | 23 | | | | | |
| M 24 | 24 | 8 | 6 | 10 | 8 ? 20 | Lancaster |
| T 25 | 25 | 0 CC | X-mas - Comp Day 8 | | X | Lehigh Comp |
| W 26 | 26 | 9 | 3 | 6 | 32 | Lehigh |
| Th 27 | 27 | 8 | 6 | 10 | 14 | Lancaster |
| F 28 | 28 | 9 | 3 | 6 | 15  19 | Lehigh |
| S 29 | 29 | | | | | |
| S 30 | 30 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | 36 | |
| | | | | | 78 | |

Total Hours Worked: 74

Provider Signature: *[signature]*

OS1   30.0
O68   39.00
O65   5.0
099 - 8 Leave

12/30/2007  6:25AM

PCM 09033

# PrimeCare Medical, Inc.

### *Provider Time Sheet*

Name _Eaik Vorkiel_

Pay Period: _12 / 30 / 07 - 1 / 12 / -08_

8 leave

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 12/30 | | | | | |
| m | 12/31 | 8 | 5 | 9 | 18 | Lancaster |
| t | 1/1 | off | 5 | 8 | Comp dr | off |
| w | 1/2 | 8 | 5 | 9 | | Lancaster |
| Th | 1/3 | 9 | 3 | 6 | | Lehigh |
| F | 1/4 | 9 | 3 | 6 | | Lehigh |
| S | 1/5 | | | | 38 | |
| S | 1/6 | | | | | |
| m | 1/7 | 5 | 5 | 9 | | Lancaster |
| t | 1/8 | 9 | 3 | 6 | | Lehigh |
| w | 1/9 | 9 | 3 | 6 | | Lehigh |
| Th | 1/10 | 8 | 5 | 9 | | Lancaster |
| F | 1/11 | 10 | 3 | 5 | 35 | Lehigh |
| S | 1/12 | | | | | |

Total Hours Worked: 73

Provider Signature: _9~bel_

68  36   39.50
51  29   32.50
99 - 8 leave

# PrimeCare Medical, Inc.

## Provider Time Sheet

Name: _Erks Von Krel_

Pay Period: _1 /13 / 08_ - _1/25/ 08_

| DATE | | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| 1/13 | S | ~ | | | | |
| 1/14 | M | 8 | 8 | 10 | 17 | Lancaster |
| 1/15 | T | | | 8 | Comp Day | off  8 fee |
| 1/16 | W | 9 | 3 | 6 | 14 | Lehigh |
| 1/17 | Th | 8 | 5 | 9 | Lancaster 18 | Lancaster |
| 1/18 | F | 9 | 5 | 6 | 20 | Lehigh |
| 1/19 | S | ~ | ~ | 39 | ~ | |
| 1/20 | S | | | | | |
| 1/21 | M | 8 | 5 | 9 | 18 | Lancaster |
| 1/22 | T | 9 | 3 | 6 | 26 | Lehigh |
| 1/23 | W | 9 | 3 | 6 | 15 | Lehigh |
| 1/24 | Th | 8 | 6 | 10 | L-19  Y-5 | Lancaster/York |
| 1/25 | F | 9 | 3 | 6  38 | 10 | Lehigh |
| 1/26 | S | ~ | ~ | ~ | | |

Total Hours Worked: 77

Provider Signature: _Q. n. lang_

```
68 - 35.00
51 - 32.00
65 - 5.0
8 leave
```

# PRIMECARE MEDICAL, INC.

### Provider Time Sheet

Name **Eak Vorkeel**

Pay Period: 1/27/08 - 2/9/08

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|------|---------|----------|-------------|------------------|----------|
| S 1/27 | | | | | |
| M 1/08 | 8 | 5 | 9 | 16 | Lancaster |
| T 1/09 | 9 | 3 | 6 | 20 | Lehigh |
| W 1/10 | 9 | 3 | 6 | 16 | Lehigh |
| Th 1/31 | 8 | 5 | 9 | 16 | Lancaster |
| F 2/1 | Comp | | 8 | ✕ | DHP |
| S 2/2 | | | 58 | | |
| S 2/3 | | | | | |
| M 2/4 | 8 | 5 | 9  16 | 15 | Lancaster |
| T 2/5 | 9 | 3 | 6 | 15 (Accredidat) | Lehigh |
| W 2/6 | 9 | 3 | 6 | 10  Days | Lehigh |
| Th 2/7 | 8 | 5 | 9 | 10 Lan  4 York | Lancaster/York |
| F 2/8 | 9 | 3 | 6 | 16 | Lehigh |
| S 2/9 | | | | | |

Total Hours Worked: 74

68   34.50
51   33.00
65   4.50

Provider Signature: _GWheel_

no. 8 leave

PCM 09036

02/26/2008 TUE 10:38  FAX 717 295 2057                                    ☒002/002

02/26/2008 TUE 10:09  FAX 6108203656 lcp-51  610-820-3656              ☒002/002

# PrimeCare Medical, Inc.

## Provider Time Sheet

Name _Erik Vonkel_

Pay Period: _2/10/08 - 2/23/08_

|  | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S 2/v | 2/10 |  |  |  |  |  |
| M 2/4 | 2/11 | 8 | 5 | 9 | 15 | Lehigh |
| T 2/13 | 2/12 | 9 | 7 | 6 | 20 | Lehigh |
| V | 2/17 | 9 | 3 | C | 15 | Lehigh |
| Th | 2/14 | 8 | 5 | 9 | 15 | Lancastr |
| F | 2/15 | 9 | 3 | 6 | 36  18 | Lehigh |
| S | 2/16 |  |  |  |  |  |
| S | 2/17 |  |  |  |  |  |
| M | 2/18 | 9 | 3 | 6 | 25 | Lehigh |
| T | 2/19 | 8 | 5 | 9 | 15 ? | Lancastr |
| W | 2/20 | 9 | 3 | C | 24 | Lehigh |
| Th | 2/21 | 8 | 5 | 9 | 18 | Lancastr |
| F | 2/22 | Comp Day |  | 8 | 56 | Comp |
| S | 2/23 |  |  |  |  |  |
| S | 2/24 |  |  |  |  |  |
| M | 2/25 |  |  |  |  |  |

Total Hours Worked: _74_

Provider Signature: _[signature]_

PCM 09037

# PrimeCare Medical, Inc.

### *Provider Time Sheet*

**Name** Erik Vorkcl

**Pay Period:** 2/25/-08 - 3/-8/08

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|------|---------|----------|-------------|-----------------|----------|
| M | 2/25/08 | Comp | Day | 8 | | |
| T | 2/26 | 8 | 6 | 10 | < 15 | Lancaster |
| W | 2/27 | 8 | 4 | 8 | 15 | Lehigh |
| Th | 2/28 | 8 | 6 | 10 | 18 | Lancaster |
| F | 2/29 | 8 | 4 | 8 | hours (44) 18 | Lehigh |
| S | 3/1 | | | | | |
| S | 3/2 | | | | | |
| M | 3/3 | 8 | 6 | 10 | 26 | Lancaster |
| T | 3/4 | 8 | 4 | 8 | 37 | Lehigh |
| W | 3/5 | 8 | 4 | 8 | 17 | Lehigh |
| Th | 3/6 | 8 | 6 | 10 | 17 | Lancaster |
| F | 3/7 | 8 | 4 | 8 | 20 | Lehigh |
| S | 3/8 | | | | | |
| | *Include Driving/Site hours appt* | | | | | |
| | | hours -week 1 [2/25 → 2/29] - 44 | | | | |
| | | hours week 2 [3/3 → 3/7] 44 | | | | |

**Total Hours Worked:** 44 + 44 = 88

99 - 8 Leave
68   36
51   36

**Provider Signature:**

# PrimeCare Medical, Inc.

*Provider Time Sheet*

Name _Erik Von Kiel_

Pay Period: _3/9/100_ - _3/22/100_

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|------|---------|----------|-------------|-----------------|----------|
| S | | | | | |
| M | 8 | 6 | 10 | 17 | Lancaster |
| T | 8 | 4 | 8 | 35 | Lehigh |
| W | 8 | 4 | 8 | 54 | Lehigh |
| Th | 8 | 6 | 10 | 28 | Lancaster |
| F | 8 | 4 | 8 | 24 | Lehigh |
| S | | | 744 | | |
| S | | | | | |
| M | 8 | 6 | 10 | 20 | Lancaster |
| T | Comp Day | | 8 | | |
| W | 8 | 4 | 8 | 28 | Lehigh |
| Th | 8 | 6 | 10 | 8 Lcr + 8 York (16) | Lancaster/York |
| F | 8 | 4 | 8  744 | 5 | Lehigh |
| S | | | | | |

Total Hours Worked: _88_     99 - 8 Leave

Provider Signature: _EVonKiel_

68   31
51   36
65   5.0

# PrimeCare Medical, Inc.

## Provider Time Sheet

Name _Erik Vonkel_

Pay Period: _3 /22 /-08_ - _4 /5 / 08_

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|------|---------|----------|-------------|-----------------|----------|
| 3/23 | | | | | |
| 3/24 | 8 | 6 | 10 | 15 | Lancaster |
| 3/25 | 8 | 4 | 8 | 11 | Lehigh |
| 3/26 | 8 | 4 | 8 | 21 | Lehigh |
| 3/27 | 8 | 6 | 10 | 15 | Lancaster |
| 3/28 | 8 | 4 | 8 (44) | 3 | Lehigh |
| 3/29 | | | | | |
| 3/30 | | | | | |
| 3/31 | 8 | 4 | 8 | 6 (it comp by 11th) | Lancaster / Carlisle |
| 4/1 | 8 | 4 | 8 | 25 | Lehigh |
| 4/2 | 8 | 4 | 8 | 20 | Lehigh |
| 4/3 | 8 | 6 | 10 | 25 | Lancaster |
| 4/4 | 8 | 4 | 8 (42) | 11 | Lehigh |
| 4/5 | | | | | |

Total Hours Worked: _86_

Provider Signature: _____

68 - 32 hrs
51 - 48 hrs

# PrimeCare Medical, Inc.

*Provider Time Sheet*

Name: _Erik Von Kiel_

Pay Period: _4/de/08 - 5/3/08_

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| 4/20 S | 4/20 | ～ | ～ | ～ | ～ | ～ |
| M | 4/21 | 8 | C | 10 | ≤ 22 | Lancaster |
| T | 4/22 | 8 | 4 | 8 | 27 | Lehigh |
| W | 4/23 | 8 | 4 | 8 | 25 | Lehigh |
| th | 4/24 | 8 | 6 | 10 | 30 | Pretsky |
| P | 4/25 | 8 | 4 | 8 | 10 | Lehigh |
| S | 4/26 | ～ | ～ | ～ (44) | ～ | ～ |
| S | 4/27 | | | | | |
| M | 4/28 | 8 | 6 | 10 | 20 | Lancaster |
| T | 4/29 | 8 | 4 | 8 | 25 | Lehigh |
| W | 4/30 | 8 | 4 | 8 | 0 | POMA Conference |
| Th | 5/1 | 8 | 4 | 8 | 0 | POMA Conference |
| P | 5/2 | 8 | 4 | 8 | 0 | POMA Conference |
| S | 5/3 | 8 | 12 | 4 (90) | 0 | POMA Conference |

Total Hours Worked: _90_

Provider Signature: _[signature]_

PCM 09041

# PrimeCare Medical, Inc.

*Provider Time Sheet*

Name  Erik Vonkiel Do

Pay Period: 5/4/08 - 5/17/08

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 5/4 | | | | | |
| m | 5/5 | 8 | 6 | 14 | 20 | Lancaster |
| T | 5/6 | 8 | 4 | 8 | 20 | Lehigh |
| w | 5/7 | 8 | 4 | 8 | 15 | Lehigh |
| th | 5/8 | 8 | 6 | 10 | 18 | Lancaster |
| F | 5/9 | 8 | 4 | 8   (44) | 18   (89) | Lehigh |
| S | 5/10 | | | | | |
| S | 5/11 | | | | | |
| m | 5/12 | 8 | 6 | 10 | 20 | Lancaster |
| t | 5/13 | 8 | 4 | 8 | 20 | Lehigh |
| w | 5/14 | 8 | 4 | 8 | 15 | Lehigh |
| th | 5/15 | 8 | 6 | 10 | 18 | Lancaster |
| F | 5/16 | 8 | 4 | 8   (44) | 18 | Lehigh |
| S | 5/17 | | | | | |

Total Hours Worked: 88

Provider Signature: _____

# PrimeCare Medical, Inc.

*Provider Time Sheet*

Name: Erik Von Kiel DO

Pay Period: 5/18/08 - 5/31/08

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 5/18/08 | | | | | |
| M | 5/19 | 8 | 6 | 10 | 15 | Lancaster |
| T | 5/20 | 8 | 4 | 8 | 25 | Lehigh |
| W | 5/21 | 8 | 4 | 8 | 25 | Lehigh |
| Th | 5/22 | 8 | 6 | 10 | 18 | Lancaster |
| F | 5/23 | 8 | 4 | 8 | 20 | Lehigh |
| S | 5/24 | | | | | |
| S | 5/25 | | | | | |
| M | 5/26 | memorial Day | | 8 | | |
| T | 5/27 | 8 | 4 | 8 | 20 | Lehigh |
| W | 5/28 | 8 | 4 | 8 | 20 | Lehigh |
| Th | 5/29 | 8 | 6 | 10 | 15 | Lancaster |
| F | 5/30 | 8 | 4 | 8 | 6 | Lehigh |
| S | 5/31 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Hours Worked: 86

Provider Signature:

PCM 09043

# PrimeCare Medical, Inc.

## *Provider Time Sheet*

Name _____ Scot VonKiel DO _____

Pay Period: 6 / 1 / 08 - 6 / 14 / 08

| DATE | | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 6\|1 | | | | | |
| M | 6\|2 | Off | Comp Day | 8 | X | Off Comp |
| T | 6\|3 | 8 | 4 | 8 | 39 | Lehigh |
| W | 6\|4 | 8 | 4 | 8 | 26 | Lehigh |
| Th | 6\|5 | 8 | 6 | 10 | 26 | Lancaster |
| F | 6\|6 | 8 | 4 | 8 | 46 | Lehigh |
| S | 6\|7 | | | | 182 | |
| S | 6\|8 | | | | | |
| M | 6\|9 | 8 | 6 | 10 | 16 | Lancaster |
| T | 6\|10 | 8 | 4 | 8 | 21 | Lehigh |
| W | 6\|11 | 8 | 4 | 8 | 6 | Lehigh |
| Th | 6\|12 | 8 | 6 | 10 | 15 | Lancaster |
| F | 6\|13 | | Comp | 8 | X | Off Comp |
| S | 6\|14 | | | | | |
| | | | | | | |
| | | | | 2 - Comp - Days | | |
| | | | | | | |

Total Hours Worked: 86 (2 comp)

Provider Signature: _____ Cwbl _____

# PrimeCare Medical, Inc.

## Provider Time Sheet

Name _____ Eriks Von Kiel DO _____

Pay Period: _6/15/88_ - _6/28/88_

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 6/15 | | | | | Lancaster |
| M | 6/16 | 8 | 6 | 10 | 16 | Lehigh/Lancaster |
| T | 6/17 | 8 | 4 | 8 | 28 | Lehigh |
| W | 6/18 | 8 | 4 | 8 | 25 | Lancaster/Lehigh |
| Th | 6/19 | 8 | 6 | 10 | 15 | Lehigh/Lancaster |
| F | 6/20 | 8 | 4 | 8 | (48) | 20 | Lehigh |
| S | 6/21 | | | | | |
| S | 6/22 | | | | | |
| M | 6/23 | 8 | 6 | 10 | 14 | Lancaster/York |
| T | 6/24 | 8 | 6 | 10 | 14 | Cumberland/Adams |
| W | 6/25 | 8 | 4 | 8 | 25 | Lehigh |
| Th | 6/26 | 8 | 6 | 10 | ≈ 20 | Lancaster |
| F | 6/27 | 8 | 6 | 10 | (48) | ≈ 20 | York |
| S | 6/28 | | | | | |

Total Hours Worked: _90_

Provider Signature: _E. Von Kiel_   _6/25/08_

PCM 09045

# PRIMECARE MEDICAL, INC.

### Provider Time Sheet

Name _Erik Vorkel Do_

Pay Period: _6/29/08 - 7/11-08_

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 6/29/08 | | | | | |
| M | 6/30 | 8 | 6 | 16 | 15 | Lancaster |
| T | 7/1 | 8 | 4 | 8 | 26 | Lehigh |
| W | 7/2 | 8 | 4 | 8 | 18 | Lehigh |
| Th | 7/3 | 8 | 6 | 16 | 16 | Lancaster |
| F | 7/4 | COMP Day | | 8 | Holiday | off |
| S | 7/5 | | | | | |
| S | 7/6 | | | | | |
| M | 7/7 | 8 | 6 | 16 | 15 | Lancaster |
| T | 7/8 | 8 | 4 | 8 | 24 | Lehigh |
| W | 7/9 | 8 | 4 | 8 | 14 | Lehigh |
| Th | 7/10 | 8 | 6 | 16 | 8 | Lancaster |
| F | 7/11 | 8 | 4 | 8 | 4 | Lehigh |
| S | 7/12 | | | | | |

Total Hours Worked: _88_

Provider Signature: _____

Case 1:08-cv-0139... Document 39-... Filed 09/30/09 Page 21 of 28

# PRIME CARE MEDICAL INC.

## Provider Time Sheet

Name: Erk Von kel, D.o

Pay Period: 7/27/08 - 8/9/08

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|------|---------|----------|-------------|-----------------|----------|
| S 7/27/08 | | | | | |
| m 7/28 | 8 | 6 | 10 | 18 | Lancaster |
| T 7/29 | 8 | 4 | 8 | 30 | Lehigh |
| W 7/30 | 8 | 4 | 8 | 2. | Lehigh |
| Th 7/31 | 8 | 6 | 10 | 18 | Lancaster |
| F 8/1 | 8 | 4 | 8 | 5 | Lehigh |
| S 8/2 | | | | 44 | |
| S 8/3 | | | | | |
| m 8/4 | VACATION | | 8 | Comp Day | Lancaster |
| T 8/5 | | | 8 | Comp Day | Lehigh |
| W 8/6 | | | 8 | Comp Day | L |
| Th 8/7 | | | 8 | Comp Day | |
| F 8/8 | | | 8 | Comp Day | |
| S 8/9 | | | | 40 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Hours Worked: 84

Provider Signature: _Erk Von kel_

PCM 09047

# PRIMECARE MEDICAL, INC.

### *Provider Time Sheet*

Name ___ Erik Von Kiel DO. ___

Pay Period: __8/10/08__ - __/ /__

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 8/10/08 | | | | | |
| M | 8/11/08 | | | * on vacation this week - not | | |
| T | 8/12/08 | | | week of 8-4 - comp Days | | |
| W | 8/13/08 | | | already taken out | | |
| Th | 8/14/08 | | | so not including this week | | |
| F | 8/15/08 | | (see hsd sheet - did work all week of 8-4 thru 8/8 | | | |
| S | 8/16/08 | | | (40) | | |
| S | 8/17/08 | | | | | |
| M | 8/18/08 | Comp Day | | 8 | | |
| T | 8/19/08 | 8 | | 6 | 18 | Chester |
| W | 8/20/08 | 8 | | 6 | 25 | Lancaster |
| Th | 8/21/08 | 8 | | 4 | 18 | Lehigh |
| F | 8/22/08 | Comp Day | | 8 | (44) | |
| S | | | | | | |
| | | | so for this pay period would | | | |
| | | | Be 2 additional comp days | | (16 hours) |
| | | | week of 8/11/08 was already taken | | |
| | | | out last pay period | | |

**Total Hours Worked:** __84__

**Provider Signature:** _____

# PRIME CARE MEDICAL, INC.

### Provider Time Sheet

**Name** Erik Vonkel DO

**Pay Period:** 8/24/08 - 9/6/08

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 8/24 | | | | | |
| M | 8/25 | 8 | 6 | 10 | 20 | Lancaster |
| T | 8/26 | 8 | 4 | 8 | 23 | Lehigh |
| W | 8/27 | 8 | 4 | 8 | 16 | Lehigh |
| Th | 8/28 | 8 | 6 | 10 | 21 | Lancaster |
| F | 8/29 | 8 | 4 | 8 (44) | 8 | Lehigh |
| S | 8/30 | | | | | |
| S | 8/31 | | | | | |
| M | 9/1 | Comp | | 8 | 8 | Labor day |
| T | 9/2 | 8 | 4 | 8 | 20 | Berks |
| W | 9/3 | Comp day | | 8 | Comp | off |
| Th | 9/4 | 8 | 6 | 10 | 22 | Lancaster |
| F | 9/5 | 8 | 4 | 8 (42) | 5 | Lehigh |
| | 9/6 | | | | | |

**Total Hours Worked:** 86

**Provider Signature:**

# PrimeCare Medical, Inc.

*Provider Time Sheet*

Name _____ Erik Vonkiel DO _____

Pay Period: 9 / 7 / 08 - 9 / 20 / 08

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|---|---|---|---|---|---|---|
| S | 9/7 | | | | | |
| M | 9/8 | 8 | 6 | 10 | 20 | Lancaster |
| T | 9/9 | 8 | 4 | 8 | 20 | Lehigh |
| W | 9/10 | 8 | 4 | 8 | 15 | Lehigh |
| Th | 9/11 | 8 | 6 | 10 | 15 | Lancaster |
| F | 9/12 | | Golf Day | 8 | — | Harrisburg |
| S | 9/13 | | | 44 | | |
| S | 9/14 | | | | | |
| M | 9/15 | 8 | 6 | 10 | 20 | Lancaster |
| T | 9/16 | 8 | 4 | 8 | 20 | Lehigh |
| W | 9/17 | 8 | 4 | 8 | 15 | Lehigh |
| Th | 9/18 | 8 | 6 | 10 | 8 / 8 | Lancaster / York |
| F | 9/19 | 8 | 4 | 8  44 | 16 | Lehigh |
| S | 9/20 | | | | | |

Total Hours Worked: 88

Provider Signature: _____

PCM 09050

# PrimeCare Medical, Inc.

## *Provider Time Sheet*

**Name** Erik Von keel

**Pay Period:** 9/21/06 - 10/4/06

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|------|---------|----------|-------------|-----------------|----------|
| S 9/21 | | | | | |
| M 9/22 | 8 | 6 | 10 | | Lancaster |
| T 9/23 | 8 | 4 | 8 | | Lehigh |
| W 9/24 | 8 | 4 | 8 | | Lehigh |
| Th 9/25 | 8 | 6 | 10 | | Lancaster |
| F 9/26 | 8 | 4 | 8 | (44) | Lehigh |
| S 9/27 | | | | | |
| S 9/28 | | | | | |
| M 9/29 | 8 | 6 | 10 | | Lancaster |
| T 9/30 | 8 | 4 | 8 | | Lehigh |
| W 10/1 | 8 | 4 | 8 | | Lehigh |
| Th 10/2 | 8 | 6 | 10 | 10 / 10 | Lancaster / york |
| F 10/3 | 8 | 4 | 8 (44) | 6 | Lehigh |
| S 10/4 | | | | | |

**Total Hours Worked:** 88

**Provider Signature:**

# PRIME CARE MEDICAL, INC.

## *Provider Time Sheet*

Name _Erik Vorkel_

Pay Period: _10/5/08_ - _10/18/08_

| | DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILIT |
|---|---|---|---|---|---|---|
| S | 10 5 | | | | | |
| M | 10 6 | 8 | 6 | 10 | | Lancaster |
| T | 10 7 | 8 | 4 | 8 | | Lehigh |
| U | 10 8 | 8 | 4 | 8 | | Lehigh |
| Th | 10 9 | Comp | Day | | | off |
| F | 10 10 | 8 | 4 | 8 | 40 | Lehigh |
| S | 10 11 | | | | | |
| S | 10 12 | | | | | |
| M | 10 13 | 8 | 6 | 10 | | Berks |
| T | 10 14 | 8 | 6 | 10 | | Chester |
| U | 10 15 | 8 | 6 | 10 | | York |
| Th | 10 16 | 8 | 6 | 10 | | York |
| F | 10 17 | 8 | 4 | 8 | 48 | Lehigh |
| S | 10 18 | | | | | |

Total Hours Worked: _90_

Provider Signature: _Erik Vorkel DO_

# PRIMECARE MEDICAL, INC.

### *Provider Time Sheet*

Name: Erik VonKiel

Pay Period: 10 / 19 / 08 - 11 / 1 / 08

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILIT |
|------|---------|----------|-------------|-----------------|---------|
| S 10|19 | | | | | |
| Th 10|20 | Comp | | 8 | | |
| T 10|21 | Comp | | 8 | | |
| W 10|22 | Comp | | 8 | | |
| Th 10|23 | 8 | 6 | 10 | 20 | York |
| F 10|24 | 8 | 4 | 8 (42) | 15 | Lehigh |
| S 10|25 | | | | | |
| S 10|26 | | | | | |
| M 10|27 | 8 | 6 | 10 | 22 | York |
| T 10|28 | 8 | 4 | 8 | 18 | Lehigh |
| W 10|29 | 8 | 4 | 8 | | Berks (count) |
| Th 10|30 | 8 | 6 | 10 | 26 | York |
| F 10|31 | 8 | 4 | 8 (44) | 4 | Lehigh |
| S 11|1 | | | | | |

Total Hours Worked: 86

Provider Signature: E VonKiel

# PrimeCare Medical, Inc.

## Provider Time Sheet

Name _Erik Von Kiel_

Pay Period: _11_ / _2_ / _08_ - _11_ / _15_ / _08_

| DATE | TIME IN | TIME OUT | TOTAL HOURS | # PATIENTS SEEN | FACILITY |
|------|---------|----------|-------------|-----------------|----------|
| 11\|2 | | | | | |
| 11\|3 | 8 | 6 | 10 | ~25 | York |
| 11\|4 | 8 | 4 | 8 | 15 | Lehigh |
| 11\|5 | 8 | 6 | 10 | ~25 | York |
| 11\|6 | 8 | 6 | 10 | ~25 | York |
| 11\|7 | 8 | 4 | 8 (46) | 7 | Lehigh |
| 11\|8 | | | | | |
| 11\|9 | | | | | |
| 11\|10 | 8 | 6 | 10 | 25 | York |
| 11\|11 | 8 | 4 | 8 | 10 | Lehigh |
| 11\|12 | 8 | 6 | 10 | 25 | York |
| 11\|13 | COMP | | WAS 8 | | |
| 11\|14 | 8 | 4 | 8 (44) | 4 | Lehigh |
| 11\|15 | | | | | |

Total Hours Worked: _90_

Provider Signature: _[signature]_