# EXHIBIT 7



## PrimeCare MEDICAL, INC.
The Choice for Quality Correctional Healthcare

February 25, 2008

Richard C. Smith, MS, CCHP
Vice President of Operations
PrimeCare Medical, Inc.
3940 Locust Lane
Harrisburg, PA 17109

RE:   PCM Code of Conduct Violations

Dear Rick:

On February 3, 2008, you were asked if you had removed any PrimeCare Medical, Inc. financial information (Profit and Loss Statements and Audited Financial Statements) from the corporate office. You responded that you had not. When asked where you obtained the numbers contained in the "whistleblower" letter delivered to Dr. Hoffman and Joshua D. Lock, Esq. on January 28, 2008, you answered that you produced those numbers from "memory" and "off the top of my head."

Thereafter, you were directed to leave the office, search your home for any financial documents which you may have, and return with them to the office. Later that day, you returned with thirty-nine (39) separate items, including many financial records – Profit and Loss Statements and Audited Financial Statements that pertain to PrimeCare Medical, Inc. You delivered these documents to Frank Komykoski and he immediately inventoried these documents, of which a copy is attached. Upon your return, you were asked if the documents included financial records. You repeatedly stated that they did not. When asked the nature of the returned documents, you stated that they were "personal notes."

PrimeCare Medical's Code of Conduct requires, "the highest standards of personal integrity." This policy is meaningless if Vice-Presidents fail to adhere to it. Your conduct on several occasions on February 3, 2008, constitutes an egregious violation of the PrimeCare Medical, Inc. Code of Conduct. For those violations, you are herewith being issued this written reprimand.

Respectfully yours,

*Marcy E. Hoffman-Schlegel*

Marcy E. Hoffman-Schlegel, MHRM, CCHP
Jr. Vice-President of Human Resources

Attachment

Enclosure (1)

**Inventory of Items returned to the Corporate Office on 04 Feb 08 from his home by Richard C. Smith**

| | | |
|---|---|---|
| 1. | PCM, Inc. Policy Acknowledgement Form (unsigned) | |
| 2. | PCM C-07 Combined Leave Guidelines and Operational Procedures Form (unsigned) | |
| 3. | Minutes of the 17th Meeting of the PCM Board of Directors | 09 Sep 99 |
| 4. | Knights of Von Duke Insurance Meeting Minutes | 29 Sep 99 |
| 5. | Resolution #1,2,3,4 not executed for PCM, Inc. Board of Directors | May 00 |
| 6. | Knights of Von Duke Limited Articles of Association (18 pgs) | 10 Sep 99 |
| 7. | Knights of Von Duke Limited Directors Meeting Minutes | 07 Oct 99 |
| 8. | PCM, Inc. Corporate Board Meeting Agenda | 08 May 00 |
| 9. | Waiver of Notice 18th Meeting of the PCM Board of Directors | 08 May 00 |
| 10. | Board of Directors, PrimeCare Medical of West Virginia, Inc. (5 pgs) | 29 Jun 99 |
| 11. | PCM, Inc. Financial End of Month | Dec 06 |
| 12. | PCM, Inc. Financial End of Month | Mar 07 |
| 13. | Seligman and Friedman End of Year Summation Analysis | 31 Dec 05 |
| 14. | Seligman and Friedman End of Year Summation Analysis ((2) Copies) | 31 Dec 04 |
| 15. | PCM, Inc Financial End of Month | Dec 00 |
| 16. | Seligman and Friedman Audited Financial Statement | December 31, 1998 and 1997 |
| 17. | Seligman and Friedman Audited Financial Statement | December 31, 2004 and 2003 |
| 18. | Seligman and Friedman Audited Financial Statement | December 31, 2006 and 2005 |
| 19. | PCM, Inc. Financial End of Month | 31 Dec 03 |
| 20. | Seligman and Friedman Audited Financial Statement | December 31, 1997 and 1996 |
| 21. | PCM, Inc. Finance Department Billing Spreadsheet | 19 Apr 04 |
| 22. | Dunn and Bradstreet Report | 26 Feb 07 |
| 23. | Dunn and Bradstreet Report (copy) | 26 Feb 07 |
| 24. | Weideman and Doughty (Financials 1998) | 27 Jan 99 |
| 25. | Weideman and Doughty (Financials through 30 Sep 99) | 5 Nov 98 |
| 26. | PCM, Inc. Month End Report | 31 Dec 04 |
| 27. | PCM, Inc. Month End Report | 30 Nov 06 |
| 28. | PCM, Inc. Month End Report | 30 Jun 06 |
| 29. | Dunn and Bradstreet Report | 16 Feb 03 |
| 30. | PCM, Inc. Month End Reports | 30 Nov 99 and 31 Dec 00 |
| 31. | PCM, Inc. Month End Report | 31 Oct 06 |
| 32. | PCM, Inc. Month End Report | 31 Jun 06 |
| 33. | Memo to Paul Seibert (PCM, Inc. Income Statement 1st Qtr. 2006) | 31 Mar 06 |
| 34. | PCM, Inc. Month End Report | 30 Sep 06 |
| 35. | PCM, Inc. Month End Report | 30 Nov 99 |
| 36. | Partial Month End | 31 Aug 06 |
| 37. | PCM, Inc. Month End Repot | 28 Feb 07 |
| 38. | Seligman and Friedman Financial Statements | 31 Dec 98 and 97 |
| 39. | PIHS Financial Statement | 13 Aug 93 |