IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. SMITH,<br>  Plaintiff | : <br> : <br> : | No. 1:08-cv-1397<br>Civil Action – Law |
| vs. | : <br> : | |
| PRIMECARE MEDICAL, INC.,<br>CARL A. HOFFMAN, JR., D.O.,<br>THERESA M. HOFFMAN,<br>JOSHUA D. LOCK,<br>MARCY HOFFMAN-SCHLEGEL,<br>FRANK KOMYKOSKI, and<br>KNIGHTS OF VON DUKE, LTD.,<br>  Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Chief Judge Kane<br><br>Jury Trial Demanded |

## DEFENDANTS' APPENDIX OF EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

### Table of Exhibits

Complaint ................................................................................................. Exhibit A

Amended Answer ..................................................................................... Exhibit B

8/28/09 Affidavit of Dr. Carl Hoffman ...................................................... Exhibit C

9/14/09 Affidavit of Dr. Carl Hoffman ...................................................... Exhibit D

Deposition Transcript – Dr. Carl Hoffman ................................................ Exhibit E

Deposition Transcript – Richard Smith ..................................................... Exhibit F

Deposition Transcript – Joshua Lock, Esquire .......................................... Exhibit G

Affidavit of Dr. Enos Martin ..................................................................... Exhibit H

Affidavit of Dr. Erik Von Kiel ....................................................... Exhibit I

8/28/09 Affidavit of Francis Komykoski ....................................... Exhibit J

9/14/09 Affidavit of Francis Komykoski ...................................... Exhibit K

Deposition Transcript – Francis Komykoski ................................ Exhibit L

Affidavit of Warden Vincent Guarini ........................................... Exhibit M

Affidavit of Warden Dominick DeRose ....................................... Exhibit N

Deposition Transcript – Marcy Hoffman-Schlegel ....................... Exhibit O

Deposition Transcript – Robert Nichols ....................................... Exhibit P

Agreement Between Prime Care Medical, Inc. and
    Lancaster County .................................................................... Exhibit Q

GOLDBERG KATZMAN, P.C.


/s/    Michael J. Crocenzi
Michael J. Crocenzi, Esquire
Attorney I.D. No. 66255
320 Market Street
Strawberry Square
P. O. Box 1268
Harrisburg, PA  17108-1268
(717) 234-4161
*Attorneys for Defendants*

Date:  September 16, 2009

180481.1