IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. SMITH** | : |
| | : **CIVIL ACTION NO. 1:CV-08-1397** |
| | : |
| **Plaintiff** | : |
| | : |
| | : **(Chief Judge Kane)** |
| | : |
| **PRIMECARE MEDICAL, INC., et al.** | : |
| | : |
| **Defendants** | : |

## ORDER

**AND NOW,** this 8th day of December, 2009, following a settlement conference and notification from Magistrate Judge Carlson that the parties in the above case have reached an amicable resolution, **IT IS HEREBY ORDERED** that the above case is stayed for sixty (60) days pending settlement negotiations. The parties shall inform the Court once settlement negotiations have been finalized and the case can be dismissed.

                                            S/ Yvette Kane
                                            Yvette Kane, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania