UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. SMITH, | : | No. 1:08-CV-1397 |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action – Law |
| | : | |
| PRIME CARE MEDICAL, INC., | : | |
| CARL A. HOFFMAN, JR., D.O., | : | |
| THERESA M. HOFFMAN, | : | Jury Trial Demanded |
| JOSHUA D. LOCK, MARCY | : | |
| HOFFMAN-SCHLEGEL, FRANK | : | *Electronically Filed* |
| KOMYKOSKI, and KNIGHTS OF | : | |
| VON DUKE, LTD. | : | |
| Defendants | : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Richard C. Smith, and Defendants, Prime Care Medical, Inc., Carl A. Hoffman, Jr., D.O., Theresa M. Hoffman, Joshua D. Lock, Marcy Hoffman-Schlegel, Frank Komykoski, and Knights of Von Duke, Ltd., by their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Frank P. Clark, Esquire | /s/ Michael J. Crocenzi, Esquire |
| Frank P. Clark, Esquire | Michael J. Crocenzi, Esquire |
| Clark & Krevsky, LLC | GOLDBERG KATZMAN, P.C. |
| P.O. Box 1254 | P.O. Box 1268 |
| Camp Hill, PA  17001-1254 | Harrisburg, PA 17108 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**APPROVED**:

_____
United States District Chief Judge
Yvette Kane

## CERTIFICATE OF SERVICE

I, FRANK P. CLARK, do hereby certify that I served a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE upon the following below-named persons, today, January 28, 2010:

**BY THE ECF TO:**

Michael J. Crocenzi
Thomas J. Weber
Thomas E. Brenner
GOLDBERG KATZMAN, P.C.
P.O. Box 1268
Harrisburg, PA 17108

s/Frank P. Clark