UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. SMITH,<br>Plaintiff<br><br>v.<br><br>PRIME CARE MEDICAL, INC., CARL A. HOFFMAN, JR., D.O., THERESA M. HOFFMAN, JOSHUA D. LOCK, MARCY HOFFMAN-SCHLEGEL, FRANK KOMYKOSKI, and KNIGHTS OF VON DUKE, LTD.<br>Defendants | : | No. 1:08-CV-1397<br><br>Civil Action – Law<br><br>Jury Trial Demanded<br><br>*Electronically Filed* |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Richard C. Smith, and Defendants, Prime Care Medical, Inc., Carl A. Hoffman, Jr., D.O., Theresa M. Hoffman, Joshua D. Lock, Marcy Hoffman-Schlegel, Frank Komykoski, and Knights of Von Duke, Ltd., by their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ Frank P. Clark, Esquire
Frank P. Clark, Esquire
Clark & Krevsky, LLC
P.O. Box 1254
Camp Hill, PA 17001-1254

Attorneys for Plaintiff

/s/ Michael J. Crocenzi, Esquire
Michael J. Crocenzi, Esquire
GOLDBERG KATZMAN, P.C.
P.O. Box 1268
Harrisburg, PA 17108

Attorneys for Defendants

**APPROVED**:

**s/Yvette Kane**
United States District Chief Judge
Yvette Kane